# EXHIBIT

# 1

## Officer Williams' Body Worn Camera