UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LaDonna Crutchfield,

                        Plaintiff(s),

v.                                        Case No. 2:25−cv−10514−BRM−DRG
                                                Hon. Brandy R. McMillion

Detroit, City of, et al.,

                        Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Brandy R. McMillion as follows:

- SCHEDULING CONFERENCE:  July 28, 2025 at 10:00 AM

The conference shall be initiated by the Court.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Please dial 313−261−7355 phone conference ID 781 202 314#

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/Leanne Hosking
                                                          Case Manager

Dated:  July 18, 2025