UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LaDONNA CRUTCHFIELD,
   an individual,
      Plaintiff,

Case No. 2:25-cv-10514-BRM-DRG
Hon. Brandy R. McMillion

V

CITY OF DETROIT
a municipal corporation,

MARC THOMPSON,
City of Detroit Police Detective,
Individually, and in his Official
Capacities, and

ANTHONY WILLIAMS,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

DORIAN HARDY,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

JEREMY MORROW,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

JOSHUA HOLDER,
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

**INDEX OF EXHIBITS**

MATTHEW MCKINNEY
City of Detroit Police Officer,
Individually, and in his Official
Capacities, and

JANE DOE,
City of Detroit Police Officer,
Individually, and in her Official
Capacities.

        Defendants.

## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | Double Blind Photo Line-Up Presented to Quentyara Wilson |
| 2 | Double Blind Photo Line-Up Presented to Kalin Griffin |
| 3 | DEFENDANT WILLIAMS Case Supplemental Report |
| 4 | Witcher Reporting Officer Narrative |
| 5 | Incident/Investigation Report |
| 6 | DEFENDANT THOMPSON Case Supplement Report |
| 7 | Car Jacking Incident Report Suspect List |
| 8 | DNA Test on Vodka Bottle |
| 9 | DEFENDANT THOMPSON Body Worn Camera Video |
| 10 | Crime Scene Investigation Document |

| | |
|---|---|
| 11 | Shooting Incident Report Suspect List |
| 12 | DEFENDANT HOLDER Case Supplemental Report |
| 13 | DEFENDANT WILLIAMS Body Worn Camera Video |
| 14 | Rear Seat Camera Video |
| 15 | Booking Information |
| 16 | Mug Shot Report |
| 17 | First Photo of Suspect |
| 18 | Second Photo of Suspect |
| 19 | Letter from DEFENDANT THOMPSON |