**detroit police**

## LINEUP & PHOTO ARRAY IDENTIFICATION RECORD

| | |
|---|---|
| Date: 12/30/23 | Time: 1:55pm |
| Complainant/Witness Name: Quentyara Wilson | Administrator Name: Det Marc Thompson |
| Complainant/Witness Address: | Administrator Assignment: |
| Complainant/Witness Phone Number: | Location of Lineup/Photo Array: Linnhurst / Chalmers |

| Photo Number | Name and Position of Suspect | Age | Height | Weight | Description and Remarks |
|---|---|---|---|---|---|
| 1 | Kearra Hall | | | | no |
| 2 | Jacqueline Jasper | | | | no |
| 3 | Ladonna Crutchfield | | | | no |
| 4 | Tanisha Jenkins | | | | no |
| 5 | Carmen Abner | | | | no |
| 6 | Breanta Williams | | | | no but similar |
| | | | | | |

| | |
|---|---|
| Shown by: PO DeLaney | Attorney Present Name: |
| | Business Address: |
| Prepared by: Det. Clinton Mack | Phone Number: |
| | Supervisor Name/Rank: |
| Others Present: Det Marc Thompson | Time (From/To): |

Identification Made: Yes ☐ No ☒

Comments: _____

_____

DPD 355 (Revised 01/2020)



2



3



4





000109

