detroit
**police**

## LINEUP & PHOTO ARRAY IDENTIFICATION RECORD

| Date: 1/4/24 | Time: 7 30pm |
|---|---|
| Complainant/Witness Name: Kalin Griffin | Administrator Name: |
| Complainant/Witness Address: | Administrator Assignment: 2312280005 |
| Complainant/Witness Phone Number: | Location of Lineup/Photo Array: 22101 Moross Rd |

| Photo Number | Name and Position of Suspect | Age | Height | Weight | Description and Remarks |
|---|---|---|---|---|---|
| 1 | Gerdine Bell | | | | no |
| 2 | Jontunique Hazard | | | | no |
| 3 | Ladonna Cructchfield | | | | no |
| 4 | Ashley Carter | | | | no |
| 5 | Ashley Taylor | | | | no |
| 6 | Dana Thompson | | | | no |
| | | | | | |
| | | | | | |

| Shown by: PO Careema Yopp | Attorney Present Name: |
|---|---|
| | Business Address: |
| Prepared by: Det Marc Thompson | Phone Number: |
| | Supervisor Name/Rank: |
| Others Present: | Time (From/To): |

Identification Made: Yes ☐  No ☒

Comments:_____

_____

DPD 355 (Revised 01/2020)













000102