## CASE SUPPLEMENTAL REPORT

Printed: 11/12/2024 19:48

*Detroit Police Department*

OCA: *2312280005*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | |
|---|---|---|
| Case Status: *ACTIVE* | Case Mng Status: *ACTIVE* | Occurred: *12/27/2023* |
| Offense: *NON-FATAL SHOOTING* | | |

Investigator: WILLIAMS, ANTHONY D   (240986)     Date / Time: *01/23/2024 14:46:42, Tuesday*
Supervisor: BYARS, KERRY R   (234224)     Supervisor Review Date / Time: *01/29/2024 13:34:21, Monday*
Contact:     Reference: *Assisting Officer's Report*

P.O. Williams 5098 BWC: 102199

January 23, 2024 members made the location of 11343 Warwick in attempts to apprehend Ladonna Crutchfield born ▇▇▇. Ms. Crutchfield is wanted by 9PDU Det. Thompson in regards to a non fatal shooting that took place in Detroit. The incident number is 2312280005.

While conducting mobile surveilance in the area of the aforementioned address I observed what I beleived to be Ms. Crutchfield exiting a silver equinox with groceries in her hand and walk up and into to the location. I then advised other members of my observations and shortly after we knocked on the door to make contact.

I was able to speak with Ms. Crutchfield, I asked her what her name was and had her step out of the location. Once identity was confirmed she was placed under arrest and conveyed to the detroit Detention Center.

I spoke with the Officer in charge Det. Thompson who advised to place her phone on evidence. I placed one black apple iphone on evidence that Ms. Crutchfield stated was hers on tag 710337-13. The phone was then taken to the 9th precinct.

Investigator Signature     SuperVisor Signature

000049

Page 27