# REPORTING OFFICER NARRATIVE

| *Detroit Police Department* | | OCA 231215-0198 |
| --- | --- | --- |
| Victim MAY, KRIS | Offense AGGRAVATED / FELONIOUS ASSAULT | Date / Time Reported Fri 12/15/2023 12:39 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

3RD PCT SCOUT 3-38A
P.O. E. WITCHER #4748
BODY CAM# BWC2-118221
VEHICLE #173127

NO FORCE USED
BODY CAMERA ACTIVATED

VICTIM-KRIS MAY B/M/ ██████████████████████████
██████████████

OFFENDER GOES BY THE NAME TRUTH- B/F/EARLY 30'S, 5FT 9IN, HEAVY BUILD, BLACK HAIR IN PONY TAIL.. NO FURTHER INFO... FLED IN A FORD FUSION, 4DR, BEIGE, MI PLT# 8295

INVOLVED OTHER-(BROTHER OF VICTIM) MARK MAY B/M/7 ███████████████████████
█████████████

A: NONE

S: POLICE RUN TO 5500 TRUMBULL ST...M CLR SEZ THAT WOM WHO STOLE HIS BROTHER`S CAR AT APT BLDG  [12/15/23 12:31:25 PUGHS269]]
UNK WEPS... NOW HIS BROTHER NSDE HIS CAR W/WOM [12/15/23 12:32:08 PUGHS269]
BLU SEBRING... WOM AT LOC TRYING TO GET NTO APT... WOM ARMED W/WEP... [12/15/23 12:33:14 PUGHS269]
VOL PFU 3 DTS  [12/15/23 12:34:39 PARKERI065]
PERP B/F, DRK SKIN, HEAVY SET, WRG CAMO HOODY, GRY PANTS, BLK JACKET... DRV`G SEBRING, TRYING TO GET NTO BEIGE FUSION...

C: UPON ARRIVAL I TALKED TO ABOVE VICTIM WHO STATED THAT ABOVE OFFENDER PULLED A GUN ON HIM. VICTIM STATES THAT HE WAS AT ABOVE LOCATION AND OBSERVED ABOVE OFFENDER PULL UP IN HIS BROTHERS (INVOLVED OTHER) VEHICLE-2008 CHRYSLER SEBRING, BLUE, 4DR, MI PLT# EQX 4853, VIN# ███████████████. VICTIM THEN STATED THAT HIS BROTHER REPORTED HIS VEHICLE STOLEN. VICTIM THEN APPROACHED OFFENDER AND STATED " GET OUT OF MY BROTHERS CAR!" ABOVE OFFENDER REPLIED "YOU DONT KNOW WHAT THIS IS ABOUT!" VICTIM THEN STATED THAT HE PULLED IN FRONT OF OFFENDER AND ATTEMPTED TO BLOCK HER IN. ABOVE OFFENDER THE PRODUCED AN UNKNOWN TYPE HANDGUN AND POINTED IT AT VICTIM. VICTIM THEN STATES THAT OFFENDER GRABBED HER PROPERTY OUT OF VEHICLE AND FLED LOCATION IN A  FORD FUSION, 4DR, BEIGE, MI PLT# 8295,  NO FURTHER INFO. NORTHBOUND ON TRUMBULL ST. VICTIM THEN CALLED 911 FOR POLICE SERVICES. I THEN ADVISED THAT REPORT WOULD BE FILED.

I THEN TALKED TO ABOVE INVOLVED OTHER WHO STATED THAT HE REPORTED HIS ABOVE VEHICLE STOLEN...REPORT# 2312150029.  INVOLVED OTHER STATED THAT HE HAS BEEN DATING ABOVE OFFENDER FOR 10 YEARS AND WAS UNABLE TO GIVE ME HER NAME, ADDRESS, OR PHONE NUMBER.  INVOLVED OTHER APPEARED TO NOT WANT TO GIVE ME DETAILS OF HOW HIS VEHICLE WAS STOLEN.  INVOLVED OTHER STATES THAT HE HAS HIS VEHICLE AND ALL KEYS.  I THEN NOTIFIED TCRU OPERATOR #10 TO RECOVER INVOLVED OTHER VEHICLE.