# INCIDENT/INVESTIGATION REPORT

| Agency Name | Detroit Police Department |
|---|---|
| ORI | MI 8234900 |

Case# 231228-0005
Date / Time Reported: 12/28/2023 04:55 Thu
Last Known Secure: 12/27/2023 23:50 Wed
At Found: 12/27/2023 23:50 Wed

Location of Incident: 14409 LINNHURST ST, Detroit MI 48205
Gang Related: NO
Premise Type: Residence/home
Zone/SCA: 906

## Incident Data

**#1 Crime Incident(s):** Non-fatal Shooting 13004 (Com)
Weapon/Tools: Handgun
Activity: N

**#2 Crime Incident:** (blank)

**#3 Crime Incident:** (blank)

## Victim

# of Victims: 1
Type: INDIVIDUAL/ NOT LAW
Injury: Gunshot Wound
Domestic: NO

**V1** GRIFFIN, KALIN DREVON
Victim of Crime #: 1
Age: 23
Race: B
Sex: M
Relationship To Offender: 199
Resident Status: Resident

## Others Involved

**IO** FICKLIN, RAYMOND LAMAR
Type: INDIVIDUAL/ NOT LAW ENFORCEMENT
Age: 51
Race: B
Sex: M
Resident Status: Resident

**IO** DIVEN, KRISTINE
Type: INDIVIDUAL/ NOT LAW ENFORCEMENT
Race: W
Sex: F
Resident Status: Resident

## Property

Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown   ("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 27 | EVID | $0.00 | | 1 | RECORDINGS/AUDIO-VISUAL | | |
| | 27 | EVID | $0.00 | | 1 | RECORDINGS/AUDIO-VISUAL | | |
| | 27 | EVID | $0.00 | | 1 | RECORDINGS/AUDIO-VISUAL | | |
| | 27 | EVID | $0.00 | | 1 | RECORDINGS/AUDIO-VISUAL | | |
| | 27 | EVID | $0.00 | | 1 | RECORDINGS/AUDIO-VISUAL | | |
| | 07 | EVID | $0.00 | | 1 | CELL PHONE | APPLE/Iphone | |
| | 03 | 0 | $0.00 | | 1 | 2010 BGE, ERE8295 MI | FORD Fusion | |

Officer/ID#: Thompson, Stephen K  (9TH) (242322)
Invest ID#: Thompson, Marc L  (EAS, 9PDU) (234039)
Supervisor: Allen, Regina J  (EAS, 9TH) (199512)

Status: Complainant Signature
Case Status: Active  12/28/2023
Case Disposition:
Page 1

R_CS1IBR    Printed By: THOMPSONM039,    Sys#: 990797    11/12/2024 19:48

000023

## Incident Report Additional Name List

*Detroit Police Department*

OCA: 231228-0005

Additional Name List

| | Name Code/# | Name (Last, First, Middle) | Victim of Crime # | DOB | Age | Race | Sex |
|---|---|---|---|---|---|---|---|
| 1) | WI  1 | HARRIS, SHYANNA MALLICE | | | 49 | B | F |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 2) | WI  2 | FICKLIN, RAYMOND LAMAR | | | 51 | B | M |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |
| 3) | IO  3 | MCADOW, MICHAEL LEE | | | 49 | W | M |
| | Address | | | H: | | | |
| | Empl/Addr | | | B: - - | | | |
| | | | | Mobile #: - - | | | |