## CASE SUPPLEMENTAL REPORT

Printed: 11/12/2024 19:48

*Detroit Police Department*  OCA: *2312280005*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*  **Case Mng Status:** *ACTIVE*  **Occurred:** *12/27/2023*
**Offense:** *NON-FATAL SHOOTING*

**Investigator:** *THOMPSON, MARC L   (234039)*  **Date / Time:** *01/24/2024 12:59:21, Wednesday*
**Supervisor:** *SMITH, DENNIS E   (238793)*  **Supervisor Review Date / Time:** *01/24/2024 15:29:10, Wednesday*
**Contact:**  **Reference:** *Additional Information Discovered*

---

[01/24/2024 13:00, THOMPSONM039, 2355]

After I read the statements and reports including the given partial plate of the fleeing vehicle, a Beige Ford Fusion with license plate ERE-8295 with front end damage. The vehicle is registered to Lenn Porterico of 5044 Hillsboro Street. I inquired the address of 5044 Hillsboro Street and its occupants. Two people, Lenn Porterico and Sheila Lloyd and also she has the last name of Crutchfield. An inquiry of her and discovered she is also registered to another address 11343 Warwick Street. I looked into the occupants of 11343 Warwick Street and a person of interest arisen from the search named Ms. LaDonna Crutchfield. The name of Truth and Chew was given in three witnesses statements. I then placed the name "Truth" into police and open sources databases. I discovered two separate reports that has two common denominator names. the names of brothers Mark May and Kris May. The suspect "Truth" resembles the person of interest, Ms. LaDonna Crutchfield as of height, weight and skin complexion. I've discovered video footage of a woman who witnesses/victims name "Truth" found at 5500 Trumbull Ave which is a project greenlight location. She was armed with a Silver and Black handgun seen getting into a Beige Ford Fusion license plate ERE-8295 with front end damage. F.A.S.T was given the task of conducting a P.O.I (Person of Interest) and the apprehension of Ms. Crutchfield (POI). I`ve talked to her and she is not the suspected shooter after our interview.

---

Investigator Signature  Supervisor Signature