## Incident Report Suspect List

**Detroit Police Department**

OCA: *231215-0029*

| 1 | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
|   | * No name * | | |

| Business Address |
|---|
|   |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
|   |   | U | F |   |   |   |   |   |   |   |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
|   |   | U | F |   |   |   |   |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |

| VchYr/Make/Model | Drs | Style | Color | Lic/St | VIN |
|---|---|---|---|---|---|
|   |   |   |   |   |   |

| Notes | Physical Char |
|---|---|

nickname of "truth"
tx: 586 571 0941