

**STATE OF MICHIGAN**
# DEPARTMENT OF STATE POLICE
Biometrics and Identification Division
Lansing Forensic Laboratory
7320 N. Canal Rd
Lansing, MI 48913
(517) 284-3491
FAX (517) 636-4468

## NOTICE OF CODIS ASSOCIATION

| | | | |
|---|---|---|---|
| Laboratory No. | : MD24-458 | Record No. | : 2 |
| Investigating Ofcr. | : CIU-CODIS | Date Received | : September 6, 2024 |
| Agency | : Detroit Police Department - Eastern District | Time Received | : 10:12 a.m. |
| Agency No. | : 2312280005 | Date Completed | : September 9, 2024 |

### INVESTIGATIVE INFORMATION ONLY

The following information contained in this report is to be regarded as Investigative Information. Any identification made in this report must be verified by the submission of a new biological sample from the below listed individual to the biology unit at the local Michigan State Police forensic laboratory. This sample must be submitted directly to the biology unit with a completed Request for Laboratory Examination form (FSD-007).

**Nature of Offense:**
  1300-2 - Aggravated/Felonious Assault

**Victim(s):**
  Griffin, Kalin Drevon

**Results of Search:**
  DNA Database Specimen to Case Association

  A search of the state level of the COmbined DNA Index System (CODIS) database resulted in a moderate stringency association between item MD24-458-1D (vodka bottle swabs) and DNA database specimen number MI09-019011. This is deemed investigative information.

  The DNA database specimen information is:

  DNA Database Specimen Number: MI09-019011
  DNA Database Specimen Name: SHUVONNE LAVERNE VINSON
  DNA Database Specimen SID: 2470648M
  DNA Database Specimen FBI/UCN: 937319PB2
  Date of Birth: ▇▇▇▇▇▇

  The genetic profile for this individual was confirmed by reanalysis using the polymerase chain reaction and the Promega PowerPlex® Fusion System.

**Request for Additional Samples:**
  It is required that a new biological sample be obtained from the alleged suspect to confirm this reported association. With the examination of the new biological sample, comparisons will be made to the evidentiary sample and statistical population estimates will be available.

**Additional Information:**
  The dates of laboratory activities, including the date of sample receipt to the CODIS laboratory, for the

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP Laboratory accredited to the ISO 17025:2017 standard and AR 3125 supplemental standard for testing laboratories by ANAB since March 3, 2021.*
*The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*
*Report Issued: September 11, 2024*

Laboratory No.: MD24-458  
Agency No.: 2312280005  

Record No.: 2  

Date of Report: September 9, 2024

sample listed on this report are available as part of the case file. The contact information for the agency submitting the database sample to the crime laboratory is available upon request.

The interpretation of the data and authorization of the results was performed by the undersigned forensic analyst. Other staff members may have performed laboratory activities concerning the database sample associated with this report. For a complete listing of all staff members who performed laboratory activities in this case, please contact the laboratory via the telephone number above.

*Lindsey Coe*  
Lindsey Coe  
Forensic Scientist  
CODIS Section  
email: coel1@michigan.gov  

September 9, 2024

cc: Erica Anderson

This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP Laboratory accredited to the ISO 17025:2017 standard and AR 3125 supplemental standard for testing laboratories by ANAB since March 3, 2021.  
The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.  
Report Issued: September 11, 2024  
Page 2

000143