# DEFENDANT THOMPSON BODY WORN CAMERA VIDEO