| VICTIM | 1 | | | | MDOC STATUS | PROBATION |
|---|---|---|---|---|---|---|
| IDENTITY: | Kalin Drevon Grffin | | DOB: | | RACE/SEX/AGE | BLACK MALE 23 |
| ADDRESS: | | | | | | HANDS BAGGED |
| CELL PHONE # : | | RECOVERED: ☐ YES ☒ NO | | CARRIER: | | |
| PHYSICAL DESCRIPTION: | black male 5'11 150 lbs medium complex Medium build. | | | | | |
| CLOTHING: | | | | | | |
| LOCATION OF WOUNDS & OTHER MARKS: | Gunshot wounds Face (Cheek) | | | | | |

| ID BY NAME, ADDRESS, PHONE | Name (self) | | |
|---|---|---|---|
| FAMILY CONTACTED ☐ YES ☐ NO  NAME: Kalin Grifin | | DATE: | TIME: |
| ADDRESS: | | PHONE: | |
| INJURY: | Gun Shot Wound(s) | | |
| CONDITION: | TEMP SERIOUS | | |

| VICTIM | ___ | | | MDOC STATUS | |
|---|---|---|---|---|---|
| IDENTITY: | | DOB: | | RACE/SEX/AGE | |
| ADDRESS: | | | | | HANDS BAGGED |
| CELL PHONE # : | | RECOVERED: ☐ YES ☐ NO | CARRIER: | | |
| PHYSICAL DESCRIPTION: | | | | | |
| CLOTHING: | | | | | |
| LOCATION OF WOUNDS & OTHER MARKS: | | | | | |

| ID BY NAME, ADDRESS, PHONE | | | |
|---|---|---|---|
| FAMILY CONTACTED ☐ YES ☐ NO  NAME: | | DATE: | TIME: |
| ADDRESS: | | PHONE: | |

| SEE ADDITIONAL VICTIMS PAGE(S) | PAGE | |
|---|---|---|

| SUSPECT | 1 | NOT IN CUSTODY | HOUSED | | MDOC STATUS | |
|---|---|---|---|---|---|---|
| IDENTITY: | Shuvonne Laverne Vinson | | | | RACE/SEX/AGE | BLACK FEMALE 42 |
| ADDRESS: | 5044 Hillsboro Street | | | | | |
| CELL PHONE # : | | RECOVERED: ☐ YES ☐ NO | | CARRIER: | | |
| PHYSICAL DESCRIPTION: | 5'10  medium-dark complexion medium build balck hair | | | | | |
| CLOTHING: | | | | | DOES SUSPECT HAVE A CCH | |
| VEHICLE: | Brown/Beige Ford Fusion | | | | ☒ YES   NO ☐ | |

| SUSPECT | ___ | | HOUSED | | MDOC STATUS | |
|---|---|---|---|---|---|---|
| IDENTITY: | | | DOB: | | RACE/SEX/AGE | |
| ADDRESS: | | | | | | |
| CELL PHONE # : | | RECOVERED: ☐ YES ☐ NO | | CARRIER: | | |
| PHYSICAL DESCRIPTION: | | | | | | |
| CLOTHING: | | | | | DOES SUSPECT HAVE A CCH | |
| VEHICLE: | | | | | ☐ YES   NO ☐ | |

2

000129

REVISED 5-12-15