## Incident Report Suspect List

*Detroit Police Department*  OCA: 231228-0005

### 1

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| * No name * | | |

| Business Address |
|---|
| |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | | B | F | | | | | | | |

| Scars, Marks, Tattoos, or other distinguishing features |
|---|
| |

| *Reported Suspect Detail* Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | B | F | | 600 | 300 | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes | Physical Char

the suspect ("Chew") at the scene with a gray and black handgun in the lobby of the location. She then stated that she observed the suspect fidgeting with the handgun as well. She then left the lobby and went to her apartment, in which she then stated that is when she heard the sound of a gunshot. Suspect description was a "bun hat", lashes, black jacket, purple shirt, "slide ons", approximately 6`0", approximately 300 lbs, along with last seen driving a possible brown camry with an unknown plate number. The witness also stated that their was a child with the suspect. [12/28/2023 10:52, DEWHARTHIGGINSN876, 33272, DPD]

SUSPECT IDENTIFIED AS CRUTCHFIELD, LADONNA ANN B/F. NFI [12/29/2023 21:34, MORGANA801, 4733, DPD]

### 2

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| | | |

| Business Address |
|---|
| |

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State |
|---|---|---|---|---|---|---|---|---|---|---|
| | 36 | B | F | | | | | | | |

| Scars, Marks, Tattoos, or other distinguishing features |
|---|
| |

| *Reported Suspect Detail* Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|
| | | | | | | |

| Weapon, Type | Feature | Make | Model | Color | Caliber | Dir of Travel / Mode of Travel |
|---|---|---|---|---|---|---|
| | | | | | | |

| Veh Yr / Make / Model | Drs | Style | Color | Lic Plate / State | VIN |
|---|---|---|---|---|---|
| | | | | | |

Notes | Physical Char