**CASE SUPPLEMENTAL REPORT**

Printed: 11/12/2024  19:48

*Detroit Police Department*

OCA: *2312280005*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*      **Case Mng Status:** *ACTIVE*      **Occurred:** *12/27/2023*

**Offense:** *NON-FATAL SHOOTING*

**Investigator:** *HOLDER, JOSHUA D    (240283)*      **Date / Time:** *01/23/2024 14:32:41, Tuesday*

**Supervisor:** *EARL, AARON D    (238273)*      **Supervisor Review Date / Time:** *01/23/2024 14:43:25, Tuesday*

**Contact:**      **Reference:** *Additional Information  Discovered*

---

[01/23/2024 14:32, HOLDERJ283, 1277]

Po Joshua Holder Badge 37 096270
Po Matthew Mckinney Badge 4887 108854
Scout 5069
Fast
203803
Good Audio & Video

On today's date my partner and I, made the location of 11343 Warwick St, to attempt a 9300 of a Mrs. Ladonna Crutchfield b/f ███████, wanted for probable cause for her evolvement of a non-fatal shooting. Rms 2312280005.

Scout made contact with Mrs.Crutchfield and arrested her without incident. Mrs Crutchfield was processed at the Detroit Detention Center.

Per Detective Thompson 9th precinct PDU, requesting apprehension due to probable cause established through his investigation.

---

Investigator Signature                              Supervisor Signature

Page 26