# DEFENDANT WILLIAMS BODY WORN CAMERA VIDEO