# REAR SEAT CAMERA VIDEO