

**detroit police**

PROBATION ☐ PAROLE ☐ ID ONLY ☐ 17 YEAR ONLY ☐

## Detainee Input Sheet  Kiosk ID Number_____

### Section 1  Detainee Information

Booking # 121430  Booking Date / Military Time: 01/23/2024 14:44

| SID # | CB # | ID # | TCN Live Scan |
|---|---|---|---|

| Name | | SS# | Hair | Eyes |
|---|---|---|---|---|
| CRUTCHFIELD, LADONNA | | | BLK | BRO |

| Alias | Drivers Lic # | Age / Sex / Race | Complx | Height |
|---|---|---|---|---|
| None | | 36 / F / B | MED | 5'07 |

| Address | | Married Single, 0 | Weight | Precinct |
|---|---|---|---|---|
| 11343 WARWICK ST | DETROIT, MI 48228 | | 265 | 06 |

List Detainee Medical / Mental Issues and Observations: Asthma

Have you traveled to any Western African Country within the past 21 days? If yes, the date, country and airline: ☐ Yes ☑ No

Notification:

Arrest Location: 11343 Warwick ST

| Arrest Date/Time | Agy | F/M | Report # | MICR | Arresting Officer | Badge # | Scout Car # |
|---|---|---|---|---|---|---|---|
| 01/23/2024 14:00 | DPD | F | 2312280005 | 1300 | Holder, Joshua D | 37 | 5069 |

Charge Description: AGGRAV ASSAULT - MURDER ATTEMPT  "Build"

Warrant #

| OPEN Charges | Fel / Misd. | FINAL Charges | Fel / Misd. | Warrant # |
|---|---|---|---|---|
| | | | | |
| OPEN Charges | Fel / Misd. | FINAL Charges | Fel / Misd. | Warrant # |

Review of Arrest UF-001 Completed: ☐ Yes ☑ No
Material Witness UF-006 Completed: ☐ Yes ☑ No
Privilege Restriction UF-008/DPD 700 Completed: ☐ Yes ☑ No  Initiated by: ____

**FDS**

Probable Cause? ☑ Yes ☐ No
Date / Military Time: 1-23-24 14:56
Custodial Status of Detainee: None
DNA on file? ☐ Yes ☐ No
DNA Required? ☐ Yes ☐ No

Print/Signature/ Badge of Supervisor Reviewing Probable Cause and Authorizing Custodial Status: Sgt C Sims 355
DNA sample collected by: NIL

TX# [scribble]

313 850-7450

Member Identifying Hold(s) / Warrant(s) Print Rank, Last, First Name: S. Weaver
Badge: 4307
Date: 1-23
Signature: [signature]

# Detroit Police Department

1301 3rd Ave
Detroit, MI 48226
Tel: 313-596-1800   Fax: 313-596-1450

# Arrest Report

CB Number: 121430|150793
Arrest Date: 01-23-2024
Report Printed: 01-23-2024 15:25

## ARRESTEE

| Field | Value |
|---|---|
| Name | CRUTCHFIELD, LADONNA |
| S.S.N. | |
| Sex | F |
| Race | B |
| Height | 507 |
| Weight | 265 |
| Hair Color | BLK |
| Eye Color | BRO |
| Complexion | |
| Build | |
| Street Address | 11343 WARWICK ST |
| City | DETROIT |
| State | MI |
| Zip | 48228 |
| County | |
| Telephone | |
| Cell Phone | |
| Business Phone | |
| Pager | |
| Alias | |
| Alias D.O.B | |
| Maiden | |
| Place of Birth | MICHIGAN |
| Arrest Location | |

## I.D.

| Field | Value |
|---|---|
| DPD Number | 5319159 |
| CB Number | 121430|150793 |
| Case # | |
| SID | |
| FBI # | |
| D.L. State | |
| D.L. Number | |

## PHYSICAL

| Hair Style | Facial Hair | Hair Length | | |
|---|---|---|---|---|
| | | Handed | | |
| | | Glasses: No | | |
| | | Contacts: No | | |

SMTO — Code / Description: (blank)

## BACKGROUND

| Field | Value |
|---|---|
| Marital Status | |
| Education | |
| Read English | No |
| Write English | No |
| Speak English | No |
| Caution | |
| Gang | |
| Gang Name | |
| Member Type | |
| Employer | |
| Occupation | |
| Employer Telephone | |
| Employer Address | |
| City | |
| State | |
| Zip | |
| Emergency Contact | |
| Relationship | |
| Phone | |

## VEHICLE

| Year | Make | Model | Color | VIN |
|---|---|---|---|---|
| | | | | |

| Owner | Plate | Insured By | Towed By | Accident |
|---|---|---|---|---|
| | | | | No |

Release Info:

## UIO

| P.B.T. | B.A.C. | Blood Test | Urine Test | In Car Video | Squad # | Testing Officer |
|---|---|---|---|---|---|---|
| | | No | No | No | | |

## CHARGES

**Charge 1**
Charge Code & Description: 1371 AGGRAV ASSAULT - MURDER ATTEMPT
Offense Location:
Arrest Type Flag: F | Count: 1 | Incident #: 2312280005 | Criminal Tracking #: | Charge Type Code: 1 | Disposition: REW | Date of Offense:

**Charge 2**  (blank)

**Charge 3**  (blank)

**Charge 4**  (blank)

**Charge 5**  (blank)

000133



000134