# Detroit Police Department



# Mugshot Report

1301 3rd Ave
Detroit, MI  48226
Tel:  313-596-1800    Fax:  313-596-1450

CB Number: 121430|150793
Arrest Date: 01-23-2024 :
Report Printed: 01-23-2024 15:25



Name: CRUTCHFIELD, LADONNA
Address: ████████████
DETROIT, MI  48228
S.S.N.:
D.O.B.: ████████
Age at Photo: 36
DPD Number: 5319159
CB Number: 121430|150793
Booking Date: 01-23-2024
Release Date:
Hair Color: Black
Eye Color: Brown
Height: 507
Weight: 265

Complexion: Skin Tone Code
Build:

Race: Black
Gender: Female

TCN: DS24221377X

Produced by the ID Networks ImageNet System