
detroit police

January 24, 2024

Detective Marc Thompson # D-1885
Detroit Police Department
Ninth Precinct
11187 Gratiot, Detroit, MI, 48214

This correspondence is to account for the whereabouts of Ms. LaDonna Crutchfield on case #2312280005. Ms. Crutchfield presence was required as she was a person of interest in this investigation. This matter for which Ms. Crutchfield was required to appear for an interview held at the Detroit Detention Center. However, I am now able to declare Ms. Crutchfield is not the subject involved in this criminal investigation.

Respectfully,
*Marc Thompson*

Marc Thompson # D-1885
Detective, Detroit Police Department
Cell: 313-407-6479
Direct: 313-596-5958
Thompsonm039@detroitmi.gov