**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

LADONNA CRUTCHFIELD,                    Hon. Brandy R. McMillon
    Plaintiff,                      Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C., | CITY OF DETROIT LAW DEPARTMENT |
| Ivan L. Land Sr. (P65879) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendants |
| 25900 Greenfield, Rd., Ste. 210 | Coleman A. Young Municipal Center |
| Oak Park, MI 48237 | 2 Woodward Avenue, Suite 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

_____/

**CITY OF DETROIT'S ANSWER TO PLAINTIFF'S SECOND AMENDED VERIFIED COMPLAINT, RELIANCE UPON JURY DEMAND, SPECIAL AND AFFIRMATIVE DEFENSES, AND DEMAND FOR REPLY**

**NOW COMES**, Defendant, CITY OF DETROIT, by and through its attorney, Gregory B. Paddison, and for its answer to Plaintiff's Second Amended Verified Complaint, Reliance Upon Jury Demand, Special and Affirmative Defenses, and Demand for Reply, states as follows:

**INTRODUCTION**

1

1. Defendant, CITY OF DETROIT, neither admits, nor denies, the allegations of Paragraph 1, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

2. Defendant admits the allegations of Paragraph 2, to the enter that the allegations stated therein allege that a consent decree was entered between the City of Detroit and the Department of Justice. Defendant neither admits, nor denies, the balance of the allegations of Paragraph 2, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

3. Defendant admits the allegations of Paragraph 3.

4. Defendant denies the allegations of Paragraph 4, as the allegations stated therein are untrue.

5. Defendant denies the allegations of Paragraph 5, as the allegations stated therein are untrue.

6. Defendant neither admits, nor denies, the allegations of Paragraph 6, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

7. Defendant denies the allegations of Paragraph 7, as the allegations stated therein are untrue.

8. Defendant denies the allegations of Paragraph 8, as the allegations stated therein are untrue.

9. Defendant denies the allegations of Paragraph 9, as the allegations stated therein are untrue.

10. Defendant denies the allegations of Paragraph 10, as the allegations stated therein are untrue.

11. Defendant denies the allegations of Paragraph 11, as the allegations stated therein are untrue.

12. Defendant neither admits, nor denies, the allegations of Paragraph 12, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

13. Defendant neither admits, nor denies, the allegations of Paragraph 13, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

14. Defendant neither admits, nor denies, the allegations of Paragraph 14, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

15. Defendant denies the allegations of Paragraph 15, as the allegations stated therein are untrue.

## JURISDICTION AND VENUE

Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

16. Defendant neither admits, nor denies, the allegations of Paragraph 16, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

17. Defendant neither admits, nor denies, the allegations of Paragraph 17, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

18. Defendant neither admits, nor denies, the allegations of Paragraph 18, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

### **PARTIES**

Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

19. Defendant, neither admits, nor denies, the allegations of Paragraph 19, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

20. Defendant admits the allegations of Paragraph 20.

21. Defendant neither admits, nor denies, the allegations of Paragraph 21, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

4

22. Defendant, neither admits, nor denies, the allegations of Paragraph 21, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

23. Defendant, neither admits, nor denies, the allegations of Paragraph 22, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

24. Defendant, neither admits, nor denies, the allegations of Paragraph 23, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

25. Defendant, neither admits, nor denies, the allegations of Paragraph 24, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

26. Defendant, neither admits, nor denies, the allegations of Paragraph 25, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

27. Defendant neither admits, nor denies, the allegations of Paragraph 27, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

28. Defendant neither admits, nor denies, the allegations of Paragraph 28, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

29. No response necessary.

## FACTS

Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

30. Defendant, neither admits, nor denies, the allegations of Paragraph 30, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

31. Defendant, neither admits, nor denies, the allegations of Paragraph 31, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

32. Defendant, neither admits, nor denies, the allegations of Paragraph 32, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

33. Defendant, neither admits, nor denies, the allegations of Paragraph 33, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

34. Defendant, neither admits, nor denies, the allegations of Paragraph 34, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

35. Defendant, neither admits, nor denies, the allegations of Paragraph 35, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

36. Defendant, neither admits, nor denies, the allegations of Paragraph 36, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

