UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.
_____/

LAW OFFICES OF IVAN L. LAND, P.C.,
Ivan L. Land Sr. (P65879)
Attorney for Plaintiff
25900 Greenfield, Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545
Ill4law@aol.com

CITY OF DETROIT LAW DEPARTMENT
Gregory B. Paddison (P75963)
Attorney for Defendants
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov
_____/

### PLAINTIFF'S REPLY TO DEFENDANT CITY OF DETROIT AFFIRMATIVE DEFENSE AT ECF NO. 33

Now Comes Plaintiff, by and through her attorneys the Law Offices of Ivan L. Land P.C. and states the following for her Reply:

1. Plaintiff denies the allegations contained in paragraph 1.

2. Plaintiff denies the allegations contained in paragraph 2.

3. Plaintiff denies the allegations contained in paragraph 3.

4. Plaintiff neither admits nor denies the allegations contained in paragraph 4 and leaves it to the Defendant to prove.

5. Plaintiff denies the allegations contained in paragraph 5.

6. Plaintiff denies the allegations contained in paragraph 6.

7. Plaintiff denies the allegations contained in paragraph 7.

8. Plaintiff denies the allegations contained in paragraph 8.

9. Plaintiff denies the allegations contained in paragraph 9.

10. Plaintiff denies the allegations contained in paragraph 10.

11. Plaintiff denies the allegations contained in paragraph 11.

12. Plaintiff denies the allegations contained in paragraph 12.

13. Plaintiff denies the allegations contained in paragraph 13.

14. Plaintiff denies the allegations contained in paragraph 14.

15. Plaintiff denies the allegations contained in paragraph 15.

16. Plaintiff denies the allegations contained in paragraph 16.

17. Plaintiff denies the allegations contained in paragraph 17.

18. Plaintiff neither admits or denies the allegations in paragraph 18 and leaves it to the Defendant to prove.

Dated: October 6, 2025                    Respectfully Submitted,

                                          /s/Ivan L. Land
                                          Ivan L. Land (P65879)

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will electronically notify the attorney of record.

Dated: October 6, 2025

Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)