## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,                Hon. Brandy R. McMillon
    Plaintiff,                             Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.
_____/

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C., | CITY OF DETROIT LAW DEPARTMENT |
| Ivan L. Land Sr. (P65879) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendants |
| 25900 Greenfield, Rd., Ste. 210 | Coleman A. Young Municipal Center |
| Oak Park, MI 48237 | 2 Woodward Avenue, Suite 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

_____/

### PLAINTIFF'S REPLY TO DEFENDANT DORIAN HARDY AFFIRMATIVE DEFENSE AT ECF NO. 34

Now Comes Plaintiff, by and through her attorneys the Law Offices of Ivan L. Land P.C. and states the following for her Reply:

1. Plaintiff denies the allegations contained in paragraph 1.

2. Plaintiff denies the allegations contained in paragraph 2.

3. Plaintiff denies the allegations contained in paragraph 3.

4. Plaintiff neither admits nor denies the allegations contained in paragraph 4 and leaves it to the Defendant to prove.

5. Plaintiff denies the allegations contained in paragraph 5.

6. Plaintiff denies the allegations contained in paragraph 6.

7. Plaintiff denies the allegations contained in paragraph 7.

8. Plaintiff denies the allegations contained in paragraph 8.

9. Plaintiff denies the allegations contained in paragraph 9.

10. Plaintiff denies the allegations contained in paragraph 10.

11. Plaintiff denies the allegations contained in paragraph 11.

12. Plaintiff denies the allegations contained in paragraph 12.

13. Plaintiff denies the allegations contained in paragraph 13.

14. Plaintiff denies the allegations contained in paragraph 14.

15. Plaintiff denies the allegations contained in paragraph 15.

16. Plaintiff denies the allegations contained in paragraph 16.

17. Plaintiff denies the allegations contained in paragraph 17.

18. Plaintiff neither admits or denies the allegations in paragraph 18 and leaves it to the Defendant to prove.

Dated: October 6, 2025                    Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)

## CERTIFICATE OF SERVICE

      I hereby certify that on October 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will electronically notify the attorney of record.

Dated: October 6, 2025

Respectfully Submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)