**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

LADONNA CRUTCHFIELD,    Hon. Brandy R. McMillon
    Plaintiff,    Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

**INDEX OF EXHIBITS**

| | | |
|---|---|---|
| Exhibit "A" | - | Officer Thompson Reporting Officer Narrative |
| Exhibit "B" | - | Officer Cowart Reporting Officer Narrative |
| Exhibit "C" | - | Officer Jackson Reporting Officer Narrative |
| Exhibit "D" | - | Officer Jones Reporting Officer Narrative |
| Exhibit E" | - | Plaintiff Request to Admit Responses |
| Exhibit "F" | - | Plaintiff Interrogatory Responses |
| Exhibit "G" | - | Thompson Supplement |
| Exhibit "H" | - | Truth Report 1 |
| Exhibit "I" | - | Truth Report 2 |
| Exhibit "J" | - | Plaintiff State ID |
| Exhibit "K" | - | Truth 2 Surveillance Image |
| Exhibit "L" | - | Incident Report Suspect List |
| Exhibit "M" | - | Wilson Line-Up |

| | | |
|---|---|---|
| Exhibit "N" | - | Griffin Line-Up |
| Exhibit "O" | - | Griffin Interview |
| Exhibit "P" | - | HIDTA Report |
| Exhibit "Q" | - | Geofence Warrant |
| Exhibit "R" | - | MSP Lab Report |
| Exhibit "S" | - | Bridge Card |
| Exhibit "T" | - | Crisnet Notes |
| Exhibit "U" | - | Williams Affidavit |
| Exhibit "V" | - | Ofc. Anthony Williams BWC<br>*Media Exhibit* |
| Exhibit "W" | - | Detainee Input |
| Exhibit "X" | - | Statement Form |
| Exhibit "Y" | - | Yopp Affidavit |
| Exhibit "Z" | - | Arrest Report |
| Exhibit "AA" | - | *Raggs v. Pittsfield Charter Twp.*, 2016 WL 3626807 (E.D. Mich. July 7, 2016) |
| Exhibit "BB" | - | *McLeod v. Bender,* 2015 WL 1470071 (E.D. Mich. Mar. 30, 2015) |
| Exhibit "CC" | - | *Black v. City of Royal Oak*, 2024 WL 4220711 (E.D. Mich. Sept. 17, 2024) |
| Exhibit "DD" | - | AVERT Case Supplements |
| Exhibit "EE" | - | Ofc. Anthony Williams BWC Transcript<br>*To be filed as a Supplemental Exhibit* |

                                          Respectfully Submitted,
                                        CITY OF DETROIT LAW DEPARTMENT

Dated: March 3, 2026              /s/  <u>Gregory B. Paddison</u>
                                        Gregory B. Paddison (P75963)
                                        Attorney for Defendants