## REPORTING OFFICER NARRATIVE

| Detroit Police Department | | OCA<br>*231228-0005* |
|---|---|---|
| Victim<br>*GRIFFIN, KALIN DREVON* | Offense<br>*NON-FATAL SHOOTING* | Date / Time Reported<br>*Thu 12/28/2023 04:55* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

[12/28/2023 04:55 THOMPSONS322]
PO.STEPHEN.THOMPSON, BADGE#4384 BWC#118284. JANELLE THOMAS , BADGE#4288, BWC#099933
SCOUT 9-6, VEHICLE#205132
**NO FORCE USED**
**NO ARREST MADE**
**GSW**
VICTIM- KALIN GRIFFIN, B/M, DOB: ▇▇▇▇ OF ▇▇▇▇▇▇▇
OFFENDER- JANE DOE (BLACK  (TRUE)PHONE#586-▇▇▇▇
WITNESS#1- SHYANNA HARRIS, B/F, DOB: ▇▇▇▇ , PHONE#313-▇▇▇▇
WITNESS#2- RAYMOND FICKLIN, B/M, DOB: ▇▇▇▇ , PHONE#586-▇▇▇▇

*************************************************************************
ON DECEMBER 28, 2023, AT APPROXIMATELY 2400 CREW WAS IN APPROVED UNIFORM WORKING IN A FULLY MARKED SCOUT CAR. CREW WAS THEN DISPATCHED TO 14409 LINNHURST ST FOR **SHOOTING.CUTTING WOUND**

I OFFICER THOMPSON MADE THE LOCATION AND OBSERVED THE VICTIM LYING IN FRONT OF THE APARTMENT COMPLEX ON HIS BACK. THE VICTIM WAS COVERED IN BLOOD AND WITNESSES WERE YELLING THAT HE HAD BEEN SHOT IN THE FACE BY THE OFFENDER.

MY PARTNER AND I SECURED THE SCENE UNTIL MED 13 MADE THE LOCATION AND TRANSPORTED THE VICTIM TO ST JOHN HOSPITAL WHERE HE WAS PRONOUNCED TEMP SERIOUS BY DR. BUTKEY WITH CHART#082960236. THE VICTIM HAD A GUN SHOT WOUND TO THE FACE.

WHILE ON SCENE I WAS ABLE TO SPEAK TO WITNESS#1 WHO STATED SHE HEARD THE OFFENDER AND THE VICTIM ARGUING IN THE APARTMENT THEN SHE HEARD A LOUD BANG NOISE AND SEEN THE OFFENDER LEAVE THE LOCATION WITH HER 3 YEAR OLD DAUGHTER  IN A TAN TOYOTA.

I THEN SPOKE TO WITNESS#2 WHO STATED HE WAS INSIDE THE APARTMENT WHEN THE OFFENDER STARTED WAIVING A GUN AT HIM. HE STATED HE LEFT THE LOCATION ONCE HE SEEN THE OFFENDER WITH A GUN.  I OFFICER THOMPSON ASKED HIM IF HE SEEN OR HEARD ANYTHING AND HE STATED HE HEARD A LOUD BANG WHEN HE WAS WALKING BACK TO HIS ROOM BUT DIDN`T THINK IT WAS A GUN SHOT.

I THEN NOTIFIED LT. ALLEN WHO WAS WORKING 9- DESK, LT. DUNCAN FROM NOTIFICATION AND CONTROL. CREW STOOD BY UNTIL  EVIDENCE TECH 4711 MADE THE SCENE AND FOR THE SHOOTING TEAM TO GET A SEARCH WARRANT.