## CASE SUPPLEMENTAL REPORT

Printed: 11/12/2024  19:48

Detroit Police Department

OCA: **2312280005**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

**Case Status:** *ACTIVE*  **Case Mng Status:** *ACTIVE*  **Occurred:** *12/27/2023*

**Offense:** *NON-FATAL SHOOTING*

**Investigator:** COWART, DARRELL   **Date / Time:** *12/28/2023 06:50:54, Thursday*
**Supervisor:** ALLEN, REGINA J   **Supervisor Review Date / Time:** *12/28/2023 08:45:37, Thursday*
**Contact:**   **Reference:** *Assisting Officer`s Report*

[12/28/2023 06:51, COWARTD747, 33210]
Scout 9-8. Vehicle 225081. Full uniform. Fully marked scout.
PO. Darrell Cowart. Badge 807. BWC 067613,
PO. Romeo Italia. Badge 3039. BWC 070182.

***NO ARREST MADE***
***NO FORCE USED***

Witness - Quentyara Wilson. B/F. DOB: ▮. PN: 313▮. Address: ▮.

On Thursday, December 28th, 2023, my partner and I were dispatched to assist the primary scout, scout 9-6 with a gunshot wound/cutting police run at the location of ▮.

Upon arrival, I assisted my partner, along with the primary unit with clearing the apartment to ensure no one else was hurt. Scout then stood by for scene security.

I also spoke with a witness ( Quentyara Wilson) at scene, who stated that she observed the suspect ("Chew") at the scene with a gray and black handgun in the lobby of the location. She then stated that she observed the suspect fidgeting with the handgun as well. She then left the lobby and went to her apartment, in which she then stated that is when she heard the sound of a gunshot. Suspect description was a "bun hat", lashes, black jacket, purple shirt, "slide ons", approximately 6`0", approximately 300 lbs, along with last seen driving a possible brown camry with an unknown plate number. The witness also stated that their was a child with the suspect.

Investigator Signature   Supervisor Signature