## CASE SUPPLEMENTAL REPORT

Printed: 11/12/2024  19:48

Detroit Police Department

OCA: **2312280005**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** ACTIVE    **Case Mng Status:** ACTIVE    **Occurred:** 12/27/2023
**Offense:** NON-FATAL SHOOTING

**Investigator:** JACKSON, STEPHAN S    **Date / Time:** 12/28/2023 14:13:46, Thursday
**Supervisor:** PATTERSON, DAVID A    **Supervisor Review Date / Time:** 12/28/2023 16:03:14, Thursday
**Contact:**    **Reference:** Additional Information Discovered

Non-Fatal Shooting at 14409 Linnhurst

Report # 2312280005

Victim- Kalin Griffin BM ▮▮▮ of ▮▮▮▮▮ GSW to the cheek through and through, listed in temp serious by Dr. Butkey under chart number 082960236

Witnes- Raymond Ficklin BM ▮▮▮ of ▮▮▮ Linnhurst 586▮▮▮3

Vehicle: Tan Toyota Camry with heavy front end damage

Suspect: "Truth" or "Chew" heavy set black female approximately 6"

ShotSpotter: None

On December 28, 2023 at approximately 00:30, I was recalled by Lieutenant Allen of a Non-Fatal Shooting at 14409 Linnhurst. I made St. Johns in attempt to speak with the victim, but was informed by scout 9-11 that the victim was in cat-scan at this time. Scout 9-11 explained the victim was uncooperative, and would not speak with officers while enroute to the hospital, and at this time the victim was listed as a "John Doe".

I then spoke with hospital staff who was overseeing the victim, who explained the victim gave them the name of Kalin and nothing further. The victim then returned from cat-scan, but was sedated at this time. I observed multiple tattoos on the victims body. I observed on the victims left shoulder the number 2000. I also observed on the victim had a Draco and a tear drop tattooed on the left side of his face. I then ran the name Kalin in RMS with the birth year of 2000 and was able to locate the victims name, matching it with the SOS picture provided by LEIN with the same face tattoos. I then contacted the NFS team and provided them with my findings.

I then made the Linnhurst location, where I spoke with the primary scout 9-6, who explained that involved other had the most information due to the incident taking place over involved other. I then spoke with involved other who explained that a female who goes by the name of "Truth" has been attempting to get at involved other since Christmas Eve. Involved other explained that Truth was with the victim and a group of individuals down stairs in the hallway drinking. Involved other explained that when truth drinks she becomes very hostile. Involved other explained that truth approached involved other and produced a BSA, but involved other got up to leave the location.

Investigator Signature    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 11/12/2024  19:48

*Detroit Police Department*

OCA: **2312280005**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*  **Case Mng Status:** *ACTIVE*  **Occurred:** *12/27/2023*
**Offense:** *NON-FATAL SHOOTING*

**Investigator:** *JACKSON, STEPHAN S*  **Date / Time:** *12/28/2023 14:13:46, Thursday*
**Supervisor:** *PATTERSON, DAVID A*  **Supervisor Review Date / Time:** *12/28/2023 16:03:14, Thursday*
**Contact:**  **Reference:** *Additional Information  Discovered*

Involved other explained that the victim told the suspect to go get her boyfriend (referring to involved other) which caused the suspect to shoot the victim. Involved other explained that he then assisted the victim until scouts arrival. When asked if he ever saw the gun, he described it as a black 45.

I observed on the walkway leading up to the front door of the apartment building, a small amount of blood and multiple bloody t-shirts where scout 9-6 located the victim. Scout 9-6 escorted myself along with the NFS team inside the apartment building where I observed a chair in the corner of the apartment near the window, with a large pool of blood.

_____  _____
Investigator Signature  Supervisor Signature