# CASE SUPPLEMENTAL REPORT

Printed: 01/29/2024 07:21

*Detroit Police Department*                          OCA: **2312280005**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

**Case Status:** *ACTIVE*      **Case Mng Status:** *ACTIVE*      **Occurred:** *12/27/2023*
**Offense:** *NON-FATAL SHOOTING*

**Investigator:** *JONES, JA`MOND K*     **Date / Time:** *12/29/2023 17:08:07, Friday*
**Supervisor:** *MIFSUD, PATRICK*     **Supervisor Review Date / Time:** *12/29/2023 19:08:21, Friday*
**Contact:**     **Reference:** *Assisting Officer's Report*

[12/29/2023 17:08 JONESJ257]

On December 29, 2023 4:00 pm, I, conducted a database search on a vehicle that was involved in a non-fatal shooting that occurred on December 28, 2023 at 14409 Linnhurst st. I searched a 2010 ford fusion, LP ERE8295, VIN: 3FAHP0HA5R220009. The vehicle is registered to Lenn Alec Porterico. I inquired about Sheila Lloyd registered at the same address as Mr. Porterico. I entered her name and date of birth into a law enforcement database (Lein) and discovered an address of 11343 Warwick Street. I searched the address, then discovered and observed a person by the name Ladonna Ann Crutchfield. Ms. Crutchfield matched the suspected I observed through greenlight with the shooting weapon. I then turned over my findings to detective Thompson.

Investigator Signature                  Supervisor Signature