UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C., <br> Ivan L. Land Sr. (P65879) <br> Attorney for Plaintiff <br> 25900 Greenfield, Rd., Ste. 210 <br> Oak Park, MI 48237 <br> (248) 968-4545 <br> Ill4law@aol.com | CITY OF DETROIT LAW DEPARTMENT <br> Gregory B. Paddison (P75963) <br> Attorney for Defendants <br> Coleman A. Young Municipal Center <br> 2 Woodward Avenue, Suite 500 <br> Detroit, MI 48226 <br> (313) 237-0435 <br> paddisong@detroitmi.gov |

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANTS' INTERROGATORIES & REQUESTS TO PRODUCE TO PLAINTIFF

Now Comes Plaintiff, LaDonna Crutchfield, and states the following in Plaintiff's Response To Defendants' Interrogatories & Requests to Produce to Plaintiff.

### INTERROGATORIES

1. What is your full name, present address, birthdate, birthplace, social security,

1

where you were born (specify city, county, state, and country if other than the United States), your motor vehicle operator's number, the issuing state or governmental authority, issue date, and expiration date?

**RESPONSE:** *LaDonna Ann Crutchfield*
*DOB:* ▇
*Birth place: Wayne*
*Current address:* ▇
*Social Security:* ▇
*Drivers License Number* ▇

2. If you are making a claim for lost wages as a result of the incident complained of in Plaintiff's Complaint, please state between 2019, and present, what was or is your occupation or source of employment; your present occupation or source of employment; provide an explanation regarding the basis and reasons underlying any change of employment since the alleged incidents; whether you lost, changed, or had been terminated from any employment, occupation, vocation, livelihood, or source of support as a direct result of the incidents alleged in your Complaint; if you were so employed on the date of the incidents reflected in your Complaint, please state any work days allegedly lost, employer name, address, telephone number, salary for the years 2019-present, and the amount of earnings allegedly lost due to the incidents, if any.

**RESPONSE:** *Plaintiff is claiming lost wages. Will provide at a later date. Plaintiff objects to this question being asked at this time. Per the Judge's order at ECF No. 30, PageID. 348 dates July 28, 2025, this discovery period is limited to whether the*

2

***Defendant officers are entitled to Qualified Immunity.***

3. Relative to the alleged physical, emotional, and/or psychological injuries alleged in your Complaint, please identify specifically, and in detail:

   a. The amount of the medical and/or hospital expenses you have incurred, the specific services relative to such expenses, whether the expenses have been paid and by whom, and the location where the treatment relative to such expenses occurred;

   b. Any diagnosis of specific physical or psychological, illness or injury including:

      i. The person making each diagnosis;

      ii. The date of each diagnosis;

      iii. The date(s), time(s), and location(s) of any treatment related to each diagnosis;

      iv. The name of any person or entity providing treatment;

      v. The specific symptom or diagnosis that led you to seek treatment; and

      vi. The nature of your treatments.

   **RESPONSE:** *Will provide at a later date. Plaintiff objects to this question being asked at this time. Per the Judge's order at ECF No. 30, PageID. 348 dates July 28, 2025, this discovery period is limited to whether the Defendant officers are entitled to Qualified Immunity.*

4. If you at any time have been a party to any other civil suit; identify the parties to the action including their respective positions (e.g., plaintiff, defendant, cross-

3

plaintiff, third-party defendant, etc); identify the court in which the action was filed, and if different, the court in which the action was resolved, or in which it is pending; provide the docket number of each such law suit in which you have been involved; indicate the manner in which the suit was concluded (e.g., dismissed by court, voluntarily dismissed by plaintiff, summary disposition, settlement, trial verdict, etc.); whether you provided testimony in any trial or pre-trial proceeding in any lawsuit identified and whether you have a copy of the transcript of your testimony?

**RESPONSE:** *Plaintiff has never been a party to any other lawsuit. Plaintiff objects to this question being asked at this time. Per the Judge's order at ECF No. 30, PageID. 348 dates July 28, 2025, this discovery period is limited to whether the Defendant officers are entitled to Qualified Immunity.*
*Immunity.*

5. If you have at any time been arrested, then identify by name, business address, and business telephone number the agency or authority effecting your arrest; the location and date of your arrest; the specifics of why you were arrested; the offense(s) with which your were charged; identify the location(s) and dates of your confinement and were you allowed to post bail or bond and effect your release before appearing before a magistrate or judge of any kind?

**RESPONSE:** *No. Plaintiff objects to this question being asked at this time. Per the Judge's order at ECF No. 30, PageID. 348 dates July 28, 2025, this discovery period is limited to whether the Defendant officers are entitled to Qualified Immunity.*

4

6. Please identify all individuals whom Plaintiff has reason to believe has, or may have, relevant knowledge pertaining to the incidents and/or damages alleged in Plaintiff's Complaint.

**RESPONSE***: **Brieal Rockymore, Sheila Crutchfield, E'mani Smith, Armani Smith, Courtney Campbell. Plaintiff objects to this question being asked at this time. Per the Judge's order at ECF No. 30, PageID. 348 dates July 28, 2025, this discovery period is limited to whether the Defendant officers are entitled to Qualified Immunity.*

7. Please identify all individuals and/or entities (i.e., media entities/law enforcement/etc.) to whom Plaintiff has provided any statement, regardless of the medium (i.e., oral/written/etc.) regarding the incident(s) alleged of in the Complaint.

**RESPONSE:** *The Detroit News and Channel 7. Plaintiff objects to this question being asked at this time. Per the Judge's order at ECF No. 30, PageID. 348 dates July 28, 2025, this discovery period is limited to whether the Defendant officers are entitled to Qualified Immunity.*

8. For any Request for Admission that is denied, please identify the factual basis, documents, media, and/or other material upon which you base your denial.

**RESPONSE:** *See attached.*

9. Please provide the name and date of birth for all individuals whom resided with Plaintiff as of December 28, 2023.

**RESPONSE:** [redacted]

██████████████████████████████████ 10/20/2018. *Plaintiff objects to this question being asked at this time. Per the Judge's order at ECF No. 30, PageID. 348 dates July 28, 2025, this discovery period is limited to whether the Defendant officers are entitled to Qualified Immunity.*

Respectfully submitted,

Dated: September 25, 2025

_____
LaDonna Crutchfield

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 25, 2025, by:

☐ U.S. Mail         ☒ Hand Delivered
☐ Fax               ☐ Overnight Courier
☐ Fed. Express      ☐ Email/E-File