# INCIDENT/INVESTIGATION
## Internal Copy

**Agency Name:** Detroit Police Department
**ORI:** MI 8234900
**Case#:** 231215-0029
**Date / Time Reported:** 12/15/2023 01:57 Fri
**Last Known Secure:** 12/14/2023 18:40 Thu
**At Found:** 12/14/2023 19:00 Thu

**Location of Incident:** 15700 E 8 Mile Rd, Detroit MI 48205-
**Premise Type:** Restaurant
**Zone/SCA:** 903

### INCIDENT DATA

| # | Crime Incident(s) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|
| #1 | Motor Vehicle Theft 24001 (Com) | | | | | N |
| #2 | Crime Incident ( ) | | | | | |
| #3 | Crime Incident ( ) | | | | | |

### VICTIM

# of Victims: 1   Type: INDIVIDUAL/ NOT LAW   Injury:   Domestic: NO

**V1** MAY, MARK
Victim of Crime #: 1
Age: 64   Race: B   Sex: M   Relationship To Offender: 130   Resident Status: Resident

**Home Address:** , Detroit, MI 48208-

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

### OTHERS INVOLVED

(blank)

### PROPERTY

1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 03 | 7 | $1.00 | | 1 | 2008 BLU, EQX4853 MI | CHRY Sebring | |
| | 03 | 5 | $1.00 | | 1 | 2008 DBL, EQX4853 MI | CHRY Sebring | |

**Officer/ID#:** Pringle, Carol A   (COM, TCRU)
Outstanding Stolen Val [Total Stolen]: $0.00 [$1.00], Tot Rec Val: $1.00
**Invest ID#:** (0)
**Supervisor:** Ijemba, Quran   (COM, TCRU)
**Complainant Signature:**
**Case Status:** Inactive   12/19/2023
**Case Disposition:**
**Status:** Page 1

R_CS1IBR   , FREEDOM   Sys#: 986107   12/29/2023 12:45

## INCIDENT/INVESTIGATION REPORT

*Detroit Police Department*

Case # *231215-0029*

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |

Assisting Officers

Suspect Hate / Bias Motivated:  *NONE*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 231215-0029

*Detroit Police Department*

NARRATIVE

UDAA

=

PO THOMPSON B#4655 3-5

=

VICTIM WENT INTO THE KFC RESTAURANT AT LISTED LOCATION ON 12/14/23 AT 1840, LEAVING HIS CAR KEYS IN THE IGNITION. AT 1900 ON 12/14/23, VICTIM BELIEVES SUSPECT JUMPED INTO HIS VEHICLE AND FLED THE SCENE. PER PO THOMPSON VICTIM DID NOT DISCLOSE IF HE AND SUSPECT WERE TOGETHER AT THE TIME

-

AFFIDAVIT COMPLETED
KEYS W/ VEHICLE
PO SAW REGISTRATION

-

NO VALUABLES

-

CURE/ UNKNOWN POLICY

-

2008 CHRYSLER SEBRING
███████████
███████

=

REF#43598808

## Incident Report Suspect List

*Detroit Police Department*

OCA: *231215-0029*

| 1 | Name (Last, First, Middle) *No name* | Also Known As | Home Address |
|---|---|---|---|

| Business Address | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DOB | Age | Race U | Sex F | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race U | Sex F | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VchYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes   Physical Char

==nickname of "truth"==
==tx:586 571 0941==

## Incident Report Related Vehicle List

**Detroit Police Department**  OCA: *231215-0029*

### 1

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| *2008 CHRY, Sebring* | *FOUR* | *DBL* | | |

| IBR Status | Date | Location |
|---|---|---|
| *Recovered* | *12/15/2023* | *5500 TRUMBULL ST, DETROIT MI* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| | *$1.00* | *2401* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *May, Mark* | | *DETROIT, MI 48208* <br> *313-* |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | *64* | *B* | *M* | | | |

Notes

### 2

| VehYr/Make/Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|
| *2008 CHRY, Sebring* | *4D* | *BLU* | *MI 2024* | *1* |

| IBR Status | Date | Location |
|---|---|---|
| *Stolen* | *12/14/2023* | *15700 E 8 MILE RD, DETROIT MI* |

| Condition | Value | Offense Code | Jurisdiction | State # | NIC # |
|---|---|---|---|---|---|
| | *$1.00* | *2401* | *Locally* | | |

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *\* No name \** | | |

Business Address

| DOB | Age | Race | Sex | Hgt | Wgt | Scars, Marks, Tattoos, or other distinguishing features |
|---|---|---|---|---|---|---|
| | | | | | | |

Notes