# INCIDENT/INVESTIGATION
## Internal Copy

| Agency Name | Detroit Police Department |
|---|---|
| ORI | MI 8234900 |
| Location of Incident | 5500 Trumbull St, Detroit MI 48208- |
| Premise Type | Parking Lot/garage |
| Zone/SCA | 305 |
| Case# | 231215-0198 |
| Date / Time Reported | 12/15/2023  12:39  Fri |
| Last Known Secure | 12/15/2023  12:20  Fri |
| At Found | 12/15/2023  12:39  Fri |

### INCIDENT DATA

| # | Crime Incident(s) | (Com) | Weapon / Tools | Entry | Exit | Security | Activity |
|---|---|---|---|---|---|---|---|
| 1 | Aggravated / Felonious Assault 13002 | | Firearm | | | | N |
| 2 | Crime Incident | ( ) | | | | | |
| 3 | Crime Incident | ( ) | | | | | |

MO:

### VICTIM

# of Victims: 1  Type: INDIVIDUAL/ NOT LAW  Injury: None/none Apparent  Domestic: NO

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V1 | MAY, KRIS | 1, | Age 63 | B | M | 199 | | |

Home Address: Westland, MI 48185-
Home Phone:
Employer Name/Address:
Business Phone:   Mobile Phone:

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

### OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type: INDIVIDUAL/ NOT LAW ENFORCEMENT   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| IO | MAY, MARK | | Age 64 | B | M | | Resident | |

Home Address: Detroit, MI 48208
Home Phone:
Employer Name/Address:
Business Phone:   Mobile Phone:

Type:   Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

Home Address:
Home Phone:
Employer Name/Address:
Business Phone:   Mobile Phone:

### PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 03 | 0 | $1.00 | | 1 | 2008 DBL, EQX4853 MI | CHRY Sebring | 1C3LC56K98N105021 |
| | 03 | 0 | $1.00 | | 1 | BGE, FRE8295 MI | FORD Fusion | |

### Status

| Officer/ID# | Witcher, Edmond I   (EAS, 3RD) | |
|---|---|---|
| Invest ID# | Balija, Adnan   (DET, HOM) | Supervisor  Mcintosh, Russell M   (EAS, 3RD) |
| Complainant Signature | Case Status  Active   12/15/2023 | Case Disposition: |

Page 1

R_CS1IBR   , FREEDOM   Sys#: 986288   12/29/2023 11:05

## INCIDENT/INVESTIGATION REPORT

*Detroit Police Department*

Case # *231215-0198*

Status Codes: 1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown

| | IBR | Status | Quantity | Type Measure | Suspected Type | |
|---|---|---|---|---|---|---|
| D R U G S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers
MONTI, S.K. ( ██████ ),   CANTY, R. ( ██████ )

Suspect Hate / Bias Motivated:   *NONE*

## INCIDENT/INVESTIGATION REPORT

Narr. (cont.) OCA: 231215-0198                      *Detroit Police Department*

NARRATIVE
The victim stated that at the date, time and location listed on the report they were the victim of an aggravated assault.

## Incident Report Suspect List

*Detroit Police Department*  OCA: *231215-0198*

| # | Name (Last, First, Middle) | | | | | | Also Known As | | | | Home Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | *TRUTH,* | | | | | | | | | | |

| Business Address |
|---|

| DOB | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| / / | 30 | B | F | U | | | BLK | BRO | MED | |

Scars, Marks, Tattoos, or other distinguishing features

| *Reported Suspect Detail* | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel / Mode of Travel |
| VehYr/Make/Model | | Drs | Style | Color | Lic/St | | VIN |

Notes _____   Physical Char _____

## Incident Report Related Vehicle List

Detroit Police Department

OCA: 231215-0198

### 1

| Field | Value | Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|---|---|
| VehYr/Make/Model | 2008 CHRY, Sebring | Style | FOUR | Color | DBL | Lic/Lis | [redacted] | VIN | [redacted] |
| IBR Status | None | Date | 12/15/2023 | Location | 5500 TRUMBULL ST, DETROIT MI | | | | |
| Condition | | Value | $1.00 | Offense Code | 1302 | Jurisdiction | Locally | State # | | NIC # | |
| Name (Last, First, Middle) | May, Mark | | | Also Known As | | | | Home Address | [redacted] DETROIT, MI 48208 313-[redacted] |
| Business Address | | | | | | | | | |
| DOB | | Age | 64 | Race | B | Sex | M | Hgt | | Wgt | | Scars, Marks, Tattoos, or other distinguishing features | |

Notes

2008 CHRYSLER SEBRING, 4DR, BLUE, MI PLT# [redacted], VIN# [redacted]1

### 2

| Field | Value | Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|---|---|
| VehYr/Make/Model | FORD, Fusion | Style | 4D | Color | BGE | Lic/Lis | FRE8295 MI | VIN | |
| IBR Status | None | Date | 12/15/2023 | Location | 5500 TRUMBULL ST, DETROIT MI | | | | |
| Condition | | Value | $1.00 | Offense Code | 1302 | Jurisdiction | Locally | State # | | NIC # | |
| Name (Last, First, Middle) | * No name * | | | Also Known As | | | | Home Address | |
| Business Address | | | | | | | | | |
| DOB | | Age | | Race | | Sex | | Hgt | | Wgt | | Scars, Marks, Tattoos, or other distinguishing features | |

