
detroit
police

# Eyewitness Identification Form

Type of Identification: Live Lineup ☐ Photo Lineup ☒ Showup ☐

Case Number: 2312280005

Law Enforcement Official Name: PO Kyle DeLaney

Date and Time of Presentation: 12/30/23 1:55pm

Witness Name: QuentyARA Wilson

Attorney Name & P-Number, if present: ______________________

**INSTRUCTIONS** (*read by law enforcement official to witness*)

In a moment I'm going to ask you to view some individuals (or photographs). The person who is involved in the crime may or may not be among them.

You should not feel compelled to make an identification. The police department will continue to investigate the incident whether or not you select someone.

If you select someone, I'm going to ask you to explain why you selected that individual (or photograph) and to describe how confident you are in your selection.

Please do not ask questions about the person you have selected because we cannot share that information with you at this time. Since this is an ongoing investigation, you should not discuss the identification procedures or the results with other people.

Do you understand these instructions? Yes

**WITNESS STATEMENT** (*written by law enforcement official*)
Witness picked individual (or photograph) number:

______________________

______________________

______________________

______________________

I, QuentyARA Wilson, affirm that I read or was read the instructions above, that I understand the instructions, and that the statement written by the law enforcement official accurately reflects what I said.

Finally, I understand that I should not talk to other people about the individuals (or photos) or tell them which individual (or photo) I picked, if any.

Signature of Witness [signature]

DPD 749



## LINEUP & PHOTO ARRAY IDENTIFICATION RECORD

| | |
|---|---|
| **Date:** 12/30/23 | **Time:** 1:55pm |
| **Complainant/Witness Name:** Quentyara Wilson | **Administrator Name:** Det Marc Thompson |
| **Complainant/Witness Address:** | **Administrator Assignment:** |
| **Complainant/Witness Phone Number:** | **Location of Lineup/Photo Array:** Linnhurst / Chalmers |

| Photo Number | Name and Position of Suspect | Age | Height | Weight | Description and Remarks |
|---|---|---|---|---|---|
| 1 | Kearra Hall | | | | no |
| 2 | Jacqueline Jasper | | | | no |
| 3 | Ladonna Crutchfield | | | | no |
| 4 | Tanisha Jenkins | | | | no |
| 5 | Carmen Abner | | | | no |
| 6 | Beeanta Williams | | | | no but similar |
| | | | | | |
| | | | | | |

| | |
|---|---|
| **Shown by:** PO Delaney | **Attorney Present Name:** |
| | **Business Address:** |
| **Prepared by:** | **Phone Number:** |
| Det. Clinton Mack | **Supervisor Name/Rank:** |
| **Others Present:** Det Marc Thompson | **Time (From/To):** |

**Identification Made:** Yes ☐ No ☒

**Comments:**________________________________________

DPD 355 (Revised 01/2020)



2









