## STATEMENT FORM
☐ INTERVIEW   ☐ INTERROGATION

**detroit police**   Page 1 of 2

**Contact Location (Check One):**
☐ Walk-In to Police Facility  ☐ In Field/At Scene  ☒ Hospital  ☐ Conveyed by a DPD Member (Complete Witness Conveyance Form)
Location/Place: 22101 Moross Rd.

**Print Information:**

| Field | Value |
|---|---|
| STATEMENT TAKEN BY: RANK, FIRST / LAST NAME, BADGE: | PO Careema Yopp |
| FILE/CASE NO. | 2312280005 |
| PRECINCT/COMMAND | CMDCI |
| DATE STATEMENT TAKEN: | 01-04-2025 |
| START TIME | 7:00pm |
| END TIME | 7:30pm |
| NAME OF PERSON PROVIDING STATEMENT | Kalin Griffin |
| AGE | 23 |
| SEX | M |
| RACE | B |
| HGT. | 5'11 |
| WGT. | 100 |
| EMPLOYER | unemployed |
| RELATIVES / FRIENDS: | Kiana Williams (girlfriend) |

---

Q: Do you understand that I'm conducting a criminal investigation?
A: Yes

Q: Do you know why you are here?
A: Hell yean. At first I didn't know I got shot.

Q: Do you recall anything about that day?
A: No.

Q: Do you know where you were?
A: Yes

Q: Do you know who did it?
A: No, I still don't know who shot me.

Q: Do you remember people you saw?
A: I only remember that tall bg girl. Her and some other people.

Q: Do you remember what the conversation was?
A: We were out there playing, I didn't even hear a gun-shot.

Q: Did you see the gun?

PRINT NAME **Kalin Griffin** (CONTINUED) Page 2 of 2

A: I didn't see it, I know she carries a "FN".
Q: Can you describe her?
A: Tall, Brownskin, Fat, All wears big ass clothes.
Q: Do you remember if she was angry about anything
A: She always have a black/grey FN.
Q: Have you ever seen her with a gun?
A: Yes I always see her with one
Q: Describe it
A: Black and silver.
Q: Was she alone?
A: I don't know
Q: I showed
Q: Did she have anyone with her?
A: Her kid, I think her son. She is always by herself. The kid was 3 or 4 years old.
Q: I'm going I'm about to show you some pictures, what did you see?
A: I was bloody.
Q: After viewing those pictures, where were you?
A: I remember being outside.
Q: Is there anything else?
A: No.
Q: Did you have a chance to review your statement?
A: No it's not correct, I know who did it.
Q: Would you know the person if they walked into the room?
A: Yes.
Q: Do you remember her being in a car?
A: No.

C of D-72-ST (4-76)   SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME   DPD-103 (Rev. 04/2014)