*INTELLIGENCE USE ONLY//LAW ENFORCEMENT SENSITIVE*



**MICHIGAN HIDTA**
26211 Central Park Blvd., Suite 400
Southfield, MI 48076 │ Phone 248·728·3701

---

*The information contained herein has not been vetted or verified and is intended for investigative use only. This document and/or the content is an investigative lead only and should not be placed in any law enforcement report or other report that may become public. This document in whole or part should not be used in any court document without first verifying and obtaining permission from the source agency and prior to further action. This document may not be shared with non-criminal justice agencies.*

---

Request Date: 1/11/2024
Requester/Agency: Det Thompson – DPD 9th PCT
Agency Case #: 2312280005 / HIDTA MHC #: MIHC-2024-00443
From: BM
For additional questions or information please contact our HIDTA Staff at 313-967-4540

---

**SUBJECT: Ladonna Ann Crutchfield**
**DOB:** ██████████
**ADDRESS:** ███████████████, Detroit

---

**REQUEST:** I am requesting a POI for Ladonna Ann Crutchfield ██████ (suspected shooter) for case #2312280005. The non-fatal shooting of Kain Griffin. I am asking for her bridge card usage, known vehicles, associates and updated Phone numbers.

**HIDTA CASE EXPLORER**: Negative results

**OTIS**: Negative results

**MSP**: Attached in email

**CLEMIS**: Most recent results listed below:

| DATE | AGENCY | DESCRIPTION | ADDITIONAL INFORMATION |
|---|---|---|---|
| 12/12/2023 | Farmington Hills PD | DWLS | Incident #: 230051428<br>Arrested: Johnathan LLOYD (██████████)<br>Other: Janice RICKS (████████)<br>Other: Ladonna CRUTCHFIELD ████████)<br>- Address: ██████████, Detroit<br>- Cell Phone: 313-███████ |
| 11/14/2023 | Inkster PD | Property Damage H&R Traffic Crash | Incident #: 230019104<br>Owner: Ladonna CRUTCHFIELD ████████<br>Address: ██████████, Detroit<br>Cell Phone: 313-████████ |
| 8/17/2023 | Redford Twp PD | DWLS | Incident #: 230017930<br>Driver: Evlyn COLLIER ████████)<br>Passenger: Kyle COLLIER (███████)<br>Driver: David STAMANT (███████)<br>Person Interview: Ladonna CRUTCHFIELD (███████)<br>- Address: ██████████, Detroit<br>- Cell Phone: 313-███████ |

*UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE*

*INTELLIGENCE USE ONLY//LAW ENFORCEMENT SENSITIVE*

**ACCURINT / CLEAR / TLO**: Attached in email

**Date Completed**: 1/12/2024

*UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE*