IN THE 3RD CIRCUIT COURT OF WAYNE COUNTY, MICHIGAN
IN THE MATTER OF THE APPLICATION
TO THE 3RD CIRCUIT COURT OF THE PEOPLE
OF THE STATE OF MICHIGAN FOR AN SEARCH WARRANT
REQUESTING TELECOMMUNICATIONS RECORDS

HON. Donald Knapp

SEARCH WARRANT

This matter, having come before the court pursuant to an application under Title 18 U.S.C. §§ 2703(c)(1)(A) by **Police Officer Careema Yopp,** a Law Enforcement Officer, requesting the production of certain telecommunications records; the Court finds based on PROBABLE CAUSE, there are reasonable grounds to believe that the requested records are relevant and material to an ongoing criminal investigation, **Detroit Police Report number(s) 2312280005.**

**Police Officer Careema Yopp,** a law enforcement officer with the **DETROIT POLICE DEPARTMENT,** hereby applies to the Court, pursuant to Title 18 U.S.C. §§ 2703(c)(1)(A), directing **AT&T, T-Mobile, & Verizon** (hereafter referred to as the "telephone service provider"), or any other tele-communications wireless carrier, to provide Detroit Police Department [DPD], Michigan State Police [MSP], Bureau of Alcohol, Tobacco and Firearms [ATF], United States Marshal Service [USMS], Federal Bureau of Investigation [FBI], Wayne County Sheriff [WCS], Wayne County Prosecutor's Office [WCPO], or any other law enforcement agency mentioned in this SEARCH WARRANT, (hereafter referred to as the "SUBMITTING LAW ENFORCEMENT AGENCY") the following telecommunications record(s) based on the Timing Advance "True Call" search area, also known as geo-fencing, records pertaining to all cellular device interactions with the network that have generated location information that falls within each defined geo-fenced search area for the specified date and time range listed below:

1. **Location #1 – 15700 E 8 Mile Rd, Detroit, MI 48205**
   **GPS Coordinates: 42.44978,-82.95904**          **Radius: 0.25 Miles**
   **Date 12/14/2023**                              **Time: 11:15pm – 11:40pm (UTC)**

Radius: 396.26 m | 0.40 km | 0.25 mi | 1300 ft | 433.4 yd | 0.21 nm
Circle Area: 493310.53 m² | 0.49 km² | 0.19 mi² | 5309951 ft²
Lat,Lon: 42.44974,-82.95895



2. Location #2 – 5500 Trumbull St, Detroit, MI 48208
   GPS Coordinates: 42.35810,-83.08003      Radius: 0.25 Miles
   Date 12/15/2023                          Time 5:30pm – 5:50pm (UTC)



3. Location #3 – 14400 E 7 Mile Rd, Detroit, MI 48205
   GPS Coordinates: 42.43495,-82.97492      Radius: 0.25 Miles
   Date 12/17/2023                          Time: 8:30am – 9:00am (UTC)



4. Location #4 – 14409 Linnhurst St, Detroit, MI 48205
   GPS Coordinates: 42.35424,-83.09596      Radius: 0.25 Miles
   Date 12/28/2023                          Time: 4:40am – 5:15am (UTC)



5. Location #5 – 5744 Loraine St, Detroit, MI 48208
   GPS Coordinates: 42.43163,-82.97484      Radius: 0.25 Miles
   Date 12/29/2023                          Time: 9:40pm – 10:00pm (UTC)



1. The unique identifiers for each wireless device that generated a Timing Advance "True Call" record within the geo-fenced search area for each location, including Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Number ("MEIN"), Mobile Identification Numbers ("MIN"), Subscriber Identity Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Numbers ("MSISDN"), International Mobil Subscriber Identifiers ("IMSI"), International Mobil Equipment Identities ("IMEI"), and the make and model of the device;
2. The starting and ending date/time of the connection along with the duration;
3. For each communication with the network the tower and the "sector(s)" (i.e. the face(s) of the tower(s) that received a radio signal from the locally served wireless device for both starting

and ending points of the communication;
4. The service type for the communication;
5. The estimated latitude and longitude (along with confidence level) and the distance from the tower for both the starting and ending points of the communication contained within the Timing Advance "True Call" records.

This information shall be provided, in an electronic format, to the SUBMITTING LAW ENFORCEMENT AGENCY, as well as to the following:
OROURKEM864@detroitmi.gov / Yoppc106@detroitmi.gov / 9PDU@detroitmi.gov

**IT IS FURTHERED ORDERED**, pursuant to Title 18 U.S.C. §§ 2703(c)(1)(A), that the telephone service provider and any and all other telecommunications providers and or any other wireless or hardline telecommunications company, provide the SUBMITTING LAW ENFORCEMENT AGENCY or any of the aforementioned law enforcement agencies, information for the Timing Advance "True Call" search area, geo-fencing, records pertaining to all cellular device interactions within the network that have generated location information that falls with each defined geo-fenced search area for the specified date and time range listed below:

1. **Location #1 – 15700 E 8 Mile Rd, Detroit, MI 48205**
   GPS Coordinates: 42.44978,-82.95904        Radius: 0.25 Miles
   Date 12/14/2023                            Time: 11:15pm – 11:40pm (UTC)

2. **Location #2 – 5500 Trumbull St, Detroit, MI 48208**
   GPS Coordinates: 42.35810,-83.08003        Radius: 0.25 Miles
   Date 12/15/2023                            Time 5:30pm – 5:50pm (UTC)

3. **Location #3 – 14400 E 7 Mile Rd, Detroit, MI 48205**
   GPS Coordinates: 42.43495,-82.97492        Radius: 0.25 Miles
   Date 12/17/2023                            Time: 8:30am – 9:00am (UTC)

4. **Location #4 – 14409 Linnhurst St, Detroit, MI 48205**
   GPS Coordinates: 42.35424,-83.09596        Radius: 0.25 Miles
   Date 12/28/2023                            Time: 4:40am – 5:15am (UTC)

5. **Location #5 – 5744 Loraine St, Detroit, MI 48208**
   GPS Coordinates: 42.35424,-83.09596        Radius: 0.25 Miles
   Date 12/29/2023                            Time: 9:40pm – 10:00pm (UTC

Subscribed and sworn to before me and issued under my hand on this date and time:

APA Daniel Duquet    P - 86690                   01/29/2024 @ 1:07pm
APA Sign                                          Date/Time
_____ L. Kpn  P.J 637                     1/29/24  2:23 p.m.
Sign                B#                            Date/Time
**JUDGE OF WAYNE COUNTY 3ᴿᴰ CIRCUIT COURT, MICHIGAN.**

IN SUPPORT OF THIS APPLICATION, NAME & RANK STATES THE FOLLOWING:

Detroit Police Department 1301 Third St., 5-North, Detroit, MI 4822 ~**TOWER DUMP** (Rev. Sep 2018)