

**STATE OF MICHIGAN**
# DEPARTMENT OF STATE POLICE
FORENSIC SCIENCE DIVISION

Northville Forensic Laboratory
42145 W. Seven Mile Rd
Northville, MI 48167
(248) 380-1000
FAX (248) 380-1005

## LABORATORY REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| Laboratory No. | : | MD24-458 | | Record No. | : | 1 |
| Investigating Ofcr. | : | Marc Thompson | | Date Received | : | March 27, 2024 |
| Agency | : | Detroit Police Department - Eastern District | | Time Received | : | 10:55 a.m. |
| Agency No. | : | 2312280005 | | Date Completed | : | July 5, 2024 |

**Nature of Offense:**

1300-2 - Aggravated/Felonious Assault

**Victim(s):**

Griffin, Kalin Drevon

**Evidence:**

1     vodka bottle swabs (Agency Item #3)*
MD24-458-1d    [KZA95] vodka bottle swabs

*Note: Samples, or portions thereof, have been retained for DNA analysis.

**Results of Examination:**

DNA recovered from the above submitted sample(s) was processed using the polymerase chain reaction (PCR), autosomal short tandem repeats (STRs), and the PowerPlex Fusion System. When applicable, these profiles were evaluated using STRmix, a probabilistic genotyping software application.

**Interpretations:**

Interpretation of item MD24-458-1d (vodka bottle swabs) was performed assuming that the DNA profile originated from three individuals, at least one of which genetically types as male.

| | |
|---|---|
| **CODIS:** | A mixture analysis was performed to assist with determining a possible COmbined DNA Index System (CODIS) entry. A DNA profile, that genetically types as female, from the vodka bottle swabs was entered into the COmbined DNA Index System (CODIS). This profile will be searched indefinitely and at regular intervals at the local, state, and national levels as defined by eligibility requirements and profile suitability. |

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP Laboratory accredited to the ISO 17025:2017 standard and AR 3125 supplemental standard for testing laboratories by ANAB since March 3, 2021.*
*The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*
*Report Issued:    August 15, 2024*

| | | |
|---|---|---|
| Laboratory No.:  MD24-458 | Record No.:  1 | Date of Report:  July 5, 2024 |
| Agency No.:  2312280005 | | |

**Remarks:**

The propositions were formed from the information available to the undersigned at the time of analysis. If this information changes or if other propositions should be considered, the analyst is able to undertake them if instructed with sufficient time.

Biology processing was conducted on March 20, 2024, at the Metro Detroit Forensic Laboratory.

**Disposition of Evidence:**

All remaining evidence and extracts will be returned to the submitting agency. Samples, or portions thereof, that have been retained for DNA may have been consumed in analysis.

The interpretation of the data and authorization of the results were performed by the undersigned forensic analyst. Other staff members may have performed laboratory activities concerning evidence associated with this report. For a complete listing of all staff members who performed laboratory activities in this case, please contact the laboratory via the telephone number above.

Erica Anderson
Forensic Scientist
Biology Unit
email: andersone7@michigan.gov

July 5, 2024

cc:   CIB, Alejandro Vela

*This report contains the conclusions, opinions, and/or interpretations of the laboratory analyst whose signature appears on this report. This analyst is qualified by education, training, and experience to perform this analysis and does so as part of his or her regular duties. The analysis was conducted in an MSP Laboratory accredited to the ISO 17025:2017 standard and AR 3125 supplemental standard for testing laboratories by ANAB since March 3, 2021.*
*The relevant supporting data upon which the expert opinion or inference was made are available for review/inspection.*
*Report Issued:   August 15, 2024*