**UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE**



***Detroit & Southeast Michigan Information & Intelligence Center (DSEMIIC)***

**DSEMIIC: (313) 967-4600 | Fax: (313) 965-8770 | DSEMIIC@michigan.gov**
A#

The information contained herein has not been vetted or verified and is intended for investigative use only. This document and/or the content is an investigative lead only and should not be placed in any law enforcement report or other report that may become public. This document in whole or part should not be the sole basis of a court document (i.e., search warrant, affidavit, etc.) and information should be verified prior to further action. Information provided to you by the MIOC/DSEMIIC is for official use only, may contain law enforcement sensitive information and may not be shared with non-criminal justice agencies. Please contact the MIOC/DSEMIIC for further clarification regarding proper use and dissemination.

This document provides a summary of the information obtained in response to a request by the named agency. Additional attachments may accompany this document.

Requesting Agency:   Detroit Police Department 9th precinct
Case:   2312280005

**SUBJECT:**

**NAME**:   Ladonna Ann Crutchfield
**RACE:**   Black
**SEX:**   Female
**DOB**:   ███████████

**ADDRESS**: ████████████████████████████

**AICS**

| DATE | AGENCY | DESCRIPTION | ROLE | ADDITIONAL INFORMATION |
|---|---|---|---|---|
| No record | | | | |

**EDaily/ ECitation/Ecrash:**

| DATE | AGENCY | DESCRIPTION | ROLE | ADDITIONAL INFORMATION |
|---|---|---|---|---|
| No record | | | | |

1/12/2024

1

UNCLASSIFIED//LAW ENFORCEMENT SENSITIVE

**Detroit & Southeast Michigan Information & Intelligence Center (DSEMIIC)**

**DSEMIIC: (313) 967-4600 | Fax: (313) 965-8770 | DSEMIIC@michigan.gov**
**A#**



## BRIDGECARD:

| Date | Time | Amount | Amount | Cash | Cash | FS |
|---|---|---|---|---|---|---|
| 12/20/2023 | 13:09 | 7.00 | 7.00 | 0.00 | 0.00 Cash: 0.00 | FS: 0.68 |

View Detail
Type: FSP    FNS #: 0374063    Card #:
Rev/Rej Code:    Store #: DLRT14143651001    Terminal ID: 43651001
Location: DOLLAR TREE 5918 MIDDLEBELT RD GARDEN CITY MI US

| 12/20/2023 | 13:09 | 12.60 | 0.00 | 0.00 | 0.00 Cash: 0.00 | FS: 7.68 |

View Detail
Type: FSP    FNS #: 0374063    Card #:
Rev/Rej Code: U    Store #: DLRT14143651001    Terminal ID: 43651001
Location: DOLLAR TREE 5918 MIDDLEBELT RD GARDEN CITY MI US

| 12/17/2023 | 16:47 | 9.05 | 9.05 | 0.00 | 0.00 Cash: 0.00 | FS: 7.68 |

View Detail
Type: FSP    FNS #: 0671637    Card #:
Rev/Rej Code:    Store #: 000000000609422    Terminal ID: 60942203
Location: SUN VALLEY MARKET 9291 TELEGRAPH RD REDFORD MI US

| 12/16/2023 | 05:44 | 5.32 | 5.32 | 0.00 | 0.00 Cash: 0.00 | FS: 16.73 |

View Detail
Type: FSR    FNS #: 0661489    Card #:
Rev/Rej Code:    Store #: WALM45900009115    Terminal ID: 00009115    Transaction Source: INTERNET
Store Name: WALMART.COM EBT    Addr: 702 SW 8TH ST BENTONVILLE AR US
Location: WALMART.COM EBT 702 SW 8TH ST BENTONVILLE AR US

| 12/16/2023 | 05:39 | 7.76 | 7.76 | 0.00 | 0.00 Cash: 0.00 | FS: 11.41 |

View Detail
Type: FSP    FNS #: 0661489    Card #:
Rev/Rej Code:    Store #: WALM45900009115    Terminal ID: 00009115    Transaction Source: INTERNET
Store Name: WALMART.COM EBT    Addr: 702 SW 8TH ST BENTONVILLE AR US
Location: WALMART.COM EBT 702 SW 8TH ST BENTONVILLE AR US

| 12/14/2023 | 16:20 | 22.10 | 22.10 | 0.00 | 0.00 Cash: 0.00 | FS: 19.17 |

View Detail
Type: FSP    FNS #: 0258103    Card #:
Rev/Rej Code:    Store #: NPCM04059520011    Terminal ID: 59520011
Location: CAPTAIN FISH AND 18440 W WARREN AVE DETROIT MI US

| 12/13/2023 | 13:19 | 6.27 | 6.27 | 0.00 | 0.00 Cash: 0.00 | FS: 41.27 |

View Detail
Type: FSR    FNS #: 0790169    Card #:
Rev/Rej Code:    Store #: KRMI80060544384    Terminal ID: 60544384    Transaction Source: INTERNET
Store Name: KROGER #5443    Addr: 15255 MICHIGAN AVE DEARBORN MI US
Location: KROGER #5443 15255 MICHIGAN AVE DEARBORN MI US