# CRISNET NOTES HEADERS

## TIMELINE
On December 28, 2023, I Detective Marc Thompson was assigned this case upon notification of the Non-Fatal shooting.

## VICTIM HISTORY
Kalin Drevon Griffin B/M/23 ███████ of ████████████████ Mr. Griffin also has a last known address of ███████████. The victim is on Probation/HYTA by the through Oakland County Circuit Courts for unarmed robbery. He moved his probation location to Wayne/Detroit Eastern District Office.

## LOCATION HISTORY
Preliminary information: On December 27, 2023, around 23:58 a female caller stated "a male has been shot by a known female." Scout M0906 Police Officers Janelle Thomas and Stephen Thompson responded to the dispatched location of 14409 Linnhurst Street. The responding officers encountered a black male by the name of Kalin Griffin lying on the ground in the courtyard of an apartment building at 14409 Linnhurst Street. Medic 13A who transported the victim to St John Hospital. Dr. Butkey treated the victim, Mr. Griffin listed him in temp-serious condition on chart #082960236 with a gunshot wounds to the face (cheek) through and through. The suspected female shooter fled the location with a 4 year old child in an older model Brown Toyota Camry. The suspected shooter goes by the street name of "Chew"

## SUSPECT PROFILE
Black female 40-45 years old 5'11 to 6'0 300 LBS who either answers to the street name of either Chew or True.

## LINEUP/IDENTIFCATION

Working with other members of the Ninth Precinct Detective Unit are looking into their street contacts to assist in identifying the unknown female shooter.

## CANVASS/VIDEO
Members of the Shooting Team and Patrol conducted an initial canvass discovering witnesses with in the apartment complex. I also conducted at daylight a re-canvass as discovered two operational Ring door cameras which may provide a partial view of the Brown Toyota which fled the scene. Those addresses are 14296 and 14294 Linnhurst Street. I made the locations but no occupants answered the door. I will return later on in the day to make a second attempt.

**EVIDENCE**
4711arrived to process the scene with the taking of evidence and photos.

**APPREHENSION ACTIONS/ COMMUNICATIONS**
I made attempts to locate or identify the female shooter. I am waiting on resources from PDU with that assistance. I also have the PIU making efforts to track the Brown Toyota by the probability of courses traveled. They are also reviewing the victim's social media to also to identify the shooter.

**INVESTIGATOR NOTES**
Going to submit a FSD-007 along with the swabs taken from a lone Nikolai liquor bottle witnesses stated that the suspected shooter is the only one who handled it.