# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,  Hon. Brandy R. McMillon
    Plaintiff,  Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.
_____/

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Exhibit "V"
(Anthony Williams Body-Worn Camera)