# detroit police

PROBATION ☐  PAROLE ☐  ID ONLY ☐  17 YEAR ONLY ☐

## Detainee Input Sheet   Kiosk ID Number _____

| Section 1   Detainee Information | | Booking # 121430 | Booking Date / Military Time: 01/23/2024  14:44 |
|---|---|---|---|

| SID # | CB # 121430/158793 | ID # | TCN Live Scan |
|---|---|---|---|

| Name CRUTCHFIELD, LADONNA | | | SS# | Hair BLK | Eyes BRO |
|---|---|---|---|---|---|

| Alias  None | Drivers Lic # | Age / Sex / Race 36 / F / B | Date of Birth | Complx MED | Height 5'07 |
|---|---|---|---|---|---|

| Address | DETROIT, MI 48228 | Married Single, 0 | Weight 265 | Precinct 06 |
|---|---|---|---|---|

| List Detainee Medical / Mental Issues and Observations: | Have you traveled to any Western African Country within the past 21 days? If yes, the date, country and airline: ☐ Yes ☑ No |
|---|---|
| | Notification: |

| Arrest Location: |
|---|

| Arrest Date/Time 01/23/2024  19:00 | Agy DPD | F/M F | Report # 2312280005 | MICR 1300 | Arresting Officer Holder, Joshua D | Badge # 37 | Scout Car # 5069 |
|---|---|---|---|---|---|---|---|

| Charge Description AGGRAV ASSAULT - MURDER ATTEMPT  "Build" | | Warrant # |
|---|---|---|

| OPEN Charges | Fel / Misd. | FINAL Charges | Fel / Misd. | Warrant # |
|---|---|---|---|---|
| OPEN Charges | Fel / Misd. | FINAL Charges | Fel / Misd. | Warrant # |

| Review of Arrest UF-001 Completed: ☐ Yes ☑ No | Material Witness UF-006 Completed: ☐ Yes ☑ No | Privilege Restriction UF-008/DPD 700 Completed: ☐ Yes ☐ No  Initiated by: |
|---|---|---|

**FDS**

| Probable Cause? ☑ Yes ☐ No | Date / Military Time: 1-23-24  14:56 | Custodial Status of Detainee: None | DNA on file? ☐ Yes ☒ No  DNA Required? ☐ Yes ☒ No |
|---|---|---|---|

| Print/Signature/ Badge of Supervisor Reviewing Probable Cause and Authorizing Custodial Status | DNA sample collected by: |
|---|---|

Sgt L Sims

TX# 

MJAU

NIL

BA

| Member Identifying Hold(s) / Warrant(s) Print Rank, Last, First Name: S. Weaver | Badge 4307 | Date: 1-23 | Signature: |
|---|---|---|---|

## DDC INMATE SEARCH FORM

DETAINEE NAME _Crutchfield, LaDonna._

PLEASE INITIAL WHEN COMPLETED:

| | |
|---|---|
| INITIAL WAND TIME: | 3:03 pm |
| HEAD (INCLUDING HATS) | ✓ |
| UPPER BODY (FRONT) | ✓ |
| SHIRT/COAT POCKETS | ✓ |
| LOWER BODY | ✓ |
| PANTS POCKETS | ✓ |
| SHOES | ✓ |
| SOCKS | ✓ |
| PURSE OR BAG | ✓ |
| UNDERGARMENT AREA | ✓ |
| FEMALES: | |
| BRA AREA | ✓ |
| FINAL WAND TIME: | 3:06 pm |

FRONT      LEFT      RIGHT      BACK

DDC SEARCH OFFICER #1 _____A. Smith._____

DDC SEARCH OFFICER #2 _____

DDC AREA TWO SUPERVISOR
SIGNATURE/TIME: _____

NOTES:

Created 3/20/2018


detroit
**police**

# Detainee Input Holds Page

Page 2

6

DETAINEE NAME FROM PAGE 1: *Crutchfield , Ladonna*     REPORT NUMBER FROM PAGE 1: *2312280005*

| *Page 2* Holds / Fugitive Warrants **Identified AT TIME OF BOOKING::** | | | | | |
|---|---|---|---|---|---|
| **Booking Date / Time from Page 1** _____ | | | | | |
| Date Discovered | HOLDS / WARRANTS | Picking Up or Advise and Release (A&R) | Agency / Court | Notes | Bond Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| Hold(s)/Warrant(s) Identified **during booking process** by member: **Rank, Last, First Name:** | | Badge | Date/Time Discovered | Signature: | Total Bond Amount: |

| Holds / Fugitive Warrants **Identified POST BOOKING:** | | | | | |
|---|---|---|---|---|---|
| *Date / Time Discovered* | HOLDS / WARRANTS | Picking Up or Advise and Release (A&R) | Agency / Court | *ADDED BY: Print Name* | Bond Amount |
|  |  |  |  |  |  |
|  |  |  |  |  |  |



**Detainee Input Disposition Sheet**                    Page 3

## Detainee Information:

| Last Name | First Name | Middle Name | D.O.B | Age | Race | Sex |
|-----------|-----------|-------------|-------|-----|------|-----|
|  |  |  |  |  |  |  |
| | | **Additional  Aliases** | | | | |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |

| Section 3 | | Final Charging, Disposition, Release and Fax | | |
|---|---|---|---|---|

| Investigative unit(s)  in charge of Case(s): | 1. 9TH<br>2.<br>3. | Rank/Badge/Name/Signature/ Print Command in charge of Final Charging | 1. MARC THompson<br>2.<br>3. Signed in Person |
|---|---|---|---|
| **Receiving Final Charge** | Date / Military Time:<br>1.<br>2.<br>3 | Rank/Name/Badge (if taken via phone or fax) | Date / Military Time:<br>1.<br>2.<br>3. |
| **Disposition of Open Charge(s):** | 1. Discharge Pending<br>2. 2312280005<br>3. | 1740<br>/23/24 | Warrant Tracking Hold form<br>UF-004/007<br>☐ Yes ☐ No Form ID# _____ |
| **Traffic Arraignment** | Bond Amount: | Judge | Date / Military Time: |
| **Criminal Arraignment** | Bond Amount: | Judge | Date / Military Time: |
| **Final Arraignment** | Bond Amount:<br>1.<br>2.<br>3. | Judge<br>1.<br>2.<br>3. | Date / Military Time:<br>1.<br>2.<br>3. |
| **NOTES** | | | |

| **MDOC Disposition of Release** | Reason for MDOC release from Building 500<br>For example: VA/TOT WCJ /72 hour mandate   V/5 Pend | | Date/Military Time: 1-23 |
|---|---|---|---|
| **MDOC JMS Updated** | Rank/Name/Badge/Print/Signature of MDOC member updating final disposition of detainee in JMS and the time of release from facility. | | Date / Military Time: 1-23 |
| **MDOC NOTES** | | | |
| **Detainee Released From Building 100** | Date/Military Time: 1/23/24 2006 | Rank/Name/Badge/Print/Signature/Command of Supervisors authorizing release of this detainee:<br>(1)                          (2) | |
| **DPD Only** | Court Date Military Time: | Reason for Release: | |
| **DPD NOTES** | | | |