DETROIT DEPARTMENT POLICE

# CONSTITUTIONAL RIGHTS CERTIFICATE OF NOTIFICATION

LaDonna Crutchfield

I understand that:

RC 1. I have a right to remain silent and that I do not have to answer any questions put to me or make any statements.

RC 2. Any statement I make or anything I say will be used against me in a Court of Law.

RC 3. I have the right to have an attorney (lawyer) present before and during the time I answer any questions or make any statement.

RC 4. If I cannot afford an attorney (lawyer), one will be appointed for me without cost by the Court prior to any questioning.

RC 5. I can decide at any time to exercise my rights and not answer any questions or make any statement.

I understand that these are my rights under the Law. I have not been threatened or promised anything, and I now desire and agree to answer any questions put to me or to make a statement.

In the presence of:

WITNESS _____  SIGNATURE: Rau

WITNESS _____  DATE: 1/23/24  TIME: 4:55 pm

[X] This certificate of notification was read to the suspect, and he/she had an opportunity to read it. Further, the suspect was given an opportunity to ask any questions that he/she might have concerning this certificate and his/her rights.

[ ] Suspect is illiterate. He/she has had the rights under the law, as defined above, explained to him/her, and has agreed to answer questions or make a statement.

[ ] Suspect can read and write. The rights, as defined above, have been explained to him/her, and he/she has agreed to make a voluntary statement but has refused to sign this certificate.

REMARKS: Highest Level of Education 12TH Grade
Can Read & write The English Language

DATE: 1/23/24  TIME: 4:55 pm  OFFICER: Det Marc Thompson  PCT./SECTION: 9

PLACE: 12601 Mound Rd  OFFICER: PO Careena Yapp  PCT./SECTION:

C of D-70-CE (Rev. 0-75)  D.P.D. 342-B (6-75)

# STATEMENT FORM

☐ INTERVIEW    ☐ INTERROGATION

**detroit police**  Page 1 of 1

**Contact Location (Check One):**
☐ Walk-In to Police Facility   ☐ In Field/At Scene   ☐ Hospital   ☐ Conveyed by a DPD Member (Complete Witness Conveyance Form)

Location/Place: 17601 MOUND RD

**Print Information:**

| Field | Value |
|---|---|
| FILE/CASE NO. | 2312280005 |
| STATEMENT TAKEN BY | P.O. CAREEMA YOPP |
| PRECINCT/COMMAND | 9TH PRECINCT |
| DATE STATEMENT TAKEN | JANUARY 23, 2024 |
| START TIME | 16:45 |
| END TIME | 17:20 |
| NAME OF PERSON PROVIDING STATEMENT | LADONNA CRUTCHFIELD |
| AGE | 30 |
| SEX | F |
| RACE | B |
| HGT. | 5'07 |
| WGT. | 334 lbs |
| RESIDENCE | Det A822[?] |

---

**Q: Do you understand that I am conducting a criminal investigation?**
A: Yes

Q: Where were you on the date of 12-28-2023?
A: [no answer recorded]

Q: Do you know anyone who goes by the nickname truth?
A: No.

Q: Within the last month, have you been in the area of 7mile & Chalmers?
A: No.

Q: What color car do you drive?
A: Silver equinox - 2020

Q: Do you have anything else to add?
A: No.

SIGNATURE OF PERSON PROVIDING STATEMENT / DATE AND TIME: [signature] 1/23/24

C of D-72-ST (4-76)                                          DPD-103 (Rev. 04/2014)