# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

## AFFIDAVIT

STATE OF MICHIGAN    )
                       )    ss.
COUNTY OF WAYNE    )

I, Careema Yopp, being first duly sworn, deposes and states as follows:

1. I am a competent person over eighteen (18) years of age.

2. I make this Affidavit based on personal knowledge and review of available records, and if sworn as a witness, I can testify competently to the facts stated herein.

3. I am a Police Officer with the Detroit Police Department ("DPD") currently assigned to the 2nd Precinct. As of January 23, 2024, I was assigned to DPD's 9th Precinct Detective Unit - Shooting Team ("9PDU"), responsible for investigating non-fatal shootings in DPD's 9th Precinct, a position I began in late-October or early-November of 2023, and held until late-February of 2024.

    a. As a new assignee to 9PDU, my responsibilities were limited to 'shadowing' multiple different senior investigators, on several distinct investigations, while receiving on-the-job training. This lasted from the time I joined 9PDU though the end of January of 2024.

4. With respect to DPD's investigation into the shooting of Mr. Kaylin Griffin ("Mr. Griffin") on December 28, 2023, my involvement – prior to the arrest of LaDonna Crutchfield ("Ms. Crutchfield") on January 23, 2024 – was limited to presenting

a photo line-up to Mr. Griffin, on January 4, 2024, under the supervision of Detective Marc Thompson ("Det. Thompson").

    a. Mr. Griffin was unable to make a positive identification when shown the photo line-up.

5. On the afternoon of January 23, 2024, I was notified by Det. Thompson that Ms. Crutchfield had been taken into custody by the Fugitive Apprehension Services Team ("FAST") and I was instructed to accompany him to the Detroit Detention Center ("DDC") for purposes of taking a statement from Ms. Crutchfield.

6. Prior to this notice, I was unaware that Det. Thompson had requested Ms. Crutchfield's apprehension by FAST, nor had I been informed of any developments in the investigation occurring after January 4, 2024, when I'd presented the photo line-up to Mr. Griffin.

7. Det. Thompson and I arrived at the DDC and began taking Ms. Crutchfield's statement at approximately 4:45 p.m., on the afternoon of January 23, 2024.

8. During the interview with Ms. Crutchfield, because as I was still receiving investigative training, I spent approximately ten minutes explaining the Constitutional Rights Certification and obtaining background information from Ms. Crutchfield, such as her full name, date of birth, residential address(es), etc.

9. Thereafter, Det. Thompson took over the interview and questioned Ms. Crutchfield for roughly ten minutes before indicating that he no longer believed that Ms. Crutchfield was the suspect known to us at the time as "Truth" or "Chew."

10. Det. Thompson then explained to Ms. Crutchfield and I how she'd come to be a suspect in his investigation and stated that he would do everything in his power to have Ms. Crutchfield released as soon as possible.

11. The interview ended after approximately thirty-five minutes.

**FURTHER AFFIANT SAYETH NOT.**

/s/

Officer Careema Yopp

Subscribed and sworn to before me this 3rd day of March, 2026.

/s/

_____, Notary Public
LISA SZCWRSF
MACOMB _____ County, Michigan
My Commission expires: 1 / 9 / 27
Acting in WAYNE_____ County, Michigan

LISA SZWAST
Notary Public, State of Michigan
County of Macomb
My Commission Expires Jan. 09, 2027
Acting in the County of Wayne