# ARREST REPORT

## AGENCY INFO

| Agency Name | ORI | Date/Time Arrested | Case # |
|---|---|---|---|
| Detroit Police Department | 8234900 | 01/23/2024  14:14  Tue | See Charges |

| Taken | Arrest Tract | Residence Tract | Arrest Number |
|---|---|---|---|
|  | 607 |  | 150793 |

## ARRESTEE INFO

| Name (Last, First, Middle) | D.O.B. | Age | Race | Sex | Place of Birth | Citizenship |
|---|---|---|---|---|---|---|
| CRUTCHFIELD, LADONNA |  | 36 | B | F | Detroit, MI |  |

| Current Address | Phone | Occupation | Residence Status |
|---|---|---|---|
| [REDACTED] DETROIT, MI 48228 |  |  | Resident |

| Employer's Name | Address | Phone |
|---|---|---|
|  |  |  |

| Also Known As (Alias Names) | Hgt | Wgt | Hair | Eyes | Skin Tone |
|---|---|---|---|---|---|
|  | 5'07 | 265 | Black | Brown | Medium |

| Scars, Marks, Tattoos | Social Security # | OLN and State | Misc. # and Type |
|---|---|---|---|
|  |  | [REDACTED] |  |

| Nearest Relative Name | Address | Phone |
|---|---|---|
|  |  |  |

## ARREST INFO

| If Armed, Type of Weapon | Type of Arrest | Place of Arrest |
|---|---|---|
| UNARMED | ON-VIEW (ON PATROL) | [REDACTED] ST, DETROIT |

| Charge #1 | Case #: 2312280005 | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|---|
| Non-fatal Shooting |  | Fel | 1 | 1378 |  | 1378 |  |

| Charge #2 | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| Charge #3 | Type | Counts | IBR Code | Warrant/Summons # | Statute # | Warr. Date |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

## VEH INFO

| VYR | Make | Model | Style |
|---|---|---|---|
|  |  |  |  |

| Color | Plate #/State/Plate Year | VIN |
|---|---|---|
|  |  |  |

Vehicle

## CONFINED / BOND

| Date/Time Confined | Place Confined | Committing Magistrate |
|---|---|---|
|  |  |  |

| Type Bond | Bond Amount | Trial Date | Time | Court Of | City |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Arresting Officer Name/ID #/Bureau |
|---|
| Holder, Joshua D   (DET, TFA) [REDACTED] SUP |

| Assisting Officer Name/ID #/Bureau | Released By (Name/Department/ID #) | Date/Time Released |
|---|---|---|
|  |  |  |

## DRUGS

**Status Codes:** 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown/Lost

| Code | Status | Quantity | Type Measure | Suspected Type |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

## Other Name

| Name | Address | Phone |
|---|---|---|
|  |  |  |
|  |  |  |

## NARRATIVE

```
5319159 [JailId from LiveScan XML Import 01/23/2024 15:38:32]

[01/23/2024 14:22, HOLDERJ       1277]

Per Detective Thompson from the   9th Precinct, offender is supposed to be arrested on P.C.
```

## STATUS

| Arresting Officer Signature/ID #/Bureau |
|---|
| Holder, Joshua D   (DET, TFA) [REDACTED] SUP |

| Case Status | Arrestee Signature |
|---|---|
|  | , FREEDOM |

r_ar1ibr