# CASE SUPPLEMENTAL REPORT

Printed: 01/29/2024 07:21

*Detroit Police Department*  OCA: **2312280005**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*  **Case Mng Status:** *ACTIVE*  **Occurred:** *12/27/2023*

**Offense:** *NON-FATAL SHOOTING*

**Investigator:** *GUARINO, GARY J* ( ███ )  **Date / Time:** *12/30/2023 21:44:38, Saturday*

**Supervisor:** *STEHLIK, JEFFREY J* ( ███ )  **Supervisor Review Date / Time:** *12/30/2023 22:37:26, Saturday*

**Contact:**  **Reference:** *Video Retrievel*

[12/30/2023 21:44, GUARINOG675, 1180]

ON DECEMBER 30 2023, I POLICE OFFICER GARY GUARINO BADGE # 2315 ASSIGNED TO THE AUDIO VIDEO EVIDENCE RESPONSE TEAM (AVERT), WAS CALLED BY 9-79 TO DOWNLOAD VIDEO FROM 5744 LORAINE (RESIDENCE) NFS. T/T HOMEOWNER WHO ADVISED VIDEO WAS ALREADY DOWNLOADED ONTO A USB. I COPIED THE DOWNLOADED FILES FROM THE USB. THE VIDEOS WERE STANDARD DIMENSION. I PLACED ONE DISC (DVD-R) ON EVIDENCE TAG 710337-8. BEFORE LEAVING THE LOCATION , I VERIFIED THE CAMERAS AND TIME OFF SET TO THE DVR. THE SYSTEM WAS A STAND ALONE PANASONIC DVR. THE SYSTEM IS EQUIPPED WITH 7 CAMERAS WHICH WERE ALL FUNCTIONAL AT THE TIME OF THE EXTRACTION PROCESS. DOWNLOADED CAMERAS ARE 3 AND 7. THE SYSTEM TIME WAS 9 MINUTES SLOWER THAN THE ACTUAL TIME.

Investigator Signature    Supervisor Signature

**CASE SUPPLEMENTAL REPORT**

Printed: 09/29/2024 07:21

| | |
|---|---|
| Detroit Police Department | OCA: **2312280005** |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*  **Case Mng Status:** *ACTIVE*  **Occurred:** *12/27/2023*
**Offense:** *NON-FATAL SHOOTING*

**Investigator:** *SEWARD, CORREY D* ( ■ )  **Date / Time:** *01/01/2024 06:42:03, Monday*
**Supervisor:** *ALLEN, REGINA J* ( ■ )  **Supervisor Review Date / Time:** *01/01/2024 08:21:44, Monday*
**Contact:**  **Reference:** *Video Retrievel*

---

[01/01/2024 06:42, SEWARDC787, 2240]

ON JANUARY 1, 2024, I POLICE OFFICER CORREY SEWARD BADGE 4274 ASSIGNED TO THE AUDIO VIDEO EVIDENCE RESPONSE TEAM (AVERT) RECEIVED A REQUEST TO DOWNLOAD VIDEO FROM 14400 E 7 Mile (Valero) AWIM.

(GREEN LIGHT SYSTEM)
I DOWNLOADED THE GREEN LIGHT CAMERAS FROM THE GENETEC SYSTEM. THE VIDEOS WERE RECORDED AT (10-12 FRAMES PER SECOND) AND THE SCREEN ASPECT RATIO WAS 1.77, WIDESCREEN (16:9).

SYSTEM INFORMATION: - GREEN LIGHT GENETEC SYSTEM. THE SYSTEM IS EQUIPPED WITH 7 CAMERAS WHICH WERE ALL FUNCTIONAL AT THE TIME OF THE EXTRACTION PROCESS. THE SYSTEM TIME WAS THE "ACTUAL TIME". TIME OF THE DOWNLOADED VIDEO (SYSTEM TIME) 12/17/23 IS 3:00AM - 3:40AM

I PLACED ONE DISC (DVD+R) ON EVIDENCE TAG# 710337-9
PROPERTY IS CURRENTLY STORED AT AVERT LOCKER.

---

Investigator Signature  Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Detroit Police Department  OCA: **2312280005**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

**Case Status:** ACTIVE    **Case Mng Status:** ACTIVE    **Occurred:** 12/27/2023
**Offense:** NON-FATAL SHOOTING

**Investigator:** OWEN, DONALD L    **Date / Time:** 01/01/2024 07:21:48, Monday
**Supervisor:** ALLEN, REGINA J    **Supervisor Review Date / Time:** 01/01/2024 08:22:03, Monday
**Contact:**    **Reference:** Video Retrievel

(GREEN LIGHT System)

On 01/01/2024 I Detective Owen from AVERT downloaded the Green Light cameras from the Genetec system for 5500 Trumbull (Trumbull Apts) Non-Fatal Shooting. THE VIDEOS WERE RECORDED AT (10-12 frames per second) AND THE SCREEN ASPECT RATIO WAS 1.77, WIDESCREEN (16:9). I ALSO INCLUDED PICTURE STILLS OFF OF THE ORIGINAL PLAYER THAT WERE CAPTURED WITH "GENETEC" SOFTWARE.

SYSTEM INFORMATION: - Green Light Genetec system. THE SYSTEM IS EQUIPPED WITH 19 CAMERAS WHICH WERE ALL FUNCTIONAL, EXCEPT THE INSIDE CAMERA 13, Trumbull Ave Circle Dr WAS OUT AT THE TIME OF THE EXTRACTION PROCESS. THE SYSTEM TIME WAS THE "ACTUAL TIME.

