UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LaDONNA CRUTCHFIELD,
    an individual,
        Plaintiff,
V

CITY OF DETROIT
a municipal corporation,

MARC THOMPSON,
City of Detroit Police Detective,
Individually, and

ANTHONY WILLIAMS,
City of Detroit Police Officer,
Individually, and

DORIAN HARDY,
City of Detroit Police Officer,
Individually, and

JEREMY MORROW,
City of Detroit Police Officer,
Individually, and

JOSHUA HOLDER,
City of Detroit Police Officer,
Individually, and

MATTHEW MCKINNEY
City of Detroit Police Officer,
Individually, and

SABRINA CARRION,
City of Detroit Police Officer,
Individually.

CAREEMA YOPP,
City of Detroit Police Officer,
Individually.

        Defendants.

Case No. 2:25-cv-10514-BRM-DRG
Hon. Brandy R. McMillion

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Ivan L. Land, certify that this document complies with Local Rule 5.1(a) including double spacing (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for nonproportional fonts) or 14-point (for proportional fonts). I certify that it is the appropriate length.

Plaintiff LaDonna Crutchfield, by counsel, moves this Court for leave to file an overlength brief in support of Plaintiff's Phase I Motion for Summary Judgment. This request is made pursuant to Fed. R. Civ. P. 6(b) and E.D. Mich. L.R. 7.1, including the page-limit provisions applicable to dispositive motions. In support, Plaintiff states as follows:

1. Plaintiff intends to file a Phase I Motion for Summary Judgment addressing qualified-immunity issues and related constitutional claims arising from Plaintiff's arrest and the conduct of the individual officer Defendants.

2. The issues presented in Phase I are fact-intensive and require a detailed record presentation, including accurate citations to deposition testimony, exhibits, and other Rule 56 materials.

3. Plaintiff's proposed motion will address multiple officers and their respective roles, and will apply the governing Fourth Amendment and § 1983 standards

      to a developed evidentiary record. A standard-length brief would require unnecessary truncation of the statement of material facts, the legal analysis, or both.

4. Plaintiff seeks a modest, reasonable enlargement of the page limit so that the Court receives one coherent, complete, and properly supported Phase I dispositive brief rather than a compressed filing that risks omitting relevant facts, legal standards, or record citations.

5. The requested enlargement is made in good faith, is narrowly tailored, and will promote efficient adjudication of Phase I issues.

6. Plaintiff requests leave to file a brief not to exceed 50 pages in support of Plaintiff's Phase I Motion for Summary Judgment.

7. This request will not prejudice Defendants. Defendants will have a full and fair opportunity to respond under the Local Rules and any scheduling order entered by the Court.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting Plaintiff leave to file an overlength brief of up to 50 pages in support of Plaintiff's Phase I Motion for Summary Judgment, and granting such other relief as the Court deems just and proper.

LOCAL RULE 7.1(a) CONCURRENCE

Undersigned counsel conferred with counsel for Defendants regarding the relief requested in this motion. Defense counsel concurred with this motion.

Dated: March 4, 2026

Respectfully submitted,

<u>/s/Ivan L. Land</u>
Ivan L. Land (P65879)
Law Offices of Ivan L. Land, P.C.
25900 Greenfield Rd., Suite 210
Oak Park, MI 48237
(248) 968-4545/(f) (248) 968-4540
**Attorney for Plaintiff**

## **CERTIFICATE OF SERVICE**

    I, Ivan L. Land, hereby certify that on March 4, 2026, I electronically filed the foregoing Documents through the e-filing system to serve all parties.

                                                       /s/Ivan L. Land  
                                                       Ivan L. Land