**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

| | |
|---|---|
| LADONNA CRUTCHFIELD,<br>    Plaintiff, | Hon. Brandy R. McMillon<br>Case No.: 25-cv-10514 |
| - vs - | |
| CITY OF DETROIT, *et al*,<br>    Defendants. | |

_____/

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C.,<br>Ivan L. Land Sr. (P65879)<br>Attorney for Plaintiff<br>25900 Greenfield, Rd., Ste. 210<br>Oak Park, MI 48237<br>(248) 968-4545<br>Ill4law@aol.com | CITY OF DETROIT LAW DEPARTMENT<br>Gregory B. Paddison (P75963)<br>Attorney for Defendants<br>Coleman A. Young Municipal Center<br>2 Woodward Avenue, Suite 500<br>Detroit, MI 48226<br>(313) 237-0435<br>paddisong@detroitmi.gov |

_____/

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

NOW COME, Defendants, CITY OF DETROIT, MARC THOMPSON, ANTHONY WILLIAMS, DORAIN HARDY, JEREMY MORROW, JOSHUA HOLDER, MATTHEW MCKINNEY, SABRINA CARRION, and CAREEMS YOPP, by and through their attorney, Gregory B. Paddison, and for Defendants' Response to Plaintiff's Motion for Leave to File Overlength Brief in Support of Plaintiff's Motion for Summary Judgment (ECF No.: 56), Defendants state as follows:

Although Plaintiff **did not** comply with L.R. 7.1 before filing her "Motion for

1

Leave to File Overlength Brief in Support of Plaintiff's Motion for Summary Judgment" (ECF No.: 56), as stated in Defendants own Motion for Leave to Exceed Page Limitations and File Media Exhibit (ECF No.: 53), Defendants do not oppose the relief requested by Plaintiff.

> In addition, Defendants will stipulate to allow Plaintiff a similar extension of the page limit applicable to their Response Brief, should Plaintiff determine that this is necessary to adequately respond to Defendants' dispositive motion. Motion for Leave to Exceed Page Limitations and File Media Exhibit. *Id*. at Pg. ID 769, ¶ 12(iv).[1]

Defendants write only to note that competing Motions for Summary Judgment seem redundant, creating unnecessary work for the parties, their counsel, and this Honorable Court, as Plaintiff could just as easily (*and likely, more easily*), seek whatever relief may be requested in her own Motion for Summary Judgement, in her Response to Defendants' Motion filed on March 3, 2026 (ECF No.: 55), pursuant to Fed. R. Civ. Proc.. 56(f).

> Fed. R. Civ. Proc. 56(f): Judgment Independent of the Motion. After giving notice and a reasonable time to respond, the court may:
>
> (1) **grant summary judgment for a nonmovant**;
>
> (2) grant the motion on grounds not raised by a party; or
>
> (3) consider summary judgment on its own after identifying for the parties material facts that may not be genuinely in dispute. *Id*. (**emphasis added**).

---

[1] Although fifty (50) pages sees excessive.

In other words, it would seem far more efficient to address:

(1) Defendants' Motion for Summary Judgment (ECF No.: 55);

(2) Plaintiff's forthcoming Repsonse to Defendants' Motion for Summary Judgment; and

(3) Defendants' Reply Brief (*if applicable*).

Rather than:

(1) Defendants' Motion for Summary Judgment (ECF No.: 55);

(2) Plaintiff's forthcoming Motion for Summary Judgment;

(3) Plaintiff's Repsonse to Defendants' Motion for Summary Judgment;

(4) Defendants' Repsonse to Plaintiff's forthcoming Motion for Summary Judgment;

(5) Plaintiff's Reply Brief (*if applicable*); and

(6) Defendants' Reply Brief (*if applicable*).

To the extent that Plaintiff may argue there is some strategic advantage by filing her own Motion for Summary Judgment, given the movant's opportunity to file a Reply Brief in Response to the non-movant's Response, Defendants' warrant that in the event Plaintiff deems a Sur-Reply or Supplemental Brief becomes necessary, Defendants will not oppose Plaintiff's filing of the same, provided it is limited by the paramaters as Defendants' Reply Brief. *e.g.*; L.R. 7.1(d)(3)(b). *Barany-Snyder v. Weiner*, 539 F.3d 327 (6th Cir. 2008) [discussing prohibition on raising issues and arguments not previously raised].

3

## CONCLUSION

**WHEREFORE**, Defendants, respectfully requests that this Honorable Court grant whatever relief it deems just and appropriate.

                                          Respectfully Submitted,
                                          CITY OF DETROIT LAW DEPARTMENT

Dated: March 4, 2026                /s/  <u>Gregory B. Paddison</u>
                                                Gregory B. Paddison (P75963)
                                                Attorney for Defendants