UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LaDONNA CRUTCHFIELD,
   an individual,
      Plaintiff,

V

CITY OF DETROIT
a municipal corporation,

MARC THOMPSON,
City of Detroit Police Detective,
Individually, and

ANTHONY WILLIAMS,
City of Detroit Police Officer,
Individually, and

DORIAN HARDY,
City of Detroit Police Officer,
Individually, and

JEREMY MORROW,
City of Detroit Police Officer,
Individually, and

JOSHUA HOLDER,
City of Detroit Police Officer,
Individually, and

MATTHEW MCKINNEY
City of Detroit Police Officer,
Individually, and

SABRINA CARRION,

Case No. 2:25-cv-10514-BRM-DRG
Hon. Brandy R. McMillion

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**

City of Detroit Police Officer,
Individually.

CAREEMA YOPP,
City of Detroit Police Officer,
Individually.

Defendants.

___

### PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF

Plaintiff submits this brief reply to Defendants' Response to Plaintiff's Motion for Leave to File Excess Pages.

Plaintiff disputes Defendants' assertion that Plaintiff failed to comply with LR 7.1. Concurrence was sought during a telephone conversation between counsel. During that discussion, the parties were also addressing the anticipated briefing obligations and deadlines associated with the Qualified Immunity issues. The Scheduling Order stated that "Briefs" were due March 6, 2026, and the use of the plural term contributed to confusion regarding what filings were required and in what sequence. Plaintiff believes any misunderstanding regarding concurrence may have resulted from that confusion and the parties' discussion of the Qualified Immunity briefing schedule.

Second, Plaintiff concurs with Defendants' position regarding the proper sequencing of briefing on the Qualified Immunity issues.

Finally, if Plaintiff is not required to file an initial brief on March 6, 2026, Plaintiff will be withdrawing her Motion for Leave to File Excess Pages.

Dated:  March 4, 2026               Respectfully submitted,

/s/Ivan L. Land
Ivan L. Land (P65879)
Attorney for Plaintiffs
25900 Greenfield Rd., Suite 210
Oak Park, MI  48237
(248) 968-4545/(f) (248) 968-4540

## **CERTIFICATE OF SERVICE**

    I, Ivan L. Land, hereby certify that on March 4, 2026, I electronically filed the foregoing Documents through the e-filing system to serve all parties.

/s/Ivan L. Land
Ivan L. Land
