**Officer Williams**
**01/23/2024**

1

2        AUDIO RECORDING OF EXHIBIT V

3     BODY WORN CAMERA OF OFFICER WILLIAMS

4            RE: LADONNA CRUTCHFIELD

5

6

7

8

9  _____/

10  PAGE 1 TO 15

11

12     The audio of body worn camera of Officer Williams,

13     Commencing at about 2:08 p.m.

14     Recorded on January 23, 2024,

15     Transcribed by Caitlyn Mancini, RPR, CSR-8887.

16

17

18

19

20

21

22

23

24

25

```
                        Officer Williams
                          01/23/2024                        Page 2
```

1  APPEARANCES:

2      OFFICER WILLIAMS (body cam)

3      MALE OFFICER 1

4      MALE OFFICER 2

5      FEMALE OFFICER

6      BRIELLE

7      UNKNOWN MALE (in house)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
```

**Officer Williams**
**01/23/2024**     **Page 3**

```
                        Officer Williams
                          01/23/2024                    Page 3
 1                      TABLE OF CONTENTS
 2
 3
 4                      E X A M I N A T I O N S
 5    Witness                                            Page
 6    (No examinations.)
 7
 8
 9
10
11
12
13
14                         E X H I B I T S
15    Exhibit                                            Page
16    (No exhibits.)
17
18
19
20
21
22
23
24
25
```



```
                       Officer Williams
                       01/23/2024                          Page 4

 1   Audio recording

 2   January 23, 2024

 3   About 2:08 p.m.

 4

 5              MALE OFFICER 1:  (Inaudible).

 6              OFFICER WILLIAMS:  What?  Right here.

 7              MALE OFFICER 1:  (Inaudible).

 8              OFFICER WILLIAMS:  Huh?

 9              MALE OFFICER 1:  (Inaudible).

10              OFFICER WILLIAMS:  Deputy advise, there's

11   some kids inside.  Hello, how are you doing?  Ms.

12   Crutchfield?

13              LADONNA CRUTCHFIELD:  Yeah.

14              OFFICER WILLIAMS:  Okay.  Can you step out

15   here for a second?

16              LADONNA CRUTCHFIELD:  What happened?

17              OFFICER WILLIAMS:  I just need you to step

18   outside for a second.

19              LADONNA CRUTCHFIELD:  Go, get back.

20   Questioning (sic)?

21              OFFICER WILLIAMS:  Yeah.  Your name Ms.

22   Crutchfield?

23              LADONNA CRUTCHFIELD:  Yeah what happened?

24              OFFICER WILLIAMS:  What's your first name?

25   LaDonna?
```



Officer Williams
01/23/2024                                                      Page 5

 1             LADONNA CRUTCHFIELD:  Yeah.  What --

 2             OFFICER WILLIAMS:  Okay.  I just need you to

 3   step out for a second.  I just need you to come outside

 4   for a second.  Who else is in the house with you?

 5             LADONNA CRUTCHFIELD:  My kids.

 6             OFFICER WILLIAMS:  Okay.  All right.  So

 7   understand one thing, okay?  I'm trying to do this

 8   quick, okay?  But you're going to go to jail today but I

 9   don't want to do this in front of the kids, you know.

10             LADONNA CRUTCHFIELD:  Me?

11             OFFICER WILLIAMS:  Yeah.  So hold on, calm

12   down.  I just want to let you know.  I'm going to

13   explain everything to you but I don't want to do it in

14   front of your kids.  Is there anybody else in there with

15   the kids?

16             LADONNA CRUTCHFIELD:  No.

17             OFFICER WILLIAMS:  Nobody else?

18             LADONNA CRUTCHFIELD:  But I'm lost.  What am

19   I going to jail for?  I ain't did nothing --

20             MALE OFFICER 2:  (Inaudible) go to court.

21   (Inaudible) and you didn't show up.  I don't know if it

22   got lost in the mail or whatever but it says we have a

23   warrant for your arrest.

24             OFFICER WILLIAMS:  Yeah.

25             MALE OFFICER 2:  All that means is you have



