UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LADONNA CRUTCHFIELD,　　　　　　Case No: 25-CV-10514
　　　　　　　　　　　　　　　　　　Hon. Brandy McMillion
　　　　Plaintiffs,

-v-

CITY OF DETROIT, MARC THOMPSON
ANTHONY WILLIAMS, DORIAN HARDY
JEREMY MORROW, JOSHUA HOLDER,
MATTHEW MCKINNEY, CAREEMA YOPP
SABRINA CARRION

　　　　Defendants.

| **Ivan L. Land, Sr.** | **Christopher Michels (P83156)** |
|---|---|
| Ivan L. Land, P.C. | City of Detroit Law Department |
| Attorney for Plaintiff | Attorney for Defendant City of Detroit |
| 25900 Greenfield Rd., Ste. 210 | Two Woodward Avenue, Suite 500 |
| Oak Park, MI 48237 | Detroit, MI 48226 |
| (248) 968-4545 | (313) 237-3056 |
| ILL4LAW@aol.com | Christopher.michels@detroitmi.gov |

## NOTICE OF APPEARANCE

Christopher Michels enters his appearance on behalf of Defendants, who pursuant to Section 13-11-1 of the Detroit City Code, reserves the right to withdraw as counsel for any individually named defendant in the

event his request for representation is not approved by the Detroit City Council

                                      /s/ *Christopher Michels*
                                      Christopher Michels (P83156)
                                      City of Detroit Law Department
                                      Attorney for Defendants
                                      christopher.michels@detroitmi.gov

Dated: March 16, 2026