**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LaDONNA CRUTCHFIELD,
    an individual,
        Plaintiff,

  V

CITY OF DETROIT
a municipal corporation,

MARC THOMPSON,
City of Detroit Police Detective,
Individually, and

ANTHONY WILLIAMS,
City of Detroit Police Officer,
Individually, and

DORIAN HARDY,
City of Detroit Police Officer,
Individually, and

JEREMY MORROW,
City of Detroit Police Officer,
Individually, and

JOSHUA HOLDER,
City of Detroit Police Officer,
Individually, and

MATTHEW MCKINNEY
City of Detroit Police Officer,
Individually, and

SABRINA CARRION,

Case No. 2:25-cv-10514-BRM-DRG
Hon. Brandy R. McMillion

**PLAINTIFF'S INDEX OF EXHIBITS**

City of Detroit Police Officer,
Individually.

CAREEMA YOPP,
City of Detroit Police Officer,
Individually.

           Defendants.

---

## PLAINTIFF'S INDEX OF EXHIBITS

Exhibit 1     Six Arresting Officers' Request for Admissions-Alphabetical Order
Exhibit 2     Inkster Police Department Report
Exhibit 3     Officer Yopp Request for Admissions