## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LaDONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

LAW OFFICES OF IVAN L. LAND, P.C.,
Ivan L. Land Sr. (P65879)
Attorney for Plaintiff
25900 Greenfield, Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545
Ill4law@aol.com

CITY OF DETROIT LAW DEPARTMENT
Gregory B. Paddison (P75963)
Attorney for Defendants
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

_____/

### DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS

**NOW COMES** Defendant, SABRINA CARRION, by and through her attorney, Gregory B. Paddison, and states in response to Plaintiff's First Discovery Requests:

Defendant makes the following general objections to Plaintiff's First Discovery Requests, which shall be deemed to apply to each and every individual Request set forth below. A substantive response to any individual discovery request shall not be deemed a waiver of any General Objections.

A. Defendant objects to the Discovery Requests to the extent they seek information or documents not in the possession, custody or control of Defendant and an answer for which is one that Discovery will be needed to answer definitively, verify the allegation or refute the allegation.

B. Defendant objects to the Discovery Requests to the extent that they are vague, overly broad or unduly burdensome.

C. Defendant objects to the Discovery Requests to the extent that they seek information or documents not relevant to the subject matter of this action and are not reasonably calculated to lead to the discovery of admissible evidence.

D. Defendant objects to the Discovery Requests to the extent they seek information or documents yet to be prepared, generated or received in anticipation of, or after the commencement of this litigation; documents or other information subject to an attorney-client privilege, the work product doctrine or any other available privilege, doctrine, rule, immunity or protection; or documents or other information otherwise protected from discovery.

E. Defendant objects to the Discovery Requests to the extent that they impose upon Defendants any obligation beyond its obligations under the Michigan and/or Federal Court Rules.

F. Defendant objects to the Discovery Requests to the extent that they seek disclosure of proprietary or confidential information or documents.

G. Defendant objects to the Discovery Requests to the extent that they seek information or documents in the possession of the Plaintiff or third parties.

H. Defendant objects to the Discovery Requests to the extent that they are duplicative (in whole or in part) of other requests and/or arguable seek the same information.

I. Defendant reserves the right to supplement, amend or correct any and all if its responses and objections herein continues.

J. These General Objections are incorporated by reference into each response provided below, and the inclusion of any specific objections in a response to any Interrogatory is neither intended as, nor shall it in any way be deemed to be a waiver of any General Objection. In addition, the failure to include at this time any general or specific objection to a Discovery Request is neither intended as, nor shall it in any way be deemed to be a waiver of Defendant's right to assert that or any other objection at a later date.

2

K. Defendant reserves the right to challenge the competency, relevancy, materiality and admissibility of, or object on any ground to the use of, information set forth herein (or documents produced herewith) in any subsequent proceeding or the trial of this or any other action.

### RESPONSES TO REQUESTS FOR ADMISSION

1. Please admit that you were present when LaDonna Crutchfield was arrested at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024.

**ANSWER: Defendant admits this Request for Admission.**

2. Please admit that you did not have an arrest warrant for LaDonna Crutchfield on January 23, 2024.

**ANSWER: Defendant admits this Request for Admission.**

3. Please admit that you were not aware of any officer present at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024 that had an arrest warrant for LaDonna Crutchfield. If so, please provide their name(s), badge number(s), and telephone number(s).

**ANSWER: Defendant admits this Request for Admission.**

4. Please admit that you have never observed LaDonna Crutchfield commit a crime.

**ANSWER: Defendant lacks sufficient information upon which she may formulate a response to this Request for Admission, and therefore denies the same as untrue.**

5. Please admit that you physically searched LaDonna Crutchfield on January 23, 2024, when LaDonna Crutchfield was arrested.

**ANSWER: Defendant admits this Request for Admission.**

3

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: January 23, 2026          /s/     Gregory B. Paddison
                                         Gregory B. Paddison (75963)
                                         Attorney for Defendants

4

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LaDONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C., | CITY OF DETROIT LAW DEPARTMENT |
| Ivan L. Land Sr. (P65879) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendants |
| 25900 Greenfield, Rd., Ste. 210 | Coleman A. Young Municipal Center |
| Oak Park, MI 48237 | 2 Woodward Avenue, Suite 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 23, 2026, I, Shelly M. Jones, served **Defendant's Responses to Plaintiff's First Discovery Requests** and **Certificate of Service** upon the attorney(s) of record herein at their respective electronic mailing addresses disclosed on the pleadings. I declare that the above statements are true to the best of my information, knowledge and belief.

