# INKSTER POLICE DEPARTMENT STATEMENT SHEET

STATEMENT OF (YOUR NAME) _LaDona Critcfield_ PAGE _1_ OF ___

Punch out from work and seen my truck was hit on the driver side. It was parked in the parking lot. I got off @ 12:42pm today, it was hit in the back on the drivers Concern back on the truck. No Notes or Nothing was Left.

6. Job address ~~▮▮▮▮~~ libertyst Inkster MI 48141

7. Plate # ESR 6094

8. Auto Policy # 201909240T

9. VIN# 3GNAXHEV1LS670017

I state that I have read or had read to me my statement of ___1___ pages made to Detective _____. Each page has been numbered, initialed and dated by me and All corrections and or deletions have been initialed by me. This is my signature below and all information contained within this statement is true and correct to the best of my knowledge.

X _Lu▮▮_
Signature of person giving statement

X _____
Signature of witness

Date of statement: _11-14-23_  Time of statement: _1:25 pm_

Address: ~~▮▮▮~~ Warwick  City: _Detroit_  State: _MI_  Zip: ~~48▮▮~~

Date of Birth: _7/13/1987_  Telephone: ~~▮▮▮▮~~7450  Alt Number: _____

Contact Person (If number does not belong to you) _____

| Authority: 1949 PA 300, Sec.257.622<br>Compliance: Required   MSP UD-10E<br>Penalty: $100 and/or 90 days   (Rev 01/2016) | External #<br>**01419576** | Crash ID<br>**1419576** | Page 1 of 1<br>File Class **5400-1** |
|---|---|---|---|

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

Incident #
**230019104**

| ORI  **MI8249000** | Department Name  **INKSTER POLICE DEPARTMENT** | Reviewer  **LEVINGSTON (01322)** |
|---|---|---|

| Crash Date<br>**11/14/2023** | Crash Time<br>**13:30** | No. of Units<br>**02** | Crash Type<br>**Rear End** | Special Circumstances<br>○ None  ◉ Hit and Run  ○ School Bus<br>○ Fleeing Police  ○ Unknown  ○ Animal | Special Checks<br>○ Fatal  ○ Non-Traffic Area  ○ ORV/Snowmobile |
|---|---|---|---|---|---|

| County<br>**82 - Wayne** | Traffic Control<br>**None of These** | Relation to Roadway<br>**On-Street Parking** | Weather<br>**Clear** | Area<br>**NON-FRWY Straight roadway** | | | |
|---|---|---|---|---|---|---|---|
| City/Twsp<br>**84 - Inkster** | Contributing Circumstances<br>1st **None**  2nd | | Light<br>**Daylight** | Road Surface Condition<br>**Dry** | Total Lanes<br>**2** | Speed Limit<br>**25** | Posted<br>**Yes** |

| Work Zone (if applicable)<br>Type | Workers Present | Activity | Location |
|---|---|---|---|

## LOCATION

| Prefix | Primary Road Name<br>**LIBERTY** | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|
| Distance / Direction<br>**25 FT E** | | Trafficway<br>**01-Not physically divided** | | |
| Prefix | Intersecting Road Name<br>**HENRY RUFF** | Road Type | Suffix | Divided Roadway |

## UNIT/DRIVER

| Unit Number<br>**01** | Unit Known<br>**No** | State | Driver License Number | Date of Birth (Age) | License Type<br>○ Operator  ○ Chauffer  ○ Moped | Endorsements<br>○ Cycle  ○ Farm  ○ Recreation | Sex | Race | Total Occupants<br>**00** | Hazardous Action<br>**Unknown** |
|---|---|---|---|---|---|---|---|---|---|---|

| Unit Type<br>**M** | Driver Information | | Driver is Owner | Injury | Position | Restraint<br>**Restraint Use Unknown** |
|---|---|---|---|---|---|---|

| Driver Condition at Time of Crash<br>1st   2nd | Driver Distracted By<br>**Unknown** | Ejected<br>**No** | Trapped<br>**No** | Airbag Deployed<br>**Unknown** |
|---|---|---|---|---|

