## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

_____/

LAW OFFICES OF IVAN L. LAND, P.C.,
Ivan L. Land Sr. (P65879)
Attorney for Plaintiff
25900 Greenfield, Rd., Ste. 210
Oak Park, MI 48237
(248) 968-4545
Ill4law@aol.com

CITY OF DETROIT LAW DEPARTMENT
Gregory B. Paddison (P75963)
Attorney for Defendants
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-0435
paddisong@detroitmi.gov

_____/

### DEFENDANT'S RESPONSES TO PLAINTIFF'S FIRST DISCOVERY REQUESTS

NOW COMES Defendant, CAREEMA YOPP, by and through her attorney, Gregory B. Paddison, and states in response to Plaintiff's First Discovery Requests:

Defendant makes the following general objections to Plaintiff's First Discovery Requests, which shall be deemed to apply to each and every individual Request set forth below. A substantive response to any individual discovery request shall not be deemed a waiver of any General Objections.

A. Defendant objects to the Discovery Requests to the extent they seek information or documents not in the possession, custody or control of Defendant and an answer for which is one that Discovery will be needed to answer definitively, verify the allegation or refute the allegation.

B. Defendant objects to the Discovery Requests to the extent that they are vague, overly broad or unduly burdensome.

C. Defendant objects to the Discovery Requests to the extent that they seek information or documents not relevant to the subject matter of this action and are not reasonably calculated to lead to the discovery of admissible evidence.

D. Defendant objects to the Discovery Requests to the extent they seek information or documents yet to be prepared, generated or received in anticipation of, or after the commencement of this litigation; documents or other information subject to an attorney-client privilege, the work product doctrine or any other available privilege, doctrine, rule, immunity or protection; or documents or other information otherwise protected from discovery.

E. Defendant objects to the Discovery Requests to the extent that they impose upon Defendants any obligation beyond its obligations under the Michigan and/or Federal Court Rules.

F. Defendant objects to the Discovery Requests to the extent that they seek disclosure of proprietary or confidential information or documents.

G. Defendant objects to the Discovery Requests to the extent that they seek information or documents in the possession of the Plaintiff or third parties.

H. Defendant objects to the Discovery Requests to the extent that they are duplicative (in whole or in part) of other requests and/or arguable seek the same information.

I. Defendant reserves the right to supplement, amend or correct any and all if its responses and objections herein continues.

J. These General Objections are incorporated by reference into each response provided below, and the inclusion of any specific objections in a response to any Interrogatory is neither intended as, nor shall it in any way be deemed to be a waiver of any General Objection. In addition, the failure to include at this time any general or specific objection to a Discovery Request is neither intended as, nor shall it in any way be deemed to be a waiver of Defendant's right to assert that or any other objection at a later date.

K. Defendant reserves the right to challenge the competency, relevancy, materiality and admissibility of, or object on any ground to the use of, information set forth herein (or documents produced herewith) in any subsequent proceeding or the trial of this or any other action.

### RESPONSES TO REQUESTS FOR ADMISSION

1. Please admit that on December 30, 2023, witness Quentyara Wilson was shown a double-blind photo lineup, and she did not identify Plaintiff, LaDonna Crutchfield, as the female suspect who shot Kalin Griffin on December 27, 2023, at 14409 Linnhurst Street, Detroit, Michigan 48205.

**ANSWER: Defendant lacks sufficient information upon which she may formulate a response to this Request for Admission, and therefore denies the same as untrue.**

2. Please admit that attached as Exhibit 1 are the individual names and photographs that were contained in the double-blind photo lineup shown to witness Quentyara Wilson on December 30, 2023.

**ANSWER: Defendant lacks sufficient information upon which she may formulate a response to this Request for Admission, and therefore denies the same as untrue.**

3. Please admit that on January 4, 2024, victim Kalin Griffin was shown a double-blind photo lineup, and he did not identify, Plaintiff LaDonna Crutchfield, as the female suspect who shot him on December 27, 2023, at 14409 Linnhurst Street, Detroit, Michigan 48205.

**ANSWER: Defendant admits this Request for Admission.**

3

4. Please admit that attached as Exhibit 2 are the individual names and photographs that were contained in the double-blind photo lineup shown·to victim Kalin Griffin on January 4, 2024.