37. Defendant, neither admits, nor denies, the allegations of Paragraph 37, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

38. Defendant, neither admits, nor denies, the allegations of Paragraph 38, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

39. Defendant, neither admits, nor denies, the allegations of Paragraph 39, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

40. Defendant, neither admits, nor denies, the allegations of Paragraph 40, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

41. Defendant, neither admits, nor denies, the allegations of Paragraph 41, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

42. Defendant, neither admits, nor denies, the allegations of Paragraph 42, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

43. Defendant neither admits, nor denies, the allegations of Paragraph 43, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

44. Defendant neither admits, nor denies, the allegations of Paragraph 44, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

45. Defendant neither admits, nor denies, the allegations of Paragraph 45, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

46. Defendant neither admits, nor denies, the allegations of Paragraph 46, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

47. Defendant neither admits, nor denies, the allegations of Paragraph 47, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

48. Defendant neither admits, nor denies, the allegations of Paragraph 48, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

49. Defendant neither admits, nor denies, the allegations of Paragraph 49, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

50. Defendant neither admits, nor denies, the allegations of Paragraph 50, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

51. Defendant neither admits, nor denies, the allegations of Paragraph 51, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

52. Defendant neither admits, nor denies, the allegations of Paragraph 52(a-j), for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

53. Defendant neither admits, nor denies, the allegations of Paragraph 53, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

54. Defendant neither admits, nor denies, the allegations of Paragraph 54, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

55. Defendant neither admits, nor denies, the allegations of Paragraph 55, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

56. Defendant neither admits, nor denies, the allegations of Paragraph 56, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

57. Defendant neither admits, nor denies, the allegations of Paragraph 57, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

58. Defendant neither admits, nor denies, the allegations of Paragraph 58, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

59. Defendant neither admits, nor denies, the allegations of Paragraph 59, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

60. Defendant neither admits, nor denies, the allegations of Paragraph 60, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

61. Defendant neither admits, nor denies, the allegations of Paragraph 61, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

62. Defendant neither admits, nor denies, the allegations of Paragraph 62, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

63. Defendant neither admits, nor denies, the allegations of Paragraph 63, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

64. Defendant neither admits, nor denies, the allegations of Paragraph 64, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

65. Defendant neither admits, nor denies, the allegations of Paragraph 65, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

66. Defendant neither admits, nor denies, the allegations of Paragraph 66, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

67. Defendant neither admits, nor denies, the allegations of Paragraph 67, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

68. Defendant neither admits, nor denies, the allegations of Paragraph 68, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

69. Defendant neither admits, nor denies, the allegations of Paragraph 69, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

70. Defendant neither admits, nor denies, the allegations of Paragraph 70, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

71. Defendant neither admits, nor denies, the allegations of Paragraph 71, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

72. Defendant neither admits, nor denies, the allegations of Paragraph 72, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

73. Defendant neither admits, nor denies, the allegations of Paragraph 73, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

74. Defendant neither admits, nor denies, the allegations of Paragraph 74, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

75. Defendant neither admits, nor denies, the allegations of Paragraph 75, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

76. Defendant neither admits, nor denies, the allegations of Paragraph 76, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

77. Defendant neither admits, nor denies, the allegations of Paragraph 77, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

78. Defendant neither admits, nor denies, the allegations of Paragraph 78, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

79. Defendant neither admits, nor denies, the allegations of Paragraph 79, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

80. Defendant neither admits, nor denies, the allegations of Paragraph 80, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

81. Defendant neither admits, nor denies, the allegations of Paragraph 81, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

82. Defendant neither admits, nor denies, the allegations of Paragraph 82, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

83. Defendant neither admits, nor denies, the allegations of Paragraph 83, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

84. Defendant neither admits, nor denies, the allegations of Paragraph 84, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

85. Defendant neither admits, nor denies, the allegations of Paragraph 85, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

86. Defendant neither admits, nor denies, the allegations of Paragraph 86, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

87. Defendant neither admits, nor denies, the allegations of Paragraph 87, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

88. Defendant neither admits, nor denies, the allegations of Paragraph 88, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