Notes

FORD FUSION, 4DR, BEIGE, MI PLT# FRE 8295, NO FURTHER INFO

| Detroit Police Department | REPORTING OFFICER NARRATIVE | OCA 231215-0198 |
|---|---|---|
| Victim MAY, KRIS | Offense AGGRAVATED / FELONIOUS ASSAULT | Date / Time Reported Fri 12/15/2023 12:39 |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

3RD PCT SCOUT 3-38A
P.O. E. WITCHER #4748
BODY CAM# BWC2-118221
VEHICLE #173127

NO FORCE USED
BODY CAMERA ACTIVATED

VICTIM-KRIS MAY B/M/ OF WESTLAND MI 48185, PHN# 313-

OFFENDER GOES BY THE NAME TRUTH- B/F/EARLY 30`S, 5FT 9IN, HEAVY BUILD, BLACK HAIR IN PONY TAIL.. NO FURTHER INFO... FLED IN A FORD FUSION, 4DR, BEIGE, MI PLT# 8295

INVOLVED OTHER-(BROTHER OF VICTIM) MARK MAY B/M/ OF , PHN# 313-

A: NONE

S: POLICE RUN TO 5500 TRUMBULL ST...M CLR SEZ THAT WOM WHO STOLE HIS BROTHER`S CAR AT APT BLDG  [12/15/23 12:31:25 PUGHS269]]
UNK WEPS... NOW HIS BROTHER NSDE HIS CAR W/WOM  [12/15/23 12:32:08 PUGHS269]
BLU SEBRING... WOM AT LOC TRYING TO GET NTO APT... WOM ARMED W/WEP...  [12/15/23 12:33:14 PUGHS269]
VOL PFU 3 DTS  [12/15/23 12:34:39 PARKERI065]
PERP B/F, DRK SKIN, HEAVY SET, WRG CAMO HOODY, GRY PANTS, BLK JACKET... DRV`G SEBRING, TRYING TO GET NTO BEIGE FUSION...

C: UPON ARRIVAL I TALKED TO ABOVE VICTIM WHO STATED THAT ABOVE OFFENDER PULLED A GUN ON HIM. VICTIM STATES THAT HE WAS AT ABOVE LOCATION AND OBSERVED ABOVE OFFENDER PULL UP IN HIS BROTHERS (INVOLVED OTHER) VEHICLE-2008 CHRYSLER SEBRING, BLUE, 4DR, MI PLT# EQX 4853, VIN# 1C3LC56K98N105021. VICTIM THEN STATED THAT HIS BROTHER REPORTED HIS VEHICLE STOLEN. VICTIM THEN APPROACHED OFFENDER AND STATED " GET OUT OF MY BROTHERS CAR!" ABOVE OFFENDER REPLIED "YOU DONT KNOW WHAT THIS IS ABOUT!" VICTIM THEN STATED THAT HE PULLED IN FRONT OF OFFENDER AND ATTEMPTED TO BLOCK HER IN. ABOVE OFFENDER THE PRODUCED AN UNKNOWN TYPE HANDGUN AND POINTED IT AT VICTIM. VICTIM THEN STATES THAT OFFENDER GRABBED HER PROPERTY OUT OF VEHICLE AND FLED LOCATION IN A FORD FUSION, 4DR, BEIGE, MI PLT# 8295, NO FURTHER INFO. NORTHBOUND ON TRUMBULL ST. VICTIM THEN CALLED 911 FOR POLICE SERVICES. I THEN ADVISED THAT REPORT WOULD BE FILED.

    I THEN TALKED TO ABOVE INVOLVED OTHER WHO STATED THAT HE REPORTED HIS ABOVE VEHICLE STOLEN...REPORT# 2312150029. INVOLVED OTHER STATED THAT HE HAS BEEN DATING ABOVE OFFENDER FOR 10 YEARS AND WAS UNABLE TO GIVE ME HER NAME, ADDRESS, OR PHONE NUMBER. INVOLVED OTHER APPEARED TO NOT WANT TO GIVE ME DETAILS OF HOW HIS VEHICLE WAS STOLEN. INVOLVED OTHER STATES THAT HE HAS HIS VEHICLE AND ALL KEYS. I THEN NOTIFIED TCRU OPERATOR #10 TO RECOVER INVOLVED OTHER VEHICLE.

| Reporting Officer: WITCHER, EDMOND I R_CS3NC | FREEDOM   12/29/2023 11:05 | Page 5 |

## REPORTING OFFICER NARRATIVE

| Detroit Police Department | | OCA |
| --- | --- | --- |
| | | *231215-0198* |
| Victim | Offense | Date / Time Reported |
| *MAY, KRIS* | *AGGRAVATED / FELONIOUS ASSAULT* | *Fri 12/15/2023 12:39* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

O: I OBSERVED INVOLVED OTHERS VEHICLE--2008 CHRYSLER SEBRING, BLUE, 4DR, MI PLT# EQX ▬▬▬▬▬▬▬▬▬▬▬▬, IN PARKING LOT OF LOCATION WITH STEERING COLUMN/IGNITION IN TACT AND PER INVOLVED OTHER NO NEW DAMAGES TO VEHICLE.

T: NONE

Reporting Officer: *WITCHER, EDMOND I*
R_CS3NC

FREEDOM   12/29/2023 11:05