TIME of the DOWNLOADED VIDEO (system time) is 0032-0040 on 12/15/2023

I PLACED ONE DISC (DVD-R) ON EVIDENCE TAG#2312280005-10/BAR CODE# 710337-10

Investigator Signature    Supervisor Signature

Page 22

**Detroit Police Department**  OCA: **2312280005**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*   **Case Mng Status:** *ACTIVE*   **Occurred:** *12/27/2023*
**Offense:** *NON-FATAL SHOOTING*

**Investigator:** *AMERINE, STACEY L* ( ▮ )   **Date / Time:** *01/03/2024 12:31:54, Wednesday*
**Supervisor:** *ALLEN, REGINA J* ( ▮ )   **Supervisor Review Date / Time:** *01/03/2024 12:39:44, Wednesday*
**Contact:**   **Reference:** *Video Retrievel*

[01/03/2024 12:31 AMERINES866] AVERT

ON WEDNESDAY, JANUARY 3, 2024, CORPORAL AMERINE WAS ASSIGNED THE VIDEO EVIDENCE REQUEST FOR 15700 E. 8 MILE - "KFC" - FOR VIDEO EXTRACTION RE: "AWIM / NON-FATAL SHOOTING." PLEASE NOTE: PER THE OFFICER IN CHARGE (OIC) DET. THOMPSON (9TH PCT), ONLY GENETEC (GREEN LIGHT) FOOTAGE WAS REQUESTED.

GENETEC (GREEN LIGHT) HAS SIX (6) CAMERAS THAT MONITOR THIS LOCATION, AND ALL WERE OPERABLE. THE SYSTEM TIME WAS THE SAME AS THE ACTUAL TIME. GREEN LIGHT FOOTAGE (RE: THIS INCIDENT) WAS DOWNLOADED FROM CAMERAS LABELED "MENU BOARD"; "PAY WINDOW`; "SOUTH ENTRANCE"; "SOUTH PARKING EAST"; "WEST DRIVEWAY"; AND "WEST ENTRANCE" FROM 6:34:30PM - 6:40PM.

VIDEO EVIDENCE WAS VIEWED AND PROCESSED, AND PLACED ON AN OPTICAL DISC. THE OPTICAL DISC WAS PLACED ON EVIDENCE (ET# 710337-11), AND A COPY OF THE DISC WAS GIVEN TO THE OIC.

Investigator Signature   Supervisor Signature

*Detroit Police Department*  OCA: **2312280005**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*      **Case Mng Status:** *ACTIVE*      **Occurred:** *12/27/2023*
**Offense:** *NON-FATAL SHOOTING*

**Investigator:** *OWEN, DONALD L* ( ▓▓▓ )      **Date / Time:** *01/04/2024 14:09:19, Thursday*
**Supervisor:** *BALLINGER, RODNEY P* ( ▓▓▓ )      **Supervisor Review Date / Time:** *01/04/2024 14:17:40, Thursday*
**Contact:**        **Reference:** *Video Retrievel*

---

(GREEN LIGHT System)

On 12/24/2024 I Detective Owen from AVERT downloaded the Green Light cameras from the Genetec system for 5500 TRUMBULL (TRUMBULL CROSSING) AWIM. THE VIDEOS WERE RECORDED AT (10-12 frames per second) AND THE SCREEN ASPECT RATIO WAS 1.77, WIDESCREEN (16:9).

SYSTEM INFORMATION: - Green Light Genetec system. THE SYSTEM IS EQUIPPED WITH 5 CAMERAS WHICH WERE ALL FUNCTIONAL, EXCEPT THE INSIDE CAMERA WAS OUT AT THE TIME OF THE EXTRACTION PROCESS. THE SYSTEM TIME WAS THE "ACTUAL TIME.

TIME of the DOWNLOADED VIDEO (system time) is 1232P TO 1240P ON 12/15/2023

I PLACED ONE DISC (DVD-R) ON EVIDENCE TAG#231280005-12/BAR CODE# 710337-12

Investigator Signature        Supervisor Signature

# CASE SUPPLEMENTAL REPORT

Printed: 01/29/2024 07:21

**Detroit Police Department**  OCA: **2312280005**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *ACTIVE*   **Case Mng Status:** *ACTIVE*   **Occurred:** *12/27/2023*
**Offense:** *NON-FATAL SHOOTING*

**Investigator:** *ITALIA, ROMEO W*   **Date / Time:** *12/28/2023 05:45:40, Thursday*
**Supervisor:** *ALLEN, REGINA J*   **Supervisor Review Date / Time:** *12/28/2023 08:43:35, Thursday*
**Contact:**   **Reference:** *Assisting Officer`s Report*

[12/28/2023 05:45 ITALIAR
P.O Romeo Italia Badge 3039, BWC 070182
P.O Daryl Cowart Badge 807, BWC 067613
Scout 9-8 Platoon 1 Vehicle Code:225081
BWC audio and video appear to be working

**No force used**
**Assisting**

Scout 9-8 BWCON...My partner and I were dispatched to 14409 Linhurst to a "shooting/Cutting" police run. We assisted 9-6 in securing the scene. I began canvassing with half of 9-2 for cameras. Observed cameras at 14296 Linhurst, 14477 Linhurst, and 14520 Linhurst. Unable to get in contact with homeowners.

Investigator Signature   Supervisor Signature

Page 12