```
                         Officer Williams
                         01/23/2024                           Page 6
 1   to come to court.
 2                 LADONNA CRUTCHFIELD:  But I never received
 3   anything.  That's why I'm really lost.
 4                 OFFICER WILLIAMS:  All right, so hear me
 5   out.  This is what we going to do, okay?  You got some
 6   children right in here?
 7                 LADONNA CRUTCHFIELD:  Yeah.
 8                 OFFICER WILLIAMS:  Okay.  I'm going to do
 9   that for you; I'm going to have you step over here with
10   my partner right here.  Just step forward.  I'm going to
11   get some shoes for you.  And we're going to try to do
12   this that way your kids don't know what's going on,
13   okay?  And we'll make sure you can call somebody.
14                 LADONNA CRUTCHFIELD:  My -- my oldest niece
15   here, can I talk to her?  (Inaudible).
16                 OFFICER WILLIAMS:  What's her name?
17                 LADONNA CRUTCHFIELD:  Brielle.
18                 OFFICER WILLIAMS:  Brielle.  Can you get
19   Brielle for me?
20                 LADONNA CRUTCHFIELD:  (Inaudible) court I
21   ain't never --
22                 OFFICER WILLIAMS:  I didn't know you had a
23   dog in here.
24                 LADONNA CRUTCHFIELD:  Yeah.  You can go in
25   (sic).
```



 1                OFFICER WILLIAMS:  I'll close it.  I closed

 2   it.  Hey, make sure that dog don't come out.

 3                LADONNA CRUTCHFIELD:  I don't know anything

 4   about coming to court that's why I'm lost.

 5                OFFICER WILLIAMS:  So it's about an incident

 6   that took place in December, okay?  Somebody going to

 7   talk to you, let you know everything.

 8                LADONNA CRUTCHFIELD:  What happened?  I'm

 9   really lost.

10                OFFICER WILLIAMS:  We going to talk to you

11   about it just for right now we going to try to do this

12   so we can take care of your kids and you.

13                LADONNA CRUTCHFIELD:  Okay.

14                OFFICER WILLIAMS:  All right.  Can they put

15   that dog up somewhere?

16                LADONNA CRUTCHFIELD:  I'm really confused

17   right now.

18                MALE OFFICER 1:  (Inaudible) it's pointless

19   (sic)?

20                OFFICER WILLIAMS:  You said her name

21   Brielle?

22                LADONNA CRUTCHFIELD:  Brielle.  You don't

23   need my ID or any of that stuff?

24                OFFICER WILLIAMS:  We're just going to need

25   your phone and then probably some shoes and stuff.



Officer Williams
01/23/2024                                                    Page 8

 1                 LADONNA CRUTCHFIELD:  Okay.

 2                 OFFICER WILLIAMS:  But we have to get that

 3     dog up (sic).  I'm going to let you stand right here for

 4     a second.

 5                 LADONNA CRUTCHFIELD:  Did you all lock the

 6     dog up?

 7                 BRIELLE:  (Inaudible).

 8                 OFFICER WILLIAMS:  (Inaudible) the dog?

 9                 LADONNA CRUTCHFIELD:  Yeah.

10                 OFFICER WILLIAMS:  Okay.  Ms. Brielle?

11                 BRIELLE:  Yes.

12                 OFFICER WILLIAMS:  Can you get her some

13     shoes and a jacket?

14                 BRIELLE:  Shoes and jacket?

15                 OFFICER WILLIAMS:  Yes ma'am.

16                 LADONNA CRUTCHFIELD:  Yeah and my phone.

17                 OFFICER WILLIAMS:  And her phone.

18                 BRIELLE:  (Inaudible).  Preferably something

19     with no laces.

20                 LADONNA CRUTCHFIELD:  Some crocks or

21     something.

22                 OFFICER WILLIAMS:  That dog put up, right?

23                 BRIELLE:  Yeah, she put up.

24                 UNKNOWN MALE:  (Inaudible).

25                 OFFICER WILLIAMS:  Yeah if you have some



1    crocks or something.

2              LADONNA CRUTCHFIELD:  Yeah my crocks right

3    there I think.  Just my phone.  Y'all keep my keys and

4    stuff.  Only my phone and my crocks.

5              OFFICER WILLIAMS:  (Inaudible).

6              BRIELLE:  You want both your sweater?

7              LADONNA CRUTCHFIELD:  No just give me one.

8    My keys leave them here with them.  Yeah where my other

9    crock at?  Brie, keep my keys.  I'm going to need you to

10   call my mama.  I don't know what's going on.

11             BRIELLE:  (Inaudible) I'll call her (sic).

12             OFFICER WILLIAMS:  I don't like putting

13   people in cuffs in front of their kids sometimes.  You

14   don't want me to do that for you, correct (sic)?

15             LADONNA CRUTCHFIELD:  I go in cuffs?

16             OFFICER WILLIAMS:  Yeah --

17             LADONNA CRUTCHFIELD:  'Cause I don't even

18   know what's going on.

19             FEMALE OFFICER:  -- you are.  We'll just do

20   it --

21             OFFICER WILLIAMS:  We going to do it right

22   there by the car.  That way --

23             FEMALE OFFICER:  I'm going to search you

24   real quick here though, okay?

25             OFFICER WILLIAMS:  Here you can just



 1   (inaudible).  Your phone.

 2                LADONNA CRUTCHFIELD:  Yeah call my mama.

 3   They talking about they about to take me to jail.  I

 4   don't know.

 5                MALE OFFICER 1:  Yeah she going to jail.

 6                OFFICER WILLIAMS:  She going to Mound.

 7                FEMALE OFFICER:  You haven't got any pockets

 8   on?

 9                LADONNA CRUTCHFIELD:  Uh-huh (sic).

10                UNKNOWN MALE:  What she going for?

11                OFFICER WILLIAMS:  I'll let her explain it

12   to you.  So she going to let y'all know what's up.  Give

13   it about an hour call -- you know Detroit Detention

14   Center?  17601 Mound?  Call in about an hour.

15                BRIELLE:  Detroit Detention Center?

16                OFFICER WILLIAMS:  Yeah.

17                MALE OFFICER 1:  Google it.

18                OFFICER WILLIAMS:  Yep.  It will be on

19   Mound.  Call there like in an hour or so.  All right.

20                LADONNA CRUTCHFIELD:  I ain't never been in

21   trouble before.

22                OFFICER WILLIAMS:  All right, let's walk you

23   down here.  We'll take care of you.

24                LADONNA CRUTCHFIELD:  That's why I'm really

25   confused.