/s/ *Shelly M. Jones*
Shelly M. Jones

5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

LaDonna Crutchfield,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

City of Detroit, *et al*,
    Defendants.

                                                /

## DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

**NOW COMES** Defendant, DORAIN HARDY, by and through his attorney, Gregory B. Paddison, and states in response to Plaintiff's Requests for Admission:

Defendant makes the following general objections to Plaintiff's Discovery Requests, which shall be deemed to apply to each and every individual Interrogatory set forth below. A substantive response to any individual discovery request shall not be deemed a waiver of any General Objections.

A. Defendant objects to the Discovery Requests to the extent they seek information or documents not in the possession, custody or control of Defendants and an answer for which is one that Discovery will be needed to answer definitively, verify the allegation or refute the allegation.

B. Defendant objects to the Discovery Requests to the extent that they are vague, overly broad or unduly burdensome.

1

C. Defendant objects to the Discovery Requests to the extent that they seek information or documents not relevant to the subject matter of this action and are not reasonably calculated to lead to the discovery of admissible evidence.

D. Defendant objects to the Discovery Requests to the extent they seek information or documents yet to be prepared, generated or received in anticipation of, or after the commencement of this litigation; documents or other information subject to an attorney-client privilege, the work product doctrine or any other available privilege, doctrine, rule, immunity or protection; or documents or other information otherwise protected from discovery.

E. Defendant objects to the Discovery Requests to the extent that they impose upon Defendants any obligation beyond its obligations under the Michigan and/or Federal Court Rules.

F. Defendant objects to the Discovery Requests to the extent that they seek disclosure of proprietary or confidential information or documents.

G. Defendant objects to the Discovery Requests to the extent that they seek information or documents in the possession of the Plaintiff or third parties.

H. Defendant objects to the Discovery Requests to the extent that they are duplicative (in whole or in part) of other requests and/or arguable seek the same information.

I. Defendant reserves the right to supplement, amend or correct any and all if its responses and objections herein continues.

J. These General Objections are incorporated by reference into each response provided below, and the inclusion of any specific objections in a response to any Interrogatory is neither intended as, nor shall it in any way be deemed to be a waiver of any General Objection. In addition, the failure to include at this time any general or specific objection to a Discovery Request is neither intended as, nor shall it in any way be deemed to be a waiver of Defendant's right to assert that or any other objection at a later date.

K. Defendant reserves the right to challenge the competency, relevancy, materiality and admissibility of, or object on any ground to the use of, information set forth herein (or documents produced herewith) in any subsequent proceeding or the trial of this or any other action.

## RESPONSE TO REQUESTS FOR ADMISSION

1. Please admit that you (Dorian Hardy) were present when LaDonna Crutchfield was arrested at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024.

**ANSWER: Admitted.**

2. Please admit that you (Dorian Hardy) did not have an arrest warrant for LaDonna Crutchfield on January 23, 2024.

**ANSWER: Admitted.**

3

3. Please admit that you (Dorian Hardy) were not aware of any officer present at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024, that had an arrest warrant for LaDonna Crutchfield. If so, please provide their name(s), Badge number(s), and telephone number(s).

**ANSWER: Admitted.**

4. Please admit that you (Dorian Hardy) have never observed LaDonna Crutchfield commit a crime.

**ANSWER: Upon information and belief, Defendant admits this request to admit. Defendant reserves the right to amend and/or supplement his response to this request as additional information becomes known during the course of discovery, up to and including, the date of Trial.**

5. Please admit that you (Dorian Hardy) lied to LaDonna Crutchfield that she had a warrant for her arrest for missing a court date on January 23, 2024 when LaDonna Crutchfield was arrested.