| Hospital<br>**NONE** | Ambulance<br>**NONE** |
|---|---|

| Alcohol Suspected<br>**No** | Contributing Factor | Alcohol Test Type<br>○ Breath ○ Blood ○ Urine<br>○ Field ○ PBT ○ Refused ○ Not Offered | Alcohol Test Results<br>○ Pending   Test Results: | Interlock Device<br>**No** |
|---|---|---|---|---|
| Drug Suspected<br>**No** | Contributing Factor | Drug Test Type<br>○ Blood ○ Urine<br>○ Field ○ Refused ○ Not Offered | Drug Test Results<br>○ Pending   Test Results: | Citation Issued<br>○ Hazardous<br>○ Other |

| Vehicle Registration | State | Vehicle Description | Year | Make | Model | Color |
|---|---|---|---|---|---|---|
| VIN | | Vehicle Type | | Special Vehicles<br>**Not Applicable** | Private Trailer Type | Vehicle Defect |

| Automation System(s) in Vehicle | Automation System Level in Vehicle<br>**98-Unknown** | Automation System Level Engaged at Time of Crash<br>**98-Unknown** |
|---|---|---|

| Insurance Company | Insurance Policy # | Towed By | Towed To |
|---|---|---|---|

| Location of<br>Greatest Damage **98** | First Impact<br>**98** | Extent of Damage (Power Unit and/or Trailers)<br>**Unknown** | Vehicle Direction | Vehicle Use | Action Prior<br>**Going Straight Ahead** |
|---|---|---|---|---|---|

| Sequence of Events<br>(* indicates MOST harmful event) | First<br>**＊18-Parked motor vehicle** | Second | Third | Fourth |
|---|---|---|---|---|

## PASSENGERS

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint |
|---|---|---|---|---|
| | Injury | Ejected | Trapped | Airbag Deployed |
| Hospital | | | Ambulance | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint |
|---|---|---|---|---|
| | Injury | Ejected | Trapped | Airbag Deployed |
| Hospital | | | Ambulance | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint |
|---|---|---|---|---|
| | Injury | Ejected | Trapped | Airbag Deployed |
| Hospital | | | Ambulance | |

## TRUCK/BUS

| Carrier Information | USDOT | MC | MPSC |
|---|---|---|---|
| | Driver's CDL Type | Endorsements<br>○ H ○ P ○ T<br>○ N ○ S ○ X | CDL Exempt<br>○ Farm<br>○ Other |

| GVWR/GCWR<br>○ 10,000 lbs. or Less  ○ 10,001 - 26,000 lbs.  ○ Greater than 26,000 lbs. | Vehicle Configuration | Cargo Body Type | Medical Card | Hazardous Material<br>○ Placard ○ Cargo Spill | ID # | Class # |
|---|---|---|---|---|---|---|

## OWNERS

| Owner Information | Owner Information |
|---|---|

| Damaged Property | Public | Owner & Phone |
|---|---|---|

## UNIT/DRIVER

| Unit Number | Unit Known | State | Driver License Number | Date of Birth (Age) | License Type | Endorsements | Sex | Race | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|---|
| 02 | No | | | | ○ Operator ○ Chauffer ○ Moped | ○ Cycle ○ Farm ○ Recreation | F | B | 00 | None |

| Unit Type | Driver Information | Driver is Owner | Injury | Position | Restraint |
|---|---|---|---|---|---|
| M | | | | | |

| Driver Condition at Time of Crash 1st | 2nd | Driver Distracted By | Ejected | Trapped | Airbag Deployed |
|---|---|---|---|---|---|
| | | Unknown | | | |

| Hospital | Ambulance |
|---|---|
| NONE | NONE |

| Alcohol Suspected | Contributing Factor | Alcohol Test Type | Alcohol Test Results | Interlock Device |
|---|---|---|---|---|
| No | | ○ Breath ○ Blood ○ Urine / ○ Field ○ PBT ○ Refused ○ Not Offered | ○ Pending    Test Results: | No |