**ANSWER: Defendant denies this Request for Admission as untrue, to the extent that it calls upon Defendant to admit that Kalin Griffin was provided the names connected to the images contained in the double-blind witness. Defendant also denies this Request for Admission as untrue, to the extent that it calls upon Defendant to admit that the altered and black and white, images attached as Exhibit 2 were shown to Kalin Griffin. Defendant admits this Request for Admission in all other respects.**

5. Please admit that on November 9, 2024, when shown a photo lineup, victim Kalin Griffin positively identified Shuvonne Vinson as the individual who shot him in the face.

**ANSWER: Defendant lacks sufficient information upon which she may formulate a response to this Request for Admission, and therefore denies the same as untrue.**

6. Please admit that attached as Exhibit 3 are the individual names and photographs that were contained in the photo lineup shown to victim Kalin Griffin on November 9, 2024, when he positively identified Shuvonne Vinson as the individual who shot him in the face.

**ANSWER: Defendant lacks sufficient information upon which she may formulate a response to this Request for Admission, and therefore denies the same as untrue.**

4

7. Please admit that you, Careema Yopp, was present during the questioning and interview of Plaintiff, LaDonna Crutchfield, at the Detroit Detention Center on January 23, 2024.

**ANSWER: Defendant admits this Request for Admission.**

8. Please admit that you, Careema Yopp, did not take any action to stop Detective Marc Thompson from questioning Plaintiff, LaDonna Crutchfield, during her detention at the Detroit Detention Center on January 23, 2024.

**ANSWER: Defendant denies this Request for Admission as untrue. More specifically, until Defendant, who was in training at the time, was en route to the Detroit Detention Center on January 23, 2024, with Detective Marc Thompson, Defendant was unaware of any developments in the criminal investigation, that LaDonna Crutchfield had been taken into custody, or even that her arrest had been requested. Furthermore, during the questioning of LaDonna Crutchfield, when it became apparent that LaDonna Crutchfield was not the suspect responsible for the shooting of Kalin Griffin, Defendant concurred with Detective Marc Thompson's decision to terminate the interview and request the immediate release of LaDonna Crutchfield from custody.**

9. Please admit that at the time you, Careema Yopp, questioned Plaintiff, LaDonna Crutchfield, at the Detroit Detention Center on January 23, 2024, Plaintiff, LaDonna Crutchfield was not free to leave.

**ANSWER: Defendant admits this Request for Admission.**

Respectfully submitted,
CITY OF DETROIT LAW DEPARTMENT

Dated: January 23, 2026          /s/    Gregory B. Paddison
                                        Gregory B. Paddison (75963)
                                        Attorney for Defendants

<u>UNITED STATES DISTRICT COURT</u>
<u>EASTERN DISTRICT OF MICHIGAN – SOUTHEASTERN DIVISION</u>

LADONNA CRUTCHFIELD,
    Plaintiff,

Hon. Brandy R. McMillon
Case No.: 25-cv-10514

- vs -

CITY OF DETROIT, *et al*,
    Defendants.

         /

| | |
|---|---|
| LAW OFFICES OF IVAN L. LAND, P.C., | CITY OF DETROIT LAW DEPARTMENT |
| Ivan L. Land Sr. (P65879) | Gregory B. Paddison (P75963) |
| Attorney for Plaintiff | Attorney for Defendants |
| 25900 Greenfield, Rd., Ste. 210 | Coleman A. Young Municipal Center |
| Oak Park, MI 48237 | 2 Woodward Avenue, Suite 500 |
| (248) 968-4545 | Detroit, MI 48226 |
| Ill4law@aol.com | (313) 237-0435 |
| | paddisong@detroitmi.gov |

         /

### <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on January 23, 2026, I, Shelly M. Jones, served **Defendant's Responses to Plaintiff's First Discovery Requests** and **Certificate of Service** upon the attorney(s) of record herein at their respective electronic mailing addresses disclosed on the pleadings. I declare that the above statements are true to the best of my information, knowledge and belief.

/s/ *Shelly M. Jones*
Shelly M. Jones

6