89. Defendant neither admits, nor denies, the allegations of Paragraph 89, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

90. Defendant neither admits, nor denies, the allegations of Paragraph 90, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

91. Defendant neither admits, nor denies, the allegations of Paragraph 91, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

92. Defendant neither admits, nor denies, the allegations of Paragraph 92, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

93. Defendant neither admits, nor denies, the allegations of Paragraph 93, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

94. Defendant neither admits, nor denies, the allegations of Paragraph 94, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

95. Defendant neither admits, nor denies, the allegations of Paragraph 95, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

96. Defendant neither admits, nor denies, the allegations of Paragraph 96, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

97. Defendant neither admits, nor denies, the allegations of Paragraph 97, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

98. Defendant neither admits, nor denies, the allegations of Paragraph 98, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

99. Defendant neither admits, nor denies, the allegations of Paragraph 99, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

100.   Defendant neither admits, nor denies, the allegations of Paragraph 100, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

101.   Defendant neither admits, nor denies, the allegations of Paragraph 101, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

102.   Defendant neither admits, nor denies, the allegations of Paragraph 102, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

103.   Defendant neither admits, nor denies, the allegations of Paragraph 103, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

104.   Defendant neither admits, nor denies, the allegations of Paragraph 104, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

105.   Defendant neither admits, nor denies, the allegations of Paragraph 105, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

106.   Defendant neither admits, nor denies, the allegations of Paragraph 106, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

107.   Defendant neither admits, nor denies, the allegations of Paragraph 107, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

108.   Defendant neither admits, nor denies, the allegations of Paragraph 108, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

109.   Defendant neither admits, nor denies, the allegations of Paragraph 109, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

110.   Defendant neither admits, nor denies, the allegations of Paragraph 110, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

111.   Defendant neither admits, nor denies, the allegations of Paragraph 111, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

112.   Defendant neither admits, nor denies, the allegations of Paragraph 112, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

113.   Defendant neither admits, nor denies, the allegations of Paragraph 113, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

<u>**COUNT I**</u>
<u>**FALSE ARREST AND IMPRISONMENT IN VIOLATION OF THE FOURTH AMENDMENT AND 42 USC § 1983**</u>

114.   Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

115.   No response necessary as the Fourth Amendment to the United States Constitution speaks for itself.

116.   Defendant admits the allegations of Paragraph 116, as to itself only.

117.   Defendant denies the allegations of Paragraph 117, as to itself only, as the allegations stated therein are untrue.

118.   Defendant neither admits, nor denies, the allegations of Paragraph 118, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

119.   Defendant denies the allegations of Paragraph 119, as to itself only, as the allegations stated therein are untrue.

120.   Defendant denies the allegations of Paragraph 120, as to itself only, as the allegations stated therein are untrue.

**C<small>OUNT</small> II**
**I<small>LLEGAL</small> S<small>EARCH AND</small> S<small>EIZURE IN</small> V<small>IOLATION OF THE</small> F<small>OURTH</small> A<small>MENDMENT AND</small>**
**42 USC § 1983**

121.   Defendant, C<small>ITY OF</small> D<small>ETROIT</small>, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

122.   No response necessary as the Fourth Amendment to the United States Constitution speaks for itself.

123.   Defendant admits the allegations of Paragraph 116, as to itself only.

124.   Defendant denies the allegations of Paragraph 124, as to itself only, as the allegations stated therein are untrue.

125.   Defendant denies the allegations of Paragraph 125, as to itself only, as the allegations stated therein are untrue.

126.   Defendant denies the allegations of Paragraph 126, as to itself only, as the allegations stated therein are untrue.

127.   Defendant neither admits, nor denies, the allegations of Paragraph 127, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

128.   Defendant denies the allegations of Paragraph 128, as to itself only, as the allegations stated therein are untrue.

129.   Defendant denies the allegations of Paragraph 129, as to itself only, as the allegations stated therein are untrue.