```
                        Officer Williams
                        01/23/2024                       Page 11

 1                 OFFICER WILLIAMS:  Walk you down here.  Hey
 2   can you grab my work phone?  Walk down here.  My work
 3   phone.  Appreciate you.  Be careful now.  Don't fall.
 4   There's another reason why we didn't put in no handcuffs
 5   so you can have your balance.
 6                 LADONNA CRUTCHFIELD:  I'm really confused.
 7   I don't even know what's going on.
 8                 OFFICER WILLIAMS:  We'll explain it to you.
 9   There's going to be a detective that's going to come
10   talk to you.  And he should be able to break it down a
11   lot more than what I can break down.
12                 LADONNA CRUTCHFIELD:  I ain't never been in
13   no type of legal trouble, none of that stuff.
14                 OFFICER WILLIAMS:  Okay.
15                 LADONNA CRUTCHFIELD:  That's why I'm really
16   confused what's going on.
17                 OFFICER WILLIAMS:  Right here.
18                 LADONNA CRUTCHFIELD:  You said something
19   happened in December?
20                 OFFICER WILLIAMS:  Yep.
21                 LADONNA CRUTCHFIELD:  I don't know.
22                 OFFICER WILLIAMS:  Can you hold that for a
23   few seconds?
24                 FEMALE OFFICER:  Mm-hmm.
25                 OFFICER WILLIAMS:  Do you have an extra I
```