**ANSWER: Admitted. Defendant states further that FAST Officers occasionally use the tactic of misrepresenting why a suspect is required to come with them because suspects have been shown to be less likely to flee or resist arrest if they believe that law enforcement's interest in them is related to minor issues (*i.e.*, traffic offense) rather than far more serious offenses (*i.e.*, assault with intent to murder).**

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: August 20, 2025         /s/     Gregory B. Paddison
                                       Gregory B. Paddison (P75963)
                                       Attorney for Defendants

4

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LaDONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

LAW OFFICES OF IVAN L. LAND, P.C.,
Ivan L. Land Sr. (P65879)
Attorney for Plaintiff
25900 Greenfield, Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545
Ill4law@aol.com

CITY OF DETROIT LAW DEPARTMENT
Gregory B. Paddison (P75963)
Attorney for Defendants
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2025, I, Shelly M. Jones, served **Defendant's Responses to Plaintiff's Requests for Admission** (DORAIN HARDY) along with **Certificate of Service** upon Ivan L. Land Esq., Law Offices of Ivan L. Land, P.C., 25900 Greenfield Rd., Ste. 210, Oak Park, MI 48237, by mailing same in an envelope and after securely sealing same and affixing sufficient first-class prepaid postage hereto, deposited same in the United States mail for transmission to the addressees thereof. I declare that the above statements are true to the best of my information, knowledge and belief.

/s/ *Shelly M. Jones*
Shelly M. Jones

5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

LADONNA CRUTCHFIELD,                              Hon. Brandy R. McMillon
    Plaintiff,                                Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

**DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION**

**NOW COMES** Defendant, JOSHUA HOLDER, by and through his attorney, Gregory B. Paddison, and states in response to Plaintiff's Requests for Admission:

Defendant makes the following general objections to Plaintiff's Discovery Requests, which shall be deemed to apply to each and every individual Interrogatory set forth below. A substantive response to any individual discovery request shall not be deemed a waiver of any General Objections.

A. Defendant objects to the Discovery Requests to the extent they seek information or documents not in the possession, custody or control of Defendants and an answer for which is one that Discovery will be needed to answer definitively, verify the allegation or refute the allegation.

B. Defendant objects to the Discovery Requests to the extent that they are vague, overly broad or unduly burdensome.

1

C. Defendant objects to the Discovery Requests to the extent that they seek information or documents not relevant to the subject matter of this action and are not reasonably calculated to lead to the discovery of admissible evidence.

D. Defendant objects to the Discovery Requests to the extent they seek information or documents yet to be prepared, generated or received in anticipation of, or after the commencement of this litigation; documents or other information subject to an attorney-client privilege, the work product doctrine or any other available privilege, doctrine, rule, immunity or protection; or documents or other information otherwise protected from discovery.

E. Defendant objects to the Discovery Requests to the extent that they impose upon Defendants any obligation beyond its obligations under the Michigan and/or Federal Court Rules.

F. Defendant objects to the Discovery Requests to the extent that they seek disclosure of proprietary or confidential information or documents.

G. Defendant objects to the Discovery Requests to the extent that they seek information or documents in the possession of the Plaintiff or third parties.

H. Defendant objects to the Discovery Requests to the extent that they are duplicative (in whole or in part) of other requests and/or arguable seek the same information.

2

I. Defendant reserves the right to supplement, amend or correct any and all if its responses and objections herein continues.

J. These General Objections are incorporated by reference into each response provided below, and the inclusion of any specific objections in a response to any Interrogatory is neither intended as, nor shall it in any way be deemed to be a waiver of any General Objection.  In addition, the failure to include at this time any general or specific objection to a Discovery Request is neither intended as, nor shall it in any way be deemed to be a waiver of Defendant's right to assert that or any other objection at a later date.

K. Defendant reserves the right to challenge the competency, relevancy, materiality and admissibility of, or object on any ground to the use of, information set forth herein (or documents produced herewith) in any subsequent proceeding or the trial of this or any other action.

## RESPONSE TO REQUESTS FOR ADMISSION

1. Please admit that you (Joshua Holder) were present when LaDonna Crutchfield was arrested at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024.