| Drug Suspected | Contributing Factor | Drug Test Type | Drug Test Results | Citation Issued |
|---|---|---|---|---|
| No | | ○ Blood ○ Urine / ○ Field ○ Refused ○ Not Offered | ○ Pending    Test Results: | ○ Hazardous ○ Other |

| Vehicle Registration | State | Vehicle Description | Year | Make | Model | Color |
|---|---|---|---|---|---|---|
| ESR6094 | MI | | | | | |

| VIN | Vehicle Type | Special Vehicles | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|
| 3GNAXHEV1L5670017 | Passenger Car, SUV, Van | Not Applicable | | |

| Automation System(s) in Vehicle | Automation System Level in Vehicle | Automation System Level Engaged at Time of Crash |
|---|---|---|
| | 98-Unknown | 98-Unknown |

| Insurance Company | Insurance Policy # | Towed By | Towed To |
|---|---|---|---|
| GEICO | 2019092407 | | |

| Location of Greatest Damage | First Impact | Extent of Damage (Power Unit and/or Trailers) | Vehicle Direction | Vehicle Use | Action Prior |
|---|---|---|---|---|---|
| 06 | 06 | Minor Damage | W | Private | Parked |

| Sequence of Events (* indicates MOST harmful event) | First | Second | Third | Fourth |
|---|---|---|---|---|
| | * 17-Motor veh in transport | | | |

## PASSENGERS

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint |
|---|---|---|---|---|
| | | | | |
| | Injury | Ejected | Trapped | Airbag Deployed |
| Hospital | Ambulance | | | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint |
|---|---|---|---|---|
| | | | | |
| | Injury | Ejected | Trapped | Airbag Deployed |
| Hospital | Ambulance | | | |

| Passenger Information | Date of Birth (Age) | Sex | Position | Restraint |
|---|---|---|---|---|
| | | | | |
| | Injury | Ejected | Trapped | Airbag Deployed |
| Hospital | Ambulance | | | |

## TRUCK/BUS

| Carrier Information | USDOT | MC | MPSC |
|---|---|---|---|
| | | | |

| Driver's CDL Type | Endorsements | CDL Exempt |
|---|---|---|
| | ○ H ○ P ○ T ○ N ○ S ○ X | ○ Farm ○ Other |

| GVWR/GCWR | Vehicle Configuration | Cargo Body Type | Medical Card | Hazardous Material | ID # | Class # |
|---|---|---|---|---|---|---|
| ○ 10,000 lbs. or Less ○ 10,001 - 26,000 lbs. ○ Greater than 26,000 lbs. | | | | ○ Placard ○ Cargo Spill | | |

## OWNERS

| Owner Information | Owner Information |
|---|---|
| LADONNA CRUTCHFIELD<br>███ LIBERTY<br>INKSTER MI 48141     (███)███-7450 | |

## WITNESS

| Witness Information | Age: | Witness Information | Age: |
|---|---|---|---|
| | | | |

| Investigated at Scene | Reported Date (Time) | 1st Investigator Name (Badge) | 2nd Investigator Name (Badge) | Photos |
|---|---|---|---|---|
| No | 11/14/2023 (13:30) | ALMOND (5150) | | |

**Narrative**
Unit 1 was driving west bound, and struck parked unit 2 in the left rear bumper..

**Diagram**

**Policy Owner**

Ladonna Crutchfield

**Policy Serviced By**

Direct Auto Insurance

**Policy Dates**

6/28/2023 -
12/28/2023

**Payment Plan**

Installments

**Payment Method**

Direct Bill

**6-Month Premium**

$1,920.13

**Policy Status**

Active

**Vehicles**

2020 CHEV EQUINOX LS SPORT UTILITY VEHICL 4
Cyl 4x2
Loss Payee: Santander Consumer Usa Inc
PO Box 650844
Dallas, TX
VIN No: 3GNAXHEV1LS670017

**Drivers**

Ladonna Crutchfield
License: Michigan | XXXXXXXXXX554