## COUNT III
### ASSAULT AND BATTERY

130.   Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

131.   Defendant neither admits, nor denies, the allegations of Paragraph 131, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

132.   Defendant neither admits, nor denies, the allegations of Paragraph 132, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

133.   Defendant neither admits, nor denies, the allegations of Paragraph 133, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

134.   Defendant neither admits, nor denies, the allegations of Paragraph 134, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

135.   Defendant neither admits, nor denies, the allegations of Paragraph 135, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

136. Defendant neither admits, nor denies, the allegations of Paragraph 136, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

## COUNT IV
## FALSE LIGHT

137. Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

138. Defendant neither admits, nor denies, the allegations of Paragraph 138, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

139. Defendant neither admits, nor denies, the allegations of Paragraph 139, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

140. Defendant neither admits, nor denies, the allegations of Paragraph 140, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

141. Defendant neither admits, nor denies, the allegations of Paragraph 141, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

142.   Defendant neither admits, nor denies, the allegations of Paragraph 142, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

143.   Defendant neither admits, nor denies, the allegations of Paragraph 143, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

144.   Defendant denies the allegations of Paragraph 144, as to itself only, as the allegations stated therein are untrue.

145.   Defendant denies the allegations of Paragraph 145, as to itself only, as the allegations stated therein are untrue.

**COUNT V**
**FAILURE TO INVESTIGATE AND SUPPRESSION OF EXCULPATORY EVIDENCE IN VIOLATION OF THE FOURTH AND FOURTEENTH AMENDMENTS AND 42 USC § 1983**

146.   Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

147.   Defendant admits the allegations of Paragraph 147.

148.   Defendant neither admits, nor denies, the allegations of Paragraph 148(a-f), for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

149.   Defendant neither admits, nor denies, the allegations of Paragraph 149, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

150.   Defendant denies the allegations of Paragraph 150, as to itself only, as the allegations stated therein are untrue.

151.   Defendant neither admits, nor denies, the allegations of Paragraph 151, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

152.   Defendant neither admits, nor denies, the allegations of Paragraph 152, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

### COUNT VI
### MONELL CLAIM 42 USC § 1983 MUNICIPAL/SUPERVISORY LIABILITY

153.   Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

154.   Defendant denies the allegations of Paragraph 154, as the allegations stated therein are untrue.

155.   Defendant denies the allegations of Paragraph 155(a-h), as the allegations stated therein are untrue.

156.   Defendant denies the allegations of Paragraph 156, as the allegations stated therein are untrue.

157.   Defendant denies the allegations of Paragraph 157, as the allegations stated therein are untrue.

158.   Defendant denies the allegations of Paragraph 158, as the allegations stated therein are untrue.

159.   Defendant denies the allegations of Paragraph 159, as the allegations stated therein are untrue.

160.   Defendant denies the allegations of Paragraph 160, as the allegations stated therein are untrue.

**COUNT VII**
**FAILURE TO INTERVENE**

161.   Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

162.   Defendant neither admits, nor denies, the allegations of Paragraph 162, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

163.   Defendant neither admits, nor denies, the allegations of Paragraph 163, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

164.   Defendant neither admits, nor denies, the allegations of Paragraph 164, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

165.   Defendant neither admits, nor denies, the allegations of Paragraph 165, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

166.   Defendant neither admits, nor denies, the allegations of Paragraph 166, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

167.   Defendant neither admits, nor denies, the allegations of Paragraph 167, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

**COUNT VIII**
**INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

168.   Defendant, CITY OF DETROIT, reincorporates its responses to all prior paragraphs as if restated in full hereinafter.

169.   Defendant neither admits, nor denies, the allegations of Paragraph 169, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

170.   Defendant neither admits, nor denies, the allegations of Paragraph 170, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

171.   Defendant neither admits, nor denies, the allegations of Paragraph 171, for lack of sufficient information upon which it may formulate a response, but leaves Plaintiff to her proofs.

172.   Defendant denies the allegations of Paragraph 172, as to itself only, as the allegations stated therein are untrue.

173.   Defendant denies the allegations of Paragraph 17, as to itself only, as the allegations stated therein are untrue.

WHEREFORE, Defendant, CITY OF DETROIT, respectfully requests that this Honorable Court enter a judgment no cause of action, or in the alternative, that the present cause be dismissed, with prejudice, with costs and attorneys' fees awarded to Defendant.