```
                      Officer Williams
                      01/23/2024                        Page 12
```

 1   can put on her?  (Sic).  You have an extra -- yeah.

 2                MALE OFFICER 2:  Hands behind you.

 3   (Inaudible).

 4                LADONNA CRUTCHFIELD:  Do you have to cuff me

 5   behind or could y'all put it in the front?

 6                OFFICER WILLIAMS:  Got to do it -- yeah.

 7                FEMALE OFFICER:  Policy won't let us do

 8   that.

 9                LADONNA CRUTCHFIELD:  I'm asthmatic I don't

10   want to (inaudible).

11                OFFICER WILLIAMS:  Your lungs --

12                LADONNA CRUTCHFIELD:  'Cause I ain't never

13   been in trouble --

14                OFFICER WILLIAMS:  You'll be -- you'll be

15   like this --

16                LADONNA CRUTCHFIELD:  -- I'm confused.

17                OFFICER WILLIAMS:  So all your stuff will be

18   open.  Your lungs will be open.  You should be able to

19   breathe, okay?  You're not in any trouble.

20                LADONNA CRUTCHFIELD:  You said I'm not in

21   trouble?

22                OFFICER WILLIAMS:  Well I'm saying you're

23   not -- I'm saying you're not in harm's way is what I'm

24   trying to say.  I'm sorry.

25                MALE OFFICER 1:  That makes sense (sic).



                         Officer Williams
                         01/23/2024                          Page 13

 1                 LADONNA CRUTCHFIELD:  (Inaudible) I'm really
 2   confused.
 3                 OFFICER WILLIAMS:  Watch that step.  Yeah.
 4   Careful now.  All right.
 5                 MALE OFFICER 2:  You want that on you?  You
 6   sure?
 7                 OFFICER WILLIAMS:  Hold on two seconds.
 8                 LADONNA CRUTCHFIELD:  (Inaudible) some masks
 9   on?  'Cause I'm kind of claustrophobic --
10                 OFFICER WILLIAMS:  Yeah they got masks -- no
11   they got masks where you're going.
12                 LADONNA CRUTCHFIELD:  Okay.
13                 MALE OFFICER 1:  For sure.
14                 OFFICER WILLIAMS:  This is just for the
15   detective, okay?  All right.
16                 MALE OFFICER 1:  You want it?
17                 OFFICER WILLIAMS:  Huh?  I think I need her
18   phone.  Let me ask him if he want it.  Is that hers or
19   yours?
20                 FEMALE OFFICER:  That's hers.  You need it?
21                 OFFICER WILLIAMS:  Yeah, I might need it
22   that's why.  What up?  We got her in custody.  You want
23   her phone for evidence or --
24                 UNKNOWN MALE:  A-W-I-N (sic).
25                 OFFICER WILLIAMS:  Huh?  All right.  Yeah no



**Officer Williams**
**01/23/2024** **Page 14**

1  worries.  All right.  We're going to interview with her
2  then.  Yep.  I'm going to send you all the info.  All
3  right, yeah, she's in custody.  She -- the report?  Oh
4  yeah I was right here.  Let me -- I'm going to ask her.
5  What's your phone number?
6              LADONNA CRUTCHFIELD:  313.
7              OFFICER WILLIAMS:  Yeah.
8              LADONNA CRUTCHFIELD:  850-7450.
9              OFFICER WILLIAMS:  Okay, all right.  Thank
10  you.  Yeah that's the same one I already typed down
11  (sic).  Yeah it's the same one.  Yeah.  All right.
12              (Audio concluded.)
13
14
15
16
17
18
19
20
21
22
23
24
25



```
 1   STATE OF MICHIGAN          )

 2                              )

 3   COUNTY OF WASHTENAW        )

 4

 5   CERTIFICATE OF NOTARY PUBLIC AND COURT REPORTER

 6      I, Caitlyn Mancini, do hereby certify that the

 7   foregoing audio sent to me was duly recorded by me

 8   stenographically and by me later reduced to typewritten

 9   form by means of computer-aided transcription; and I

10   certify that this is a true and correct transcript of my

11   stenographic notes so taken.