**ANSWER: Admitted.**

2. Please admit that you (Joshua Holder) did not have an arrest warrant for LaDonna Crutchfield on January 23, 2024.

**ANSWER: Admitted.**

3

3. Please admit that you (Joshua Holder) were not aware of any officer present at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024, that had an arrest warrant for LaDonna Crutchfield. If so, please provide their name(s), Badge number(s), and telephone number(s).

**ANSWER: Admitted.**

4. Please admit that you (Joshua Holder) have never observed LaDonna Crutchfield commit a crime.

**ANSWER: Upon information and belief, Defendant admits this request to admit. Defendant reserves the right to amend and/or supplement his response to this request as additional information becomes known during the course of discovery, up to and including, the date of Trial.**

5. Please admit that you (Joshua Holder) were the passenger in the vehicle that LaDonna Crutchfield was transported in to the Detroit Detention Center on January 23, 2024.

**ANSWER: Admitted.**

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: August 20, 2025            /s/      Gregory B. Paddison
                                          Gregory B. Paddison (P75963)
                                          Attorney for Defendants

4

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

        /

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C., | CITY OF DETROIT LAW DEPARTMENT |
| Ivan L. Land Sr. (P65879) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendants |
| 25900 Greenfield, Rd., Ste. 210 | Coleman A. Young Municipal Center |
| Oak Park, MI 48237 | 2 Woodward Avenue, Suite 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

        /

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2025, I, Shelly M. Jones, served **Defendant's Responses to Plaintiff's Requests for Admission** (JOSHUA HOLDER) along with **Certificate of Service** upon Ivan L. Land Esq., Law Offices of Ivan L. Land, P.C., 25900 Greenfield Rd., Ste. 210, Oak Park, MI 48237, by mailing same in an envelope and after securely sealing same and affixing sufficient first-class prepaid postage hereto, deposited same in the United States mail for transmission to the addressees thereof. I declare that the above statements are true to the best of my information, knowledge and belief.

/s/ *Shelly M. Jones*
Shelly M. Jones

5

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

LaDonna Crutchfield,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

City of Detroit, *et al*,
    Defendants.

_____/

### DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

**NOW COMES** Defendant, MATTHEW MCKINNEY, by and through his attorney, Gregory B. Paddison, and states in response to Plaintiff's Requests for Admission:

Defendant makes the following general objections to Plaintiff's Discovery Requests, which shall be deemed to apply to each and every individual Interrogatory set forth below.  A substantive response to any individual discovery request shall not be deemed a waiver of any General Objections.

A. Defendant objects to the Discovery Requests to the extent they seek information or documents not in the possession, custody or control of Defendants and an answer for which is one that Discovery will be needed to answer definitively, verify the allegation or refute the allegation.

B. Defendant objects to the Discovery Requests to the extent that they are vague, overly broad or unduly burdensome.

1

C. Defendant objects to the Discovery Requests to the extent that they seek information or documents not relevant to the subject matter of this action and are not reasonably calculated to lead to the discovery of admissible evidence.

D. Defendant objects to the Discovery Requests to the extent they seek information or documents yet to be prepared, generated or received in anticipation of, or after the commencement of this litigation; documents or other information subject to an attorney-client privilege, the work product doctrine or any other available privilege, doctrine, rule, immunity or protection; or documents or other information otherwise protected from discovery.

E. Defendant objects to the Discovery Requests to the extent that they impose upon Defendants any obligation beyond its obligations under the Michigan and/or Federal Court Rules.

F. Defendant objects to the Discovery Requests to the extent that they seek disclosure of proprietary or confidential information or documents.

G. Defendant objects to the Discovery Requests to the extent that they seek information or documents in the possession of the Plaintiff or third parties.

H. Defendant objects to the Discovery Requests to the extent that they are duplicative (in whole or in part) of other requests and/or arguable seek the same information.

2

I. Defendant reserves the right to supplement, amend or correct any and all if its responses and objections herein continues.