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: September 23, 2025          /s/    Gregory B. Paddison
                                          Gregory B. Paddison (P75963)
                                          Attorney for Defendant

## RELIANCE ON JURY DEMAND

**NOW COMES**, Defendant, CITY OF DETROIT, by and through its attorney, Gregory B. Paddison, and hereby gives notice of its reliance on Plaintiff's demand for trial by jury.

                                        Respectfully submitted,
                                        CITY OF DETROIT LAW DEPARTMENT

Dated: September 23, 2025          /s/   Gregory B. Paddison
                                        Gregory B. Paddison (P75963)
                                        Attorney for Defendant

## DEMAND FOR COMPULSORY JOINDER

**NOW COMES**, Defendant, CITY OF DETROIT, by and through its attorney, Gregory B. Paddison, and demands that Plaintiff join any and all claims arising out of the transactions, acts, or occurrences, allegedly giving rise to the present action.

                                        Respectfully submitted,
                                        CITY OF DETROIT LAW DEPARTMENT

Dated: September 23, 2025          /s/   Gregory B. Paddison
                                        Gregory B. Paddison (P75963)
                                        Attorney for Defendant

## SPECIAL AND AFFIRMATIVE DEFENSES

**NOW COMES**, Defendant, CITY OF DETROIT, by and through its attorney, Gregory B. Paddison, and set for its Special and Affirmative Defenses as follows:

1. Plaintiff has failed to set forth a cause of action upon which relief can be granted.

2. Defendant is entitled to Governmental Immunity against the claims set forth in Plaintiff's Complaint.

3. Plaintiff has failed to mitigate his alleged damages.

4. The Defendant is, or may be, without jurisdiction.

5. Plaintiff's claims are, or may be barred by the applicable statute of limitations.

6. Plaintiff's claims are, or may be barred for failure to exhaust statutory, administrative, and/or other available remedies.

7. Plaintiff has failed to join every legal or equitable claim which arises out of the alleged transaction or occurrence which is the subject matter of Plaintiff's instant action.

8. That any alleged injuries to Plaintiff were due to and cause by the negligence and/or omission of the Plaintiff to care for himself which carelessness, and/or negligence, and/or omissions were the proximate cause of the damage, if any, to the Plaintiff.

9. That any injuries or damages suffered by Plaintiff was caused by reason of Plaintiff's wrongful acts and conduct and/or the willful resistance to a Peace Officer in the discharge, and/or attempt to discharge his or her office, and not by reason of any unlawful acts of omissions of CITY OF DETROIT.

10. The actions of the individual Defendant was lawful and proper, and probable cause existed for the arrest of Plaintiff.

11. The actions of the individual Defendant was reasonable, proper and legal.

12. The individual Defendant had reasonable cause to believe that an offense had been committed and that Plaintiff had committed the offense.

13. If the Plaintiff sustained any injuries, damage, or loss, the same was solely and proximately occasioned by the carelessness, heedlessness and negligence of the Plaintiff in failing to act in a reasonable, prudent manner, acting without due care and circumspection and in a manner dangerous to or likely to endanger Plaintiff's own safety, and not because of any act or omission of, or chargeable to, Defendants.

14. CITY OF DETROIT, by and through its undersigned counsel, does not waive any deficiency or omission in any pleadings heretofore or hereafter filed by any other party to the above-captioned matter, and hereby reserves the right to assert and file any additional affirmative and special defenses as may become known

through discovery proceedings in accordance with the rules and practices of this Court, or otherwise.

**WHEREFORE**, Defendant, CITY OF DETROIT, respectfully requests that this Honorable Court enter a judgment no cause of action, or in the alternative, that the present cause be dismissed, with prejudice, with costs and attorneys' fees awarded to Defendant.

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: September 23, 2025            /s/    Gregory B. Paddison
                                            Gregory B. Paddison (P75963)
                                            Attorney for Defendant

## DEMAND FOR REPLY

Defendant, CITY OF DETROIT, demands a reply to each and every Affirmative Defense set forth herein.

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

                                     /s/    Gregory B. Paddison
Dated: September 23, 2025                   Gregory B. Paddison (P75963)
                                            Attorney for Defendant