12      I further certify that I am neither of counsel to

13   either party nor interested in the event of this cause.

14

15

16   _____

17      Caitlyn Mancini, RPR, CSR-8887

18      Notary Public,

19      Washtenaw County, Michigan

20      My Commission expires:  August 15, 2028

21

22

23

24

25
```



Officer Williams
01/23/2024

1

### 1

**1**  4:5,7,9 7:18 10:5,17 12:25 13:13,16
**17601**  10:14

### 2

**2**  5:20,25 12:2 13:5
**2024**  4:2
**23**  4:2
**2:08**  4:3

### 3

**313**  14:6

### 8

**850-7450**  14:8

### A

**A-W-I-N**  13:24
**advise**  4:10
**arrest**  5:23
**asthmatic**  12:9
**audio**  4:1 14:12

### B

**back**  4:19
**balance**  11:5
**break**  11:10,11
**breathe**  12:19
**Brie**  9:9
**Brielle**  6:17,18,19 7:21,22 8:7,10,11,14,18,23 9:6,11 10:15

### C

**call**  6:13 9:10,11 10:2,13,14,19
**calm**  5:11
**car**  9:22
**care**  7:12 10:23
**careful**  11:3 13:4
**Center**  10:14,15
**children**  6:6
**claustrophobic**  13:9
**close**  7:1
**closed**  7:1
**concluded**  14:12
**confused**  7:16 10:25 11:6,16 12:16 13:2
**correct**  9:14
**court**  5:20 6:1,20 7:4
**crock**  9:9
**crocks**  8:20 9:1,2,4
**Crutchfield**  4:12,13,16,19,22,23 5:1,5,10,16,18 6:2,7,14,17,20,24 7:3,8,13,16,22 8:1,5,9,16,20 9:2,7,15,17 10:2,9,20,24 11:6,12,15,18,21 12:4,9,12,16,20 13:1,8,12 14:6,8
**cuff**  12:4
**cuffs**  9:13,15
**custody**  13:22 14:3

### D

**December**  7:6 11:19
**Deputy**  4:10
**detective**  11:9 13:15
**Detention**  10:13,15
**Detroit**  10:13,15

**dog**  6:23 7:2,15 8:3,6,8,22

### E

**evidence**  13:23
**explain**  5:13 10:11 11:8
**extra**  11:25 12:1

### F

**fall**  11:3
**FEMALE**  9:19,23 10:7 11:24 12:7 13:20
**forward**  6:10
**front**  5:9,14 9:13 12:5

### G

**give**  9:7 10:12
**Google**  10:17
**grab**  11:2

### H

**handcuffs**  11:4
**Hands**  12:2
**happened**  4:16,23 7:8 11:19
**harm's**  12:23
**hear**  6:4
**Hey**  7:2 11:1
**hold**  5:11 11:22 13:7
**hour**  10:13,14,19
**house**  5:4

### I

**ID**  7:23
**inaudible**  4:5,7,9 5:20,21 6:15,20 7:18 8:7,8,18,24 9:5,11 10:1 12:3,10 13:1,8



Officer Williams
01/23/2024

2

| | | |
|---|---|---|
| **incident** 7:5 | 8:24 10:5,10,17 12:2,25 13:5, 13,16,24 | **putting** 9:12 |
| **info** 14:2 | **mama** 9:10 10:2 | **Q** |
| **inside** 4:11 | **masks** 13:8,10,11 | **Questioning** 4:20 |