J. These General Objections are incorporated by reference into each response provided below, and the inclusion of any specific objections in a response to any Interrogatory is neither intended as, nor shall it in any way be deemed to be a waiver of any General Objection. In addition, the failure to include at this time any general or specific objection to a Discovery Request is neither intended as, nor shall it in any way be deemed to be a waiver of Defendant's right to assert that or any other objection at a later date.

K. Defendant reserves the right to challenge the competency, relevancy, materiality and admissibility of, or object on any ground to the use of, information set forth herein (or documents produced herewith) in any subsequent proceeding or the trial of this or any other action.

## RESPONSE TO REQUESTS FOR ADMISSION

1. Please admit that you (Matthew McKinney) were present when LaDonna Crutchfield was arrested at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024.

**ANSWER: Admitted.**

2. Please admit that you (Matthew McKinney) did not have an arrest warrant for LaDonna Crutchfield on January 23, 2024.

3

**ANSWER: Admitted.**

3. Please admit that you (Matthew McKinney) were not aware of any officer present at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024, that had an arrest warrant for LaDonna Crutchfield. If so, please provide their name(s), Badge number(s), and telephone number(s).

**ANSWER: Admitted.**

4. Please admit that you (Matthew McKinney) have never observed LaDonna Crutchfield commit a crime.

**ANSWER: Upon information and belief, Defendant admits this request to admit. Defendant reserves the right to amend and/or supplement his response to this request as additional information becomes known during the course of discovery, up to and including, the date of Trial.**

5. Please admit that you (Matthew McKinney) were the driver of the vehicle that LaDonna Crutchfield was transported in to the Detroit Detention Center on January 23, 2024.

**ANSWER: Admitted.**

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: August 20, 2025 /s/ Gregory B. Paddison
Gregory B. Paddison (P75963)
Attorney for Defendants

4

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

LAW OFFICES OF IVAN L. LAND, P.C.,
Ivan L. Land Sr. (P65879)
Attorney for Plaintiff
25900 Greenfield, Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545
Ill4law@aol.com

CITY OF DETROIT LAW DEPARTMENT
Gregory B. Paddison (P75963)
Attorney for Defendants
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2025, I, Shelly M. Jones, served **Defendant's Responses to Plaintiff's Requests for Admission** (MATTHEW MCKINNEY) along with **Certificate of Service** upon Ivan L. Land Esq., Law Offices of Ivan L. Land, P.C., 25900 Greenfield Rd., Ste. 210, Oak Park, MI 48237, by mailing same in an envelope and after securely sealing same and affixing sufficient first-class prepaid postage hereto, deposited same in the United States mail for transmission to the addressees thereof. I declare that the above statements are true to the best of my information, knowledge and belief.

/s/ *Shelly M. Jones*
Shelly M. Jones

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LaDonna Crutchfield,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

City of Detroit, *et al*,
    Defendants.

_____/

### DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

**NOW COMES** Defendant, JEREMY MORROW, by and through his attorney, Gregory B. Paddison, and states in response to Plaintiff's Requests for Admission:

Defendant makes the following general objections to Plaintiff's Discovery Requests, which shall be deemed to apply to each and every individual Interrogatory set forth below. A substantive response to any individual discovery request shall not be deemed a waiver of any General Objections.

A. Defendant objects to the Discovery Requests to the extent they seek information or documents not in the possession, custody or control of Defendants and an answer for which is one that Discovery will be needed to answer definitively, verify the allegation or refute the allegation.

B. Defendant objects to the Discovery Requests to the extent that they are vague, overly broad or unduly burdensome.

1

C. Defendant objects to the Discovery Requests to the extent that they seek information or documents not relevant to the subject matter of this action and are not reasonably calculated to lead to the discovery of admissible evidence.

D. Defendant objects to the Discovery Requests to the extent they seek information or documents yet to be prepared, generated or received in anticipation of, or after the commencement of this litigation; documents or other information subject to an attorney-client privilege, the work product doctrine or any other available privilege, doctrine, rule, immunity or protection; or documents or other information otherwise protected from discovery.

E. Defendant objects to the Discovery Requests to the extent that they impose upon Defendants any obligation beyond its obligations under the Michigan and/or Federal Court Rules.