| **interview** 14:1 | **means** 5:25 | **quick** 5:8 9:24 |
| **J** | **Mm-hmm** 11:24 | **R** |
| **jacket** 8:13,14 | **Mound** 10:6,14,19 | **real** 9:24 |
| **jail** 5:8,19 10:3,5 | **N** | **reason** 11:4 |
| **January** 4:2 | **niece** 6:14 | **received** 6:2 |
| **K** | **number** 14:5 | **recording** 4:1 |
| **keys** 9:3,8,9 | **O** | **report** 14:3 |
| **kids** 4:11 5:5,9,14,15 6:12 7:12 9:13 | **OFFICER** 4:5,6,7,8,9,10,14,17, 21,24 5:2,6,11,17,20,24,25 6:4,8,16,18,22 7:1,5,10,14,18, 20,24 8:2,8,10,12,15,17,22,25 9:5,12,16,19,21,23,25 10:5,6, 7,11,16,17,18,22 11:1,8,14, 17,20,22,24,25 12:2,6,7,11, 14,17,22,25 13:3,5,7,10,13, 14,16,17,20,21,25 14:7,9 | **S** |
| **kind** 13:9 | | **search** 9:23 |
| **L** | | **seconds** 11:23 13:7 |
| **laces** 8:19 | | **send** 14:2 |
| **Ladonna** 4:13,16,19,23,25 5:1,5,10,16,18 6:2,7,14,17,20, 24 7:3,8,13,16,22 8:1,5,9,16, 20 9:2,7,15,17 10:2,9,20,24 11:6,12,15,18,21 12:4,9,12, 16,20 13:1,8,12 14:6,8 | **oldest** 6:14 | **sense** 12:25 |
| | **open** 12:18 | **shoes** 6:11 7:25 8:13,14 |
| | | **show** 5:21 |
| | **P** | **sic** 4:20 6:25 7:19 8:3 9:11,14 10:9 12:1,25 13:24 14:11 |
| | **p.m.** 4:3 | **stand** 8:3 |
| **leave** 9:8 | **partner** 6:10 | **step** 4:14,17 5:3 6:9,10 13:3 |
| **legal** 11:13 | **people** 9:13 | **stuff** 7:23,25 9:4 11:13 12:17 |
| **lock** 8:5 | **phone** 7:25 8:16,17 9:3,4 10:1 11:2,3 13:18,23 14:5 | **sweater** 9:6 |
| **lost** 5:18,22 6:3 7:4,9 | | **T** |
| **lot** 11:11 | **place** 7:6 | **talk** 6:15 7:7,10 11:10 |
| **lungs** 12:11,18 | **pockets** 10:7 | **talking** 10:3 |
| **M** | **pointless** 7:18 | **thing** 5:7 |
| **mail** 5:22 | **Policy** 12:7 | **today** 5:8 |
| **make** 6:13 7:2 | **Preferably** 8:18 | **trouble** 10:21 11:13 12:13,19, 21 |
| **makes** 12:25 | **put** 7:14 8:22,23 11:4 12:1,5 | **type** 11:13 |
| **MALE** 4:5,7,9 5:20,25 7:18 | | |



**typed** 14:10

### U

**Uh-huh** 10:9

**understand** 5:7

**UNKNOWN** 8:24 10:10 13:24

### W

**walk** 10:22 11:1,2

**warrant** 5:23

**Watch** 13:3

**WILLIAMS** 4:6,8,10,14,17,21,24 5:2,6,11,17,24 6:4,8,16,18,22 7:1,5,10,14,20,24 8:2,8,10,12,15,17,22,25 9:5,12,16,21,25 10:6,11,16,18,22 11:1,8,14,17,20,22,25 12:6,11,14,17,22 13:3,7,10,14,17,21,25 14:7,9

**work** 11:2

**worries** 14:1

### Y

**y'all** 9:3 10:12 12:5