F. Defendant objects to the Discovery Requests to the extent that they seek disclosure of proprietary or confidential information or documents.

G. Defendant objects to the Discovery Requests to the extent that they seek information or documents in the possession of the Plaintiff or third parties.

H. Defendant objects to the Discovery Requests to the extent that they are duplicative (in whole or in part) of other requests and/or arguable seek the same information.

2

I. Defendant reserves the right to supplement, amend or correct any and all if its responses and objections herein continues.

J. These General Objections are incorporated by reference into each response provided below, and the inclusion of any specific objections in a response to any Interrogatory is neither intended as, nor shall it in any way be deemed to be a waiver of any General Objection. In addition, the failure to include at this time any general or specific objection to a Discovery Request is neither intended as, nor shall it in any way be deemed to be a waiver of Defendant's right to assert that or any other objection at a later date.

K. Defendant reserves the right to challenge the competency, relevancy, materiality and admissibility of, or object on any ground to the use of, information set forth herein (or documents produced herewith) in any subsequent proceeding or the trial of this or any other action.

## RESPONSE TO REQUESTS FOR ADMISSION

1. Please admit that you (Jeremy Morrow) were present when LaDonna Crutchfield was arrested at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024.

**ANSWER: Admitted.**

2. Please admit that you (Jeremy Morrow) did not have an arrest warrant for LaDonna Crutchfield on January 23, 2024.

**ANSWER: Admitted.**

3

3. Please admit that you (Jeremy Morrow) were not aware of any officer present at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024, that had an arrest warrant for LaDonna Crutchfield. If so, please provide their name(s), Badge number(s), and telephone number(s).

**ANSWER: Admitted.**

4. Please admit that you (Jeremy Morrow) have never observed LaDonna Crutchfield commit a crime.

**ANSWER: Upon information and belief, Defendant admits this request to admit. Defendant reserves the right to amend and/or supplement his response to this request as additional information becomes known during the course of discovery, up to and including, the date of Trial.**

5. Please admit that you (Jeremy Morrow) approached the back of Ladonna Crutchfield's home so that she could not escape, and then came to the front of the home on January 23, 2024 and assisted in her arrest.

**ANSWER: Defendant denies this request to admit as untrue.**

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: August 20, 2025          /s/    Gregory B. Paddison
Gregory B. Paddison (P75963)
Attorney for Defendants

4

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

LAW OFFICES OF IVAN L. LAND, P.C.,
Ivan L. Land Sr. (P65879)
Attorney for Plaintiff
25900 Greenfield, Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545
Ill4law@aol.com

CITY OF DETROIT LAW DEPARTMENT
Gregory B. Paddison (P75963)
Attorney for Defendants
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

_____/

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 20, 2025, I, Shelly M. Jones, served **Defendant's Responses to Plaintiff's Requests for Admission** (JEREMY MORROW) along with **Certificate of Service** upon Ivan L. Land Esq., Law Offices of Ivan L. Land, P.C., 25900 Greenfield Rd., Ste. 210, Oak Park, MI 48237, by mailing same in an envelope and after securely sealing same and affixing sufficient first-class prepaid postage hereto, deposited same in the United States mail for transmission to the addressees thereof. I declare that the above statements are true to the best of my information, knowledge and belief.

/s/ *Shelly M. Jones*
Shelly M. Jones

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

## DEFENDANT'S RESPONSES TO PLAINTIFF'S REQUESTS FOR ADMISSION

**NOW COMES** Defendant, ANTHONY WILLIAMS, by and through his attorney, Gregory B. Paddison, and states in response to Plaintiff's Requests for Admission:

Defendant makes the following general objections to Plaintiff's Discovery Requests, which shall be deemed to apply to each and every individual Interrogatory set forth below. A substantive response to any individual discovery request shall not be deemed a waiver of any General Objections.

A. Defendant objects to the Discovery Requests to the extent they seek information or documents not in the possession, custody or control of Defendants and an answer for which is one that Discovery will be needed to answer definitively, verify the allegation or refute the allegation.

B. Defendant objects to the Discovery Requests to the extent that they are vague, overly broad or unduly burdensome.

1

C. Defendant objects to the Discovery Requests to the extent that they seek information or documents not relevant to the subject matter of this action and are not reasonably calculated to lead to the discovery of admissible evidence.

D. Defendant objects to the Discovery Requests to the extent they seek information or documents yet to be prepared, generated or received in anticipation of, or after the commencement of this litigation; documents or other information subject to an attorney-client privilege, the work product doctrine or any other available privilege, doctrine, rule, immunity or protection; or documents or other information otherwise protected from discovery.

E. Defendant objects to the Discovery Requests to the extent that they impose upon Defendants any obligation beyond its obligations under the Michigan and/or Federal Court Rules.

F. Defendant objects to the Discovery Requests to the extent that they seek disclosure of proprietary or confidential information or documents.

G. Defendant objects to the Discovery Requests to the extent that they seek information or documents in the possession of the Plaintiff or third parties.

H. Defendant objects to the Discovery Requests to the extent that they are duplicative (in whole or in part) of other requests and/or arguable seek the same information.

2

I. Defendant reserves the right to supplement, amend or correct any and all if its responses and objections herein continues.

J. These General Objections are incorporated by reference into each response provided below, and the inclusion of any specific objections in a response to any Interrogatory is neither intended as, nor shall it in any way be deemed to be a waiver of any General Objection. In addition, the failure to include at this time any general or specific objection to a Discovery Request is neither intended as, nor shall it in any way be deemed to be a waiver of Defendant's right to assert that or any other objection at a later date.

K. Defendant reserves the right to challenge the competency, relevancy, materiality and admissibility of, or object on any ground to the use of, information set forth herein (or documents produced herewith) in any subsequent proceeding or the trial of this or any other action.

## RESPONSE TO REQUESTS FOR ADMISSION

1. Please admit that you (Anthony Williams) were present when LaDonna Crutchfield was arrested at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024.

**ANSWER: Admitted.**

2. Please admit that you (Anthony Williams) did not have an arrest warrant for LaDonna Crutchfield on January 23, 2024.

3

**ANSWER: Admitted.**

3. Please admit that you (Anthony Williams) were not aware of any officer present at 11343 Warwick Street Detroit, MI 48228 on January 23, 2024, that had an arrest warrant for LaDonna Crutchfield. If so, please provide their name(s), Badge number(s), and telephone number(s).

**ANSWER: Admitted.**

4. Please admit that you (Anthony Williams) have never observed LaDonna Crutchfield commit a crime.

**ANSWER: Upon information and belief, Defendant admits this request to admit. Defendant reserves the right to amend and/or supplement his response to this request as additional information becomes known during the course of discovery, up to and including, the date of Trial.**

5. Please admit that you (Anthony Williams) told LaDonna Crutchfield that she was going to jail today on January 23, 2024, when she was arrested.

**ANSWER: Admitted.**

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: August 20, 2025          /s/     Gregory B. Paddison
                                        Gregory B. Paddison (P75963)
                                        Attorney for Defendants

4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION**

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

LAW OFFICES OF IVAN L. LAND, P.C.,
Ivan L. Land Sr. (P65879)
Attorney for Plaintiff
25900 Greenfield, Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545
Ill4law@aol.com

CITY OF DETROIT LAW DEPARTMENT
Gregory B. Paddison (P75963)
Attorney for Defendants
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

_____/

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 20, 2025, I, Shelly M. Jones, served **Defendant's Responses to Plaintiff's Requests for Admission** (ANTHONY WILLIAMS) along with **Certificate of Service** upon Ivan L. Land Esq., Law Offices of Ivan L. Land, P.C., 25900 Greenfield Rd., Ste. 210, Oak Park, MI 48237, by mailing same in an envelope and after securely sealing same and affixing sufficient first-class prepaid postage hereto, deposited same in the United States mail for transmission to the addressees thereof. I declare that the above statements are true to the best of my information, knowledge and belief.

/s/ *Shelly M. Jones*
Shelly M